

NATIONAL ENTERPRISE SYSTEMS
29125 Solon Road ♦ Solon, OH 44139-3442

March 8, 2012



RE: SALLIE MAE INC.
Client ID: 01019654347950
For: ST MATHEW'S UNIV-SCHL OF MED
Date of Referral: 01/08/2012
Date of Service: 12/27/1999
Please contact: (800) 507-8401

13086530 SCT005
Barbara A Rooks
3648 Dartford Ln
Tallahassee FL 32311-7773

**Total Amount Due: $15281.26**

We have been authorized by our client to settle your account for something less than the balance in full. Please contact this office if you would like to discuss this offer.

This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

As of the date of this letter, you owe the above referenced balance. Because of interest charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. For further information, write this office or call the above referenced number.

You can now pay by automated phone system at (800) 238-0868 or on the internet at https://www.paymynesbill.com. Just enter your account number 13086530. Transaction fees will be charged if you use the automated phone system or the internet to make payment on this account. You are not required to use the automated phone system or the internet to make payment on this account. If you make payment on this account by check, the face amount of the check may be presented to your bank by paper draft or electronically as permitted by law.

IDNNES02783

## NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

***PLEASE COMPLETE AND RETURN THE FORM BELOW WITH YOUR PAYMENT.***



ONNES02
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED

| PAYMENT BY: (___) CHECK | | | |
|---|---|---|---|
| | | | EXP. DATE / |
| CARD NUMBER PLUS 3 DIGIT SECURITY CODE (on back of card) | | | AMOUNT |
| CARDHOLDER SIGNATURE | | DATE | $ _____ |

200

Please forward all payments and correspondence to:
NATIONAL ENTERPRISE SYSTEMS
29125 Solon Road
Solon OH 44139-3442

783    745142777

*PERSONAL & CONFIDENTIAL*
Barbara A Rooks
3648 Dartford Ln
Tallahassee FL 32311-7773                382

March 8, 2012          13086530          **SSCT**

Client ID:       01019654347950
Amount Due:   $15281.26      Amt Paid:   $ _____
Daytime Phone:  (___) _____ - _____
Evening Phone:  (___) _____ - _____

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 225
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____



**NES**

NATIONAL ENTERPRISE SYSTEMS

29125 Solon Road ◆ Solon, OH 44139-3442

April 8, 2012

13086530 SCT005
Barbara A Rooks
3648 Dartford Ln
Tallahassee FL 32311-7773

RE: SALLIE MAE INC.
Client ID: 01019654347950
For: ST MATHEW'S UNIV-SCHL OF MED
Date of Referral: 01/08/2012
Date of Service: 12/27/1999
Please contact: (800) 507-8401

**Total Amount Due: $15305.64**

We have been authorized by our client to settle your account for something less than the balance in full. Please contact this office if you would like to discuss this offer.

This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

As of the date of this letter, you owe the above referenced balance. Because of interest charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. For further information, write this office or call the above referenced number.

You can now pay by automated phone system at (800) 238-0868 or on the internet at https://www.paymynesbill.com. Just enter your account number 13086530. Transaction fees will be charged if you use the automated phone system or the internet to make payment on this account. You are not required to use the automated phone system or the internet to make payment on this account. If you make payment on this account by check, the face amount of the check may be presented to your bank by paper draft or electronically as permitted by law.

IONNES027K3

*NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

***PLEASE COMPLETE AND RETURN THE FORM BELOW WITH YOUR PAYMENT.***



ONNESI02
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED

| PAYMENT BY: (___) CHECK | | |
| --- | --- | --- |
| | | EXP. DATE / |
| CARD NUMBER   PLUS 3 DIGIT SECURITY CODE (on back of card) | | AMOUNT |
| CARDHOLDER SIGNATURE | DATE | $ |

200

Please forward all payments and correspondence to:
NATIONAL ENTERPRISE SYSTEMS
29125 Solon Road
Solon OH 44139-3442

783    763729369
*PERSONAL & CONFIDENTIAL*
Barbara A Rooks
3648 Dartford Ln                    6732
Tallahassee FL 32311-7773

| April 8, 2012 | 13086530 | SSCT |
| --- | --- | --- |

Client ID:     01019654347950
Amount Due:   $15305.64    Amt Paid:  $
Daytime Phone:   (____) __-___
Evening Phone:   (____) __-___

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /

EXHIBIT NO. _____ 22'6

CASE NO. _____

ADVERSARY NO. _____

FOR ID. _____ IN EVIDENCE _____

DATE REC'D



ONNESI02
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED



NATIONAL ENTERPRISE SYSTEMS

29125 Solon Road • Solon, OH 44139-3442

June 7, 2012

RE: SALLIE MAE INC.
Client ID: 01019654347950
For: ST MATHEW'S UNIV-SCHL OF MED
0000000000000000
Please contact: (800) 507-8401

13086530 SCT005-^ 785SPC      806033614
||·||||·|||·||||||||·||·|||||·||·|||·||·|||·||·|||·||·||
Barbara A Rooks
3648 Dartford Ln
Tallahassee FL 32311-7773

| | |
|---|---|
| OUTSTANDING BALANCE AS OF TODAY FOR YOUR ACCOUNT NUMBER: 01019654347950. | $15354.39 |
| WE WILL ACCEPT THIS REDUCED AMOUNT | $7677.20 |
| AMOUNT YOU SAVE: | $7677.19 |

**Settlement Plan**

Limited–time offer.
Call (800) 507-8401 immediately.

When you accept this settlement plan and pay the reduced amount shown, we will waive your remaining balance.

Reply By      06/29/2012

Lighten your load
Pay a reduced amount and we'll waive the remaining balance.

Call (800) 507-8401 to discuss this offer.

**Settle your account for cents on the dollar**



**We'll waive your remaining debt**



**Stop collection calls from us**



**Call toll-free today: (800) 507-8401**

Dear Barbara A Rooks:

It's not too late to make a very smart decision – one that can take a considerable weight off your shoulders. Use your tax return to settle the above referenced account at a tremendous savings.

**Settle your account for good.**

With our simple settlement plan, you have a great opportunity to put your outstanding balance behind you once and for all. Best of all, you can do it for a lot less than what you owe.

As it shows above, we will accept a reduced payment of just $7677.20 if you respond by the date above. When you pay this amount, we'll stop any collection calls immediately and waive your remaining debt, saving you a significant amount of money. We will have our client report your account as settled to the credit reporting agencies upon completion of your settlement.

**Put your tax return money to good use.**

When your account is past due, it's falling further behind with each passing day, even if you don't hear from us. That's why it's so important that you call now to accept this settlement.

If you do nothing or wait too long, you'll miss out on this special opportunity. If that happens, you'll once again be responsible for the full amount of your balance.

**One phone call is all it takes.**

Wouldn't it feel great to resolve your balance, and have one less bill to worry about? Call us today at (800) 507-8401 to make payment arrangements. Or simply talk to us about your situation and get it off your chest. Odds are, we have a way to help you get the weight off your shoulders.

Sincerely,

NES Collections Department

P.S. VERY IMPORTANT: Even if you don't think a settlement offer is right for you, there are other ways we can help. Call us today at (800) 507-8401. We'll be glad to discuss other payment solutions that can help you resolve your debt.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

XONNES0027855PC

| |
|---|
| RECEIVED AS PLAINTIFF // DEFENDANT // JOINT // |
| EXHIBIT NO. _____ 287 |
| CASE NO. _____ |
| ADVERSARY NO. _____ |
| FOR ID. _____ IN EVIDENCE _____ |
| DATE REC'D _____ |

**SallieMae**
www.SallieMae.com

11/12/12

Borrower's Name    BARBARA A ROOKS    **C**
Account Number    9654347950-1

Total Amount Enclosed $ ___ ___ ___ ___ ___ . ___ ___

**D**

Please make checks payable to Sallie Mae. Be sure to write the borrower's name and account number on your check or money order and send it to:

Sallie Mae
P.O. Box 9555
Wilkes-Barre, PA 18773-9555

All payments must be made in U.S. dollars and drawn on a U.S. bank.

Detach and return with your payment.

| Loan Program | First Disbursed Date | Loan Amount | Loan Interest Rate | Current Principal Balance | Outstanding Accrued Interest | Loan Status |
|---|---|---|---|---|---|---|
| CTITION⋆A | 12/27/99 | $11,007.00 | 3.250% | $9,449.31 | $3,288.67 | RPMT |
| BORROWER TOTAL | | $11,007.00 | | $9,449.31 | $3,288.67 | |

**A**     **B**



RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 228
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

9654347950553877699

K526    SYSTEM 8001      HICS2

0209--07 131171121 040057 080114 000020/000002 000000

*Oxford Law, LLC*
311 Veterans Highway
Suite 100 A
Levittown, Pa 19056
(215) 526-2600
Fax (215) 526-2618
Toll Free (877) 543-6151
PAYOXFORD.COM

7402869
Barbara Rooks
3648 DARTFORD LN
Tallahassee FL 32311

August 28, 2014

RE:   Client:                              MILAN INVESTMENTS
      Your Account Number:        7402869
      Original Creditor:               Wells Fargo  Saint Joseph's Coll
      Original Account Number:    0092215939
      Amount Due:                     $10,908.34

Dear Barbara Rooks

This office represents the above named client, MILAN INVESTMENTS, who has placed the above-referenced account for collection. This is a demand for full payment because you have had ample time to pay your debt. Sometimes we can arrange installment payments but you must contact this office for arrangements. At this time, no attorney with this firm has personally reviewed the particular circumstances of your account. We are acting solely in our capacity as debt collectors relevant to your account.

### NOTICE OF IMPORTANT RIGHTS

**UNLESS YOU, THE CONSUMER, WITHIN THIRTY DAYS AFTER RECEIPT OF THIS NOTICE, DISPUTE THE VALIDITY OF THE DEBT, OR ANY PORTION THEREOF, WE WILL ASSUME THE DEBT TO BE VALID. IF YOU THE CONSUMER NOTIFY US IN WRITING, WITHIN THE THIRTY DAY VALIDATION PERIOD THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, WE WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF A JUDGMENT AGAINST YOU, THE CONSUMER, AND A COPY OF SUCH VERIFICATION OR JUDGMENT WILL BE MAILED TO YOU BY OUR OFFICE. UPON YOUR WRITTEN REQUEST WITHIN THE THIRTY DAY VALIDATION PERIOD, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.**

Please contact our office at 1-877-543-6151.

Oxford Law, LLC.

91S2896

**This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.**

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 20.°
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

# January 22, 2009

----- Original Message -----
From: "Gunther Prien" <ucsf4@yahoo.com>
To: registrar@stmatthews.edu
Sent: Thursday, January 22, 2009 4:19:41 AM GMT -05:00 US/Canada Eastern
Subject: To Jennifer from Julian Rodney Rooks

Jennifer, Please acknowledge that you did recieve a total of 12 documents in 2 emails. Earlier I said 11, but there should be 12. Thank you. Rodney

**A**

----- Forwarded Message -----
From: Jennifer Applequist <japplequist@stmatthews.edu>
To: Gunther Prien <ucsf4@yahoo.com>
Sent: Thu, January 22, 2009 5:37:27 AM
Subject: Re: To Jennifer from Julian Rodney Rooks

Julian,

I have received your emails and will review your file to provide you with a list of missing items later today or tomorrow.

Your patience is appreciated.

Thank you,
Jennifer
—
Jennifer Applequist
Registrar
St. Matthew's University
12124 High Tech Avenue, Suite 350
Orlando, FL 32817
407 488-1700/800-498-9700 x1012
407 488-1743/800-565-7177 Fax
registrar@stmatthews.edu

**B**

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

# January 27, 2009

1 File (33KB)



2009012...

----- Forwarded Message -----
From: Jennifer Applequist <japplequist@stmatthews.edu>
To: Gunther Prien <ucsf4@yahoo.com>
Sent: Tue, January 27, 2009 8:19:21 AM
Subject: Requested Information

Julian,

Please find attached a letter explaining the reason for your withdrawal from St. Matthew's University.

Thank you,
Jennifer

--
Jennifer Applequist
Registrar
St. Matthew's University
12124 High Tech Avenue, Suite 350
Orlando, FL 32817
407 488-1700/800-498-9700 x1012
407 488-1743/800-565-7177 Fax
registrar@stmatthews.edu

----- Original Message -----
From: "Gunther Prien" <ucsf4@yahoo.com>
To: "Jennifer Applequist" <japplequist@stmatthews.edu>
Sent: Tuesday, January 27, 2009 3:18:01 PM GMT -05:00 US/Canada Eastern
Subject: Re: Requested Information


Dear Ms. Applequist,

Thank you for your efforts to determine the remaining information needed by SMU to
complete my file. As sated in your letter, there are 5 items outstanding. 1-4 are tests and #5 is a Trauma Elective
Evaluation from 05/06/02 to 05/31/02. I have included, as attachments, my Trauma Elective Evaluation from the
above dates. This should complete request #5 leaving only the 4 exams.
Please send the information as to where, when and under what conditions the 4 tests must be taken and I will
arrange for travel from California in order to complete my file.

Thank you for your efforts.
Sincerely,
Julian Rodney Rooks

--- On Tue, 1/27/09, Jennifer Applequist <japplequist@stmatthews.edu> wrote:


From: Jennifer Applequist <japplequist@stmatthews.edu>
Subject: Requested Information
To: "Gunther Prien" <ucsf4@yahoo.com>
Date: Tuesday, January 27, 2009, 4:19 PM

Julian,

Please find attached a letter explaining the reason for your withdrawal from
St. Matthew's University.

Thank you,
Jennifer

--
Jennifer Applequist
Registrar
St. Matthew's University
12124 High Tech Avenue, Suite 350
Orlando, FL 32817
407 488-1700/800-498-9700 x1012
407 488-1743/800-565-7177 Fax
registrar@stmatthews.edu

RECEIVED AS |PLAINTIFF| / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 23
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

# St. Matthew's University

January 27, 2009

Dear Mr. Rooks,

In reviewing your file, we have found that you are missing several items which prevent you from graduating from St. Matthew's University. These items are: 

1. OB/Gyn Shelf Exam
2. Pediatrics Shelf Exam
3. Psychiatry Shelf Exam
4. Internal Medicine Shelf Exam
5. Trauma Elective Evaluation, rotation completed 5/06/02 – 5/31/02

Unfortunately as these items were not received and/or completed, you were placed in Withdrawn status on April 24, 2003.

Thank you,

Jennifer Applequist
University Registrar

A

B

C

D

E

12124 High Tech Avenue, Suite 350; Orlando, FL 32817 • www.stmatthews.edu
1.407.977.8100 • 1.800.498.9700 • Fax 407.977.9269

| RECEIVED AS | PLAINTIFF / / DEFENDANT / / JOINT / / |
|---|---|
| EXHIBIT NO. | 232 |
| CASE NO. | |
| ADVERSARY NO. | |
| FOR ID. | IN EVIDENCE |
| DATE REC'D | |

# February 5, 2009

----- Forwarded Message -----
From: Jennifer Applequist <japplequist@stmatthews.edu>
To: Gunther Prien <ucsf4@yahoo.com>
Sent: Thu, February 5, 2009 5:55:28 AM
Subject: Re: Requested Information

Julian,

Thank you for your patience while I researched your question. Unfortunately you cannot take the exams unless you are enrolled with SMU. If you wish to return to SMU to complete the requirements to graduate you will need to apply for readmission through the Admissions office. If accepted, your first academic step will be to take a qualifying exam that you will need to pass in order for SMU to allow you to take Step 1.

You will also need to develop a plan to address your outstanding financial balance as you will not be able to enroll as a student until that is cleared.

The Admissions office can be reached at 800-498-9700 or admissions@stmatthews.edu.

Thank you,
Jennifer
--
Jennifer Applequist
Registrar
St. Matthew's University
12124 High Tech Avenue, Suite 350
Orlando, FL 32817
407 488-1700/800-498-9700 x1012
407 488-1743/800-565-7177 Fax
registrar@stmatthews.edu

----- Forwarded Message -----
From: Jennifer Applequist <japplequist@stmatthews.edu>
To: ucsf4@yahoo.com
Sent: Thu, February 5, 2009 9:03:35 AM
Subject: Re: Requested Information



Julian,

Once you apply and if you are accepted, the Admissions office will notify you of the requirements you will need to complete.

Thank you,
Jennifer
--
Jennifer Applequist
Registrar
St. Matthew's University
12124 High Tech Avenue, Suite 350
Orlando, FL 32817
407 488-1700/800-498-9700 x1012
407 488-1743/800-565-7177 Fax
registrar@stmatthews.edu

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____ 253
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

# February 5, 2009

----- Original Message -----
From: "Gunther Prien" <ucsf4@yahoo.com>
To: "Jennifer Applequist" <japplequist@stmatthews.edu>
Sent: Thursday, February 5, 2009 10:47:45 AM GMT -05:00 US/Canada Eastern
Subject: Re: Requested Information


Dear Jennifer,
Thank you for your response.
If I understand correctly I must pay off my balance and reapply to SMU in order

to complete requirements for graduation. Can you please:
1. list exactly what the requirements for graduation would be?
2. will SMU readmitt me if I pay off my balance?
I would like to know what to expect as I form a plan.
Thank you,
Sincerely,
Julian Rooks

----- Original Message -----
From: "Gunther Prien" <ucsf4@yahoo.com>
To: "Jennifer Applequist" <japplequist@stmatthews.edu>
Sent: Thursday, February 5, 2009 12:05:51 PM GMT -05:00 US/Canada Eastern
Subject: Re: Requested Information


Hello Jennifer,
Thank you for your response. I would be greatfull if you could list the portion of the academic curriculum SMU
considers to be outstanding, i.e. what would be required for my
graduation (other than satisfying my balance). Thank you, Julian

--- On Thu, 2/5/09, Jennifer Applequist <japplequist@stmatthews.edu>
wrote:


From: Jennifer Applequist <japplequist@stmatthews.edu>
Subject: Re: Requested Information
To: "Gunther Prien" <ucsf4@yahoo.com>
Date: Thursday, February 5, 2009, 1:55 PM

Julian,



Thank you for your patience while I researched your question.  Unfortunately
you cannot take the exams unless you are enrolled with SMU. If you wish to
return to SMU to complete the requirements to graduate you will need to apply
for readmission through the Admissions office. If accepted, your first academic
step will be to take a qualifying exam that you will need to pass in order for



| RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / / |
| EXHIBIT NO. 2.34 |
| CASE NO. |
| ADVERSARY NO. |
| FOR ID. _____ IN EVIDENCE _____ |
| DATE REC'D |

# February 5, 2009

— On Thu, 2/5/09, Jennifer Applequist <japplequist@stmatthews.edu> wrote:

From: Jennifer Applequist <japplequist@stmatthews.edu>
Subject: Re: Requested Information
To: "Gunther Prien" <ucsf4@yahoo.com>
Date: Thursday, February 5, 2009, 1:55 PM

Julian,



Thank you for your patience while I researched your question.  Unfortunately you cannot take the exams unless you are enrolled with SMU. If you wish to return to SMU to complete the requirements to graduate you will need to apply for readmission through the Admissions office. If accepted, your first academic step will be to take a qualifying exam that you will need to pass in order for SMU to allow you to take Step 1.

You will also need to develop a plan to address your outstanding financial balance as you will not be able to enroll as a student until that is cleared.

The Admissions office can be reached at ... or admissions@stmatthews.edu.

Thank you,
Jennifer
—
Jennifer Applequist
Registrar
St. Matthew's University
12124 High Tech Avenue, Suite 350
Orlando, FL 32817
407 488-1700/800-498-9700 x1012
407 488-1743/800-565-7177 Fax
registrar@stmatthews.edu

— On Thu, 2/5/09, Jennifer Applequist <japplequist@stmatthews.edu> wrote:

From: Jennifer Applequist <japplequist@stmatthews.edu>
Subject: Re: Requested Information
To: ucsf4@yahoo.com
Date: Thursday, February 5, 2009, 4:43 PM

Julian,

It will be up the Admissions department to decide if you meet the requirements for reacceptance to SMU. It is not guaranteed.

The current academic curriculum is listed on our website at http://www.stmatthews.edu/med_curriculum.shtml.

Thank you,
Jennifer
—
Jennifer Applequist
Registrar
St. Matthew's University
12124 High Tech Avenue, Suite 350
Orlando, FL 32817
407 488-1700/800-498-9700 x1012
407 488-1743/800-565-7177 Fax
registrar@stmatthews.edu

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. 235
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

SALLIE MAE
PO BOX 6180 MC 8357
INDIANAPOLIS IN 46206-6180
www.loanpaymentsolutions.org



JR J ROOKS
3648 DARTFORD LN
TALLAHASSEE, FL 32311

February 1, 2009
Account No: 9243322085

Dear Jr J Rooks:

Please be advised that USA Funds, your student loan guarantor, has reported the default of your student loan(s) to the national credit bureaus, as required by federal regulations.  Your credit rating may have been damaged by the reporting of your default.  The national credit bureaus may also share this information with other smaller credit bureaus throughout the United States.



**A**

Should you disagree with USA Funds' entry on your credit report, you may contact the credit bureau to file a Consumer Dispute Verification (CDV).  In addition, if you would like to file a dispute with our office, please do so by writing Sallie Mae, Post Claim Assistance, PO Box 6180, MC 8357, Indianapolis, IN 46206.  Sallie Mae provides post claim assistance and other administrative services on behalf of USA Funds, your guarantor.

The information about your student loan default will continue to be reported for a period of seven years and updated monthly to reflect payments and status changes.  The default status will remain on your credit history throughout the seven year period unless you rehabilitate your account (see loan rehabilitation information below) or receive a loan discharge.  There is no statute of limitations for the collection of federal student loans, and you will be responsible for this debt until it is satisfied or discharged.

Collection charges have been assessed and interest continues to accrue on your account on a daily basis.  USA Funds, and Sallie Mae acting on behalf of USA Funds, may take a number of actions to collect on this obligation, including one or more of the following:

**B**



  * Contacting your employer seeking garnishment of your wages;
  * Intercepting your state and/or federal tax refund (or other federal monies owed you);
  * Obtaining a court judgment against any of your assets;
  * Pursuing additional lawful collection activities.
You have the following options for resolving your loan default:

**C**

<u>Repayment Arrangements with the Collection Contractor</u>
You may avoid the drastic collection efforts described above by immediately contacting the collection contractor servicing your account to pay the account in full or make acceptable repayment arrangements.  Please ensure that you understand all of the terms of the arrangements as you will be required to fulfill these commitments.  Failure to fulfill the commitments to which you agree may result in USA Funds, or Sallie Mae on behalf of USA Funds, pursuing one or more of the collection activities listed above.

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. _____ 235-1
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____



## Macias, Wendy

**From:**
**Sent:** Monday, June 22, 2009 1:11 PM
**To:** negreg09
**Subject:** Proposed Negotied Rulemaking on Foreign Schools
**Attachments:** Neg Reg Public Statement 6 22 2009.pdf

June 22, 2009

Dear Ms. Macias:

   Attached please find the comments of R3 Education, Inc. in response to the U.S. Department of Education's Federal Register announcement that it intends to establish a negotiated rulemaking committee to prepare proposed regulations governing foreign schools, including the implementation of the changes made to the Higher Education Act by the Higher Education Opportunity Act (HEOA). *See* 74 Fed. Reg. 24728 (May 26, 2009).

   R3 Education Inc. owns three foreign medical schools. As such, we have a unique perspective on the implementation of the HEOA's changes to the Title IV eligibility provisions for foreign medical schools. We appreciate the opportunity to provide this perspective through the attached comments, and we would be happy to provide any further information about our experiences that the Department might find helpful.

   We look for to working with the Department to develop any proposed regulations in this area. If you have any questions, please do not hesitate to contact me. I may be reached at

Regards,

R3 Education Inc.

i

| RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / / |
|---|
| EXHIBIT NO. 236 |
| CASE NO. |
| ADVERSARY NO. |
| FOR ID. _____ IN EVIDENCE |
| DATE REC'D |

Implementation of the Higher Education Opportunity Act
Written Comments of▮▮▮▮▮▮▮▮▮▮▮

R3 Education, Inc.

June 22, 2009

R3 Education, Inc. writes to provide its thoughts on the issues before the proposed negotiated rulemaking panel relating to foreign institutions. In particular, R3 Education is interested in the expansion of Title IV participation to certain foreign graduate medical schools.

R3 Education, Inc.

R3 Education owns three foreign graduate medical schools: Saba University School of Medicine located in the Netherlands-Antilles, the Medical University of the Americas located in Nevis, West Indies, and St. Matthew's University School of Medicine located in Grand Cayman, British West Indies. All three medical schools are accredited by the Accreditation Commission on Colleges of Medicine, an accrediting body recognized by the Department of Education (the Department), through its National Committee on Foreign Medical Education and Accreditation (NCFMEA). The schools also have clinical programs that are approved by various states agencies, including the New York State Education Department, the Florida Commission for Independent Education, and the Medical Board of the State of California.

A substantial portion of the schools' students come from the United States. The schools' student bodies are extremely diverse, with women and minority students representing the majority of enrollments. Further, all three schools offer a curriculum that is identical to the curriculum one would find at any accredited U.S. medical school. The program of study is divided into two major segments, basic sciences and clinical rotations. The basic science

DC01/2235039 9

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 237
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

segment is five semesters in length and may be completed in 20 months. The clinical segment that follows is comprised of 72-76 weeks of rotations, with 42-46 weeks of required or core rotations and 30 weeks of elective rotations in a variety of specialties. These rotations are completed at teaching hospitals in the United States, Canada, and the U.K. whose programs are affiliated with the schools. In our clinical rotations that take place in the United States, our students are working and studying in the same programs as students who attend American medical schools. Finally, all three schools' students are eligible to take the various components of the United States Medical Licensing Exams (USMLE), which are required for residency and medical licensure in the United States. Upon passing this exam, most of our students enter primary care fields, and many work in underserved rural and urban areas. Some of our students also have become residents in well-known teaching universities and hospitals, including the Cleveland Clinic and the Mayo Clinic.

Higher Education Opportunity Act and Foreign Medical Schools

The Higher Education Opportunity Act (HEOA) mandated that the NCFMEA study and make recommendations on eligibility criteria for an expanded number of foreign medical schools to participate in the Title IV student loan programs. Although we are still awaiting the results of NCFMEA's study, due by August 14, 2009, we would like to offer some suggestions for the U.S. Department of Education's eventual regulations in this area.

To put our suggestions in context, it is important to first understand that the Council on Graduate Medical Education (CGME) has predicted the United States could be facing a shortage of approximately 96,000 doctors by 2020, principally in primary care fields. CGME, *Physician Workforce Policy Guidelines for the United States 2000-2020*, at xix (16th Rep. Jan. 2005):

RECEIVED AS PLAINTIFF / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 238
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

Ashley Halsey III, *Primary Care Doctor Shortage May Undermine Reform Efforts*. WASH. POST (June 20, 2009). To remedy this shortage, CGME recognized that increasing enrollments in U.S. medical schools would be insufficient. An increase in new medical schools and in the number of international medical graduates practicing in the United States is therefore necessary to meet this growing demand for physicians. The development of regulations to implement the new foreign medical school provisions of the HEOA is critical to helping ensure that the United States is able to address its growing physician shortage.

Given this background, the expansion of Title IV programs for students attending eligible foreign medical schools is timely. It is also very important because Americans attending foreign medical schools can only obtain private student loans. As you are aware, due to the recent credit crisis, private students loans are both very difficult to receive and extremely expensive for many students.

We understand that the Department, through the upcoming rulemaking, will establish additional criteria to determine which foreign medical schools will be able to participate in the Title IV programs. We believe it is of critical importance that one set of standards apply to all foreign medical schools, regardless of whether those schools were eligible to participate before enactment of the HEOA. This will ensure consistency and further enhance transparency for students, and will ensure a simple, streamlined regulatory process for the Department to manage.

The NCFMEA's Guidelines for Requesting a Comparability Determination (Guidelines) along with its rigorous review process utilizing the Guidelines as a roadmap are the primary mechanisms the Department uses to ensure the quality of foreign medical schools participating in the Title IV programs. The Guidelines offer an excellent framework for ensuring that Title IV

DC01/ 2236039 9                                                    - 3 -

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____ 239
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

funds are provided only to those eligible medical schools the DOE is certain are accredited by agencies with standards comparable to the accrediting standards applied to U.S. medical schools, namely the accreditation guidelines as determined by the Liaison Committee on Medical Education. The Guidelines and the NCFMEA's review process incorporate the substance and intent of the areas specified by the HEAO. Thus, we would recommend simply utilizing the Guidelines to address the new eligibility requirements of the HEOA.

To the extent that the current Guidelines are deemed to fall short in some regard, we respectfully suggest that the NCFMEA and the Department rely on the logic of the current Guidelines' structure when considering whether to add any new factors into regulation. Rather than starting from scratch, we believe that the current Guidelines should be utilized, revising them only as necessary to incorporate new criteria that are deemed necessary and advisable. For example, the current Guidelines afford a significant role to governmental and governmental approved accrediting agencies deemed comparable under the Guidelines. We believe strongly that any new regulations should continue to rely on the assessment and professional judgments of these experts. Additionally, as an example, the admissions (Section 5.1) and student achievement (Section 5.2) criteria of the current Guidelines could be applied to new foreign medical schools almost without revision in order to meet the requirements of the HEOA.

Finally, the HEOA requires that foreign medical schools maintain a pass rate for their students and graduates of at least 75 percent on Step 1 of the United States Medical Licensing Examination (USMLE) to be eligible to participate in the Title IV programs. I would like to note that we think this is an appropriate threshold and should be the minimum pass rate applied to all foreign medical schools that participate in Title IV programs.

DC01/2235039.9                                    - 4 -

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 240
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

## OVERVIEW OF MEDICAL SCHOOLS OWNED BY R3 EDUCATION, INC.

*Saba University School of Medicine* is accredited by the Accreditation Commission of Colleges of Medicine (ACCM) and approved by the New York State Education Department, the Florida Commission for Independent Education and the Medical Board of the State of California. It is recognized by the World Health Organization and listed in the latest World Directory of Medical Schools. The school enrolls approximately 600 students principally from the U.S. (42 states), as well as Canada and the U.K. The majority of Saba's student body is comprised of women and more than 60% of Saba's student population is ethnically diverse.

*Medical University of the Americas (MUA)* has a preliminary accreditation by the ACCM and is approved by the New York State Education Department. Currently, MUA has approximately 600 enrolled students of whom approximately 60% are from the United States with the remaining 40% principally from Canada and the U.K. Like Saba, MUA has a very diverse student population, with women representing over 55% of its students and more than 60% representing ethnic minorities. MUA's medical program is recognized by the World Health Organization and listed in the latest World Directory of Medical Schools.

*St. Matthew's University,* founded in 1997, is approved by both the Florida Commission for Independent Education and the New York State Education Department and is accredited by the ACCM. It is also recognized by the World Health Organization and listed in the latest World Directory of Medical Schools. St. Matthew's students' most recent U.S. Medical Licensing Examination Step One pass rates were above 90 percent. Currently, St. Matthew's has approximately 1,000 enrolled students, over 800 of whom are from the U.S. As with Saba and MUA, ethnic, gender and racial minorities represent the vast majority of St. Matthew's students.

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO. 27
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

Conclusion

Thank you for providing R3 Education with the opportunity to offer its thoughts on the eligibility criteria for new foreign medical schools to participate in Title IV. Given the shortage of doctors in the United States, particularly in the primary care fields, we believe it is important not to foreclose avenues for producing quality medical professionals, such as foreign medical schools. At the same time, it is critical to ensure that foreign medical schools participating in Title IV apply high academic standards. We are confident that Saba, MUA and St. Matthew's apply the highest standards. We further believe that, using the current Guidelines as a guide, the Department can draft regulations that will guarantee that all foreign medical schools participating in Title IV are subject to high educational standards. We look forward to working with the Department as it begins to develop the new eligibility criteria for foreign medical schools required by the HEOA.

DC01/ 2235039 9

- 5 -

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 242
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

St. Matthew's University

12124 High Tech Avenue, Suite 350; Orlando, FL 32817

ROSEVILLE MN 550

16 MAR 2010 PM 1 T

Julian Rooks
3648 Dartford Lane
Tallahassee, FL 32311

*Official Transcript*

RECEIVED AS PLAINTIFF / DEFENDANT / / JOINT / /
EXHIBIT NO. 245
CASE NO.
ADVERSARY NO.
FOR ID._____ IN EVIDENCE
DATE REC'D

TO VERIFY: TRANSLUCENT GLOBES MUST BE VISIBLE WHEN HELD TOWARD A LIGHT SOURCE

# St. Matthew's University School of Medicine
## P.O. Box 30992
### Regatta Office Park, Leeward Three
## Grand Cayman KY1-1204, CAYMAN ISLANDS, B.W.I.

Date Printed
2010-06-16

| Student Number | Name | Address | Enrollment Date | Degree |
|---|---|---|---|---|
| 1199938 | Julian Rodney Rooks | 2907 Alexis Lane Tallahassee, FL 32308 | 1999-01-04 | |

| ECFMG Number | Gender | | Graduation Date | |
|---|---|---|---|---|
| 0-613-445-6 | Male | | | |

| Course # | Course Title | Credits | Grade |
|---|---|---|---|
| Transfer from | American University of the Caribbean | | |
| MD115 | Medical Terminology | 1 | TC |
| MD116 | Basic Life Support | 1 | TC |
| MD124 | Biostatistics | 2 | TC |
| MD143 | Molecular & Cell Biology | 4 | TC |
| MD161 | Biochemistry | 6 | TC |
| MD162 | Gross Anatomy I | 6 | TC |
| MD216 | Behavioral Psychology | 1 | TC |
| MD253 | Histology & Histophysiology | 5 | TC |
| MD262 | Gross Anatomy II | 6 | TC |
| MD271 | Physiology I | 7 | TC |
| MD323 | Endocrinology | 2 | TC |
| MD324 | Ethics | 2 | TC |
| MD361 | Neuroscience | 6 | TC |
| **Spring 1999** | | | |
| MD224 | Embryology | 2 | P |
| MD316 | Clinical Medicine III | 1 | P |
| MD325 | Immunology | 2 | P |
| MD352 | Microbiology | 5 | P |
| MD415 | Journal Club | 1 | P |
| MD434 | Clinical Medicine IV | 3 | P |
| **Summer 1999** | | | |
| MD317 | Nutrition | 1 | P |
| MD443 | Psychopathology | 4 | P |
| MD462 | Pharmacology | 6 | P |
| MMD471 | General Pathology | 7 | P |
| **Fall 1999** | | | |
| MD225 | Genetics | 2 | P |
| MD543 | Clinical Medicine V | 4 | P |
| MD572 | USMLE Review | 7 | P |
| MD581 | Pathology II: Systemic Pathology | 8 | P |
| **Total Credits** | | 102 | |

| Clinical Name | Weeks | Grade |
|---|---|---|
| **Spring 2001** | | |
| Surgery | 12 | HP |
| **Fall 2001** | | |
| Internal Medicine Elective | 8 | H |
| Family Medicine Elective | 6 | H |
| **Spring 2002** | | |
| Vascular Surgery | 4 | HP |
| Nephrology Elective | 6 | HP |
| Emergency Medicine Elective | 4 | HP |
| **Summer 2002** | | |
| Infectious Disease | 4 | HP |
| Total Weeks | 44 | |
| Overall GPA | | 2.66 |

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. _____ 246 _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

AN OFFICIAL SIGNATURE IS WHITE WITH A PURPLE BACKGROUND        REJECT DOCUMENT IF SIGNATURE BELOW IS ALTERED

This officially sealed and signed transcript is printed on purple SCRIP-SAFE® security paper with, the name of the university printed in white type across the face of the document. A raised seal is not required. When photocopied a security statement containing the institution name and COPY will appear in alternating rows. A BLACK AND WHITE OR COLOR COPY OF THIS TRANSCRIPT IS NOT OFFICIAL.

In accordance with USC 438 (60)(4)(b) (The Family Educational Rights and Privacy Act of 1974) you are hereby notified that this information is provided upon the condition that you, your agents or employees, will not permit any other party access to this record without the consent of the student.

Jennifer Applequist, M.Ed., Registrar

GRADING LEGEND IS PRINTED ON REVERSE

TO VERIFY: TRANSLUCENT GLOBES MUST BE VISIBLE WHEN HELD TOWARD A LIGHT SOURCE

### St. Matthew's University School of Medicine
### P.O. Box 30992
### Regatta Office Park, Leeward Three
### Grand Cayman KY1-1204, CAYMAN ISLANDS, B.W.I.

Date Printed
2010-06-16

| Student Number | Name | Address | Enrollment Date | Degree |
|---|---|---|---|---|
| 1199938 | Julian Rodney Rooks | 2907 Alexis Lane Tallahassee, FL 32308 | 1999-01-04 | |

| ECFMG Number | Gender | | Graduation Date |
|---|---|---|---|
| 0-613-445-6 | Male | | |

| Course # | Course Title | Credits | Grade |
|---|---|---|---|
| Transfer from | American University of the Caribbean | | TC |
| MD115 | Medical Terminology | 1 | TC |
| MD116 | Basic Life Support | 1 | TC |
| MD124 | Biostatistics | 2 | TC |
| MD143 | Molecular & Cell Biology | 4 | TC |
| MD161 | Biochemistry | 6 | TC |
| MD162 | Gross Anatomy I | 6 | TC |
| MD216 | Behavioral Psychology | 1 | TC |
| MD253 | Histology & Histophysiology | 5 | TC |
| MD262 | Gross Anatomy II | 6 | TC |
| MD271 | Physiology I | 7 | TC |
| MD23 | Endocrinology | 2 | TC |
| MD224 | Ethics | 2 | TC |
| MD364 | Neuroscience | 6 | TC |
| **Spring 1999** | | | |
| MD224 | Embryology | 2 | P |
| MD316 | Clinical Medicine III | 1 | P |
| MD25 | Immunology | 2 | P |
| MD352 | Microbiology | 5 | P |
| MD415 | Journal Club | 1 | P |
| MD434 | Clinical Medicine IV | 3 | P |
| **Summer 1999** | | | |
| MD517 | Nutrition | 1 | P |
| MD443 | Psychopathology | 4 | P |
| MD462 | Pharmacology | 6 | P |
| MMD471 | General Pathology | 7 | P |
| **Fall 1999** | | | |
| MD223 | Genetics | 2 | P |
| MD543 | Clinical Medicine V | 4 | P |
| MD572 | USMLE Review | 7 | P |
| MD581 | Pathology II: Systemic Pathology | 8 | P |
| **Total Credits** | | **102** | |

| Clinical Name | Weeks | Grade |
|---|---|---|
| **Spring 2001** | | |
| Surgery | 12 | HP |
| **Fall 2001** | | |
| Internal Medicine Elective | 8 | H |
| Family Medicine Elective | 6 | H |
| **Spring 2002** | | |
| Vascular Surgery | 4 | HP |
| Nephrology Elective | 6 | HP |
| Emergency Medicine Elective | 4 | HP |
| **Summer 2002** | | |
| Infectious Disease | 4 | HP |
| Total Weeks | 44 | |
| Overall GPA | | 2.66 |

RECEIVED AS [PLAINTIFF] // DEFENDANT // JOINT //
EXHIBIT NO. _247_
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

AN OFFICIAL SIGNATURE IS WHITE WITH A PURPLE BACKGROUND

REJECT DOCUMENT IF SIGNATURE BELOW IS ALTERED

This officially sealed and signed transcript is printed on purple SCRIPS-SAFE® security paper with the name of the university printed in white type across the face of the document. A raised seal is not required. When photo copied a security statement containing the institution name and COPY will appear in alternating tones. A BLACK AND WHITE OR COLOR COPY OF THIS TRANSCRIPT IS NOT OFFICIAL.

In accordance with USC 438 (6) (4) (B) (The Family Educational Rights and Privacy Act of 1974) you are hereby notified that this information is provided upon the condition that you, your agents or employees, will not permit any other party access to this record without the consent of the student.

Jennifer Applequist, M.Ed., Registrar

GRADING LEGEND IS PRINTED ON REVERSE

SIDE **A**       ← PLAINTIFF'S LINE       SIDE **B**
## LOST RECORDS                          ## DELETED RECORDS



TO VERIFY: TRANSLUCENT GLOBES MUST BE VISIBLE WHEN HELD TOWARD A LIGHT SOURCE

**St. Matthew's University School of Medicine**
**P.O. Box 30992**
**Regatta Office Park, Leeward Three**
**Grand Cayman KY1-1204, CAYMAN ISLANDS, B.W.I.**

Date Printed:
2010-06-16

| Student Number | Name | Address | Enrollment Date | Degree |
|---|---|---|---|---|
| 1199938 | Julian Rodney Rooks | 2907 Alexis Lane, Tallahassee, FL 32308 | 1999-01-04 | |

| ECFMG Number | Gender | | Graduation Date | |
|---|---|---|---|---|
| 0-613-445-6 | Male | | | |

| Course # | Course Title | Credits | Grade |
|---|---|---|---|
| Transfer from | American University of the Caribbean | | |
| MD113 | Medical Terminology | 1 | TC |
| MD116 | Basic Life Support | 1 | TC |
| MD124 | Biostatistics | 2 | TC |
| MD143 | Molecular & Cell Biology | 4 | TC |
| MD161 | Biochemistry | 6 | TC |
| MD162 | Gross Anatomy I | 6 | TC |
| MD216 | Behavioral Psychology | 1 | TC |
| MD253 | Histology & Histophysiology | 5 | TC |
| MD262 | Gross Anatomy II | 6 | TC |
| MD271 | Physiology I | 7 | TC |
| MD323 | Endocrinology | 2 | TC |
| MD324 | Ethics | 2 | TC |
| MD361 | Neuroscience | 6 | TC |
| **Spring 1999** | | | |
| MD224 | Embryology | 2 | P |
| MD316 | Clinical Medicine III | 1 | P |
| MD325 | Immunology | 2 | P |
| MD352 | Microbiology | 5 | P |
| MD415 | Journal Club | 1 | P |
| MD354 | Clinical Medicine IV | 3 | P |
| **Summer 1999** | | | |
| MD317 | Nutrition | 1 | P |
| MD345 | Psychopathology | 2 | P |
| MD462 | Pharmacology | 6 | P |
| MMD471 | General Pathology | 7 | P |
| **Fall 1999** | | | |
| MD225 | Genetics | 2 | P |
| MD543 | Clinical Medicine V | 4 | P |
| MD572 | USMLE Review | 7 | P |
| MD581 | Pathology II, Systemic Pathology | 8 | P |
| **Total Credits** | | **102** | |

| Clinical Name | Weeks | Grade |
|---|---|---|
| **Spring 2001** | | |
| Surgery | 12 | HP |
| **Fall 2001** | | |
| Internal Medicine Elective | 8 | H |
| Family Medicine Elective | 6 | H |
| **Spring 2002** | | |
| Vascular Surgery | 4 | HP |
| Nephrology Elective | 6 | HP |
| Emergency Medicine Elective | 4 | HP |
| **Summer 2002** | | |
| Infectious Disease | 4 | HP |
| **Total Weeks** | 44 | |
| **Overall GPA** | | 2.66 |

**C** ➤

**D** ➤

**MISSING**
INTERNAL MEDICINE CORE
PSYCHIATRY CORE
PEDIATRICS CORE
OBIGYN CORE

**MISSING**
TRAUMA SURGERY
Cook County Hospital

**E** ⬆
"TOTAL WEEKS 44"

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO. _248_
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

AN OFFICIAL SIGNATURE IS WHITE WITH A PURPLE BACKGROUND

REJECT DOCUMENT IF SIGNATURE BELOW IS ALTERED

This officially sealed and signed transcript is printed on purple "SCRIPSAFE" security paper with the name of the university printed in white type across the face of the document. A raised seal is not required. When photocopied a security statement superimposed the institution name and COPY will appear in alternating rows. A BLACK AND WHITE OR COLOR COPY OF THIS FACSIMILE IS NOT OFFICIAL.

In accordance with USC 438 (b)(4)(B) [The Family Educational Rights and Privacy Act of 1974] you are hereby notified that this information is provided upon the condition that you, your agents or employees, will not permit any other party access to this record without the consent of the student.

Jennifer Applequist, M.Ed., Registrar

GRADING LEGEND IS PRINTED ON REVERSE

SIDE **A**
**LOST RECORDS**

PLAINTIFF'S LINE

SIDE **B**
**DELETED RECORDS**



TO VERIFY: TRANSLUCENT GLOBES MUST BE VISIBLE WHEN HELD TOWARD A LIGHT SOURCE

St. Matthew's University School of Medicine
P.O. Box 30992
Regatta Office Park, Leeward Three
Grand Cayman KY1-1204, CAYMAN ISLANDS, B.W.I.

Date Printed
2010-06-16

**D** "ENROLLMENT DATE 1-04"

| Student Number | Name | Address | Enrollment Date | Degree |
|---|---|---|---|---|
| 1199958 | Julian Rodney Rooks | 2907 Alexis Drive, Tallahassee, FL 32308 | 1999-01-04 | |
| ECFMG Number | Gender | | Graduation Date | |
| 0-613-445-6 | Male | | | |

**F** **E**

| Course # | Course Title | Credits | Grade |
|---|---|---|---|
| Transfer from | American University of the Caribbean | | |
| MD115 | Medical Terminology | 1 | TC |
| MD116 | Basic Life Support | 1 | TC |
| MD124 | Biostatistics | 2 | TC |
| MD143 | Molecular & Cell Biology | 4 | TC |
| MD161 | Biochemistry | 6 | TC |
| MD162 | Gross Anatomy I | 6 | TC |
| MD216 | Behavioral Psychology | 1 | TC |
| MD253 | Histology & Histophysiology | 5 | TC |
| MD262 | Gross Anatomy II | 6 | TC |
| MD271 | Physiology I | 7 | TC |
| MD323 | Endocrinology | 2 | TC |
| MD324 | Ethics | 2 | TC |
| MD361 | Neuroscience | 6 | TC |
| **Spring 1999** | | | |
| MD224 | Embryology | 2 | P |
| MD316 | Clinical Medicine III | 1 | P |
| MD325 | Immunology | 2 | P |
| MD352 | Microbiology | 5 | P |
| MD415 | Journal Club | 1 | P |
| MD434 | Clinical Medicine IV | 5 | P |
| **Summer 1999** | | | |
| MD517 | Nutrition | 1 | P |
| MD443 | Psychopathology | 4 | P |
| MD462 | Pharmacology | 6 | P |
| MMD471 | General Pathology | 7 | P |
| **Fall 1999** | | | |
| MD225 | Genetics | 2 | P |
| MD543 | Clinical Medicine V | 4 | P |
| MD572 | USMLE Review | 7 | P |
| MD581 | Pathology II: Systemic Pathology | 8 | P |
| **Total Credits** | | **102** | |

| Clinical Name | Weeks | Grade |
|---|---|---|
| **Spring 2001** | | |
| Surgery | 12 | HP |
| **Fall 2001** | | |
| Internal Medicine Elective | 8 | H |
| Family Medicine Elective | 6 | H |
| **Spring 2002** | | |
| Vascular Surgery | 4 | HP |
| Nephrology Elective | 6 | HP |
| Emergency Medicine Elective | 4 | HP |
| **Summer 2002** | | |
| Infectious Disease | 4 | HP |
| Total Weeks | 44 | |
| Overall GPA | | 2.66 |

**A** TRANSFERRED RECORDS

**B** SMU's RECORDS 1999

**C** "TOTAL CREDITS 102"

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. 249
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

AN OFFICIAL SIGNATURE IS WHITE WITH A PURPLE BACKGROUND          REJECT DOCUMENT IF SIGNATURE BELOW IS ALTERED

This officially sealed and dyed transcript is printed on purple SCRIP SAFE® security paper with the name of the university printed in white typeface on the face of the document. A raised seal is not required. When photocopied a security 'statement contouring' the lamination name and COPY will appear in alternating rows. A BLACK AND WHITE OR COLOR COPY OF THIS TRANSCRIPT IS NOT OFFICIAL.

In accordance with USC-US-46-434) (The Family Educational Rights and Privacy Act of 1974) you are hereby notified that this information is provided upon the condition that you, your agents or employees, will not permit any other party access to this record without the consent of the student.

Jennifer Applequist, M.Ed., Registrar

GRADING LEGEND IS PRINTED ON REVERSE

SIDE **A** — PLAINTIFF'S LINE — SIDE **B**
**LOST RECORDS**          **DELETED RECORDS**

## XFINITY Connect

jrja2@comcast.net

# Missed Calls

| From | Duration | Date | |
|------|----------|------|---|
| Unknown (800) 436-5246 | 0 seconds | Fri, 2/24/12, 8:02 AM ← | GRC SALLIE MAE |
| Unknown (877) 320-7474 | 0 seconds | Fri, 2/24/12, 8:00 AM ← | THOMAS AGENCY, DEBT COLLECTOR |
| Unknown (877) 320-7474 | 0 seconds | Thu, 2/23/12, 8:01 AM ← | " " |
| Unknown (800) 436-5290 | 0 seconds | Wed, 2/22/12, 3:05 PM ← | GRC SALLIE MAE |
| Unknown (877) 320-7474 | 0 seconds | Wed, 2/22/12, 8:31 AM ← | THOMAS AGENCY, DEBT COLLECTOR |
| Unknown (877) 320-7474 | 0 seconds | Wed, 2/22/12, 8:00 AM ← | " " |
| Unknown (207) 772-4659 | 0 seconds | Tue, 2/21/12, 11:30 AM ← THOMAS AGENCY, DEBT COLLECTOR PORTLAND MAINE |
| Unknown (800) 436-5246 | 0 seconds | Tue, 2/21/12, 8:02 AM ← GRC ~ SALLIE MAE |
| Unknown (800) 436-5246 | 0 seconds | Mon, 2/20/12, 8:24 AM ← | " |
| Unknown (877) 320-7474 | 0 seconds | Sat, 2/18/12, 8:06 AM ← | THOMAS AGENCY, DEBT COLLECTOR. |
| Unknown (800) 436-5246 | 0 seconds | Fri, 2/17/12, 8:09 AM ← | GRC, SALLIE MAE. |
| Unknown (877) 525-7344 | 0 seconds | Thu, 2/16/12, 5:15 PM ← | GRC, " " |
| Unknown (800) 436-5246 | 0 seconds | Thu, 2/16/12, 2:53 PM ← | GRC, SALLIE MAE. |
| Unknown (877) 320-7474 | 0 seconds | Thu, 2/16/12, 8:56 AM ← | THOMAS AGENCY, DEBT COLLECTOR |
| Unknown (877) 320-7474 | 0 seconds | Thu, 2/16/12, 8:13 AM ← | " |
| Unknown (877) 320-7474 | 0 seconds | Wed, 2/15/12, 8:04 AM ← | " " " |
| Unknown (800) 436-5246 | 0 seconds | Tue, 2/14/12, 1:45 PM ← | GRC, SALLIE MAE. |
| Unknown (800) 436-5246 | 0 seconds | Mon, 2/13/12, 8:02 AM ← | " |
| Unknown (207) 772-4659 | 0 seconds | Fri, 2/10/12, 5:23 PM ← | THOMAS AGENCY, DEBT COLLECTOR |
| Unknown (800) 436-5246 | 0 seconds | Fri, 2/10/12, 8:02 AM ← | GRC, SALLIE MAE. |
| Unknown (877) 320-7474 | 0 seconds | Fri, 2/10/12, 8:01 AM ← | THOMAS AGENCY, DEBT COLLECTOR |
| Unknown (313) 887-0666 | 0 seconds | Thu, 2/9/12, 5:14 PM ← | UNKNOWN DEBT COLLECTOR |
| Unknown (313) 887-0666 | 0 seconds | Thu, 2/9/12, 4:59 PM ← | " |
| Unknown (877) 320-7474 | 0 seconds | Thu, 2/9/12, 8:43 AM | ⎫ |
| Unknown (877) 320-7474 | 0 seconds | Thu, 2/9/12, 8:01 AM | ⎬ THOMAS AGENCY, DEBT |
| Unknown (877) 320-7474 | 0 seconds | Wed, 2/8/12, 8:31 AM | COLLECTOR |
| Unknown (877) 320-7474 | 0 seconds | Wed, 2/8/12, 8:00 AM | ⎭ |
| Unknown (781) 338-7000 | 0 seconds | Tue, 2/7/12, 11:29 AM ← | HALDEN, MASS. |
| Unknown (800) 436-5246 | 0 seconds | Mon, 2/6/12, 10:33 AM ← | GRC SALLIE MAE |
| Unknown (877) 320-7474 | 0 seconds | Fri, 2/3/12, 8:46 AM | ⎫ THOMAS AGENCY, DEBT COLL. |
| Unknown (877) 320-7474 | 0 seconds | Fri, 2/3/12, 8:08 AM | ⎭ |
| Unknown (850) 644-1080 | 0 seconds | Thu, 2/2/12, 8:45 PM | ⎫ |
| Unknown (850) 644-1080 | 0 seconds | Thu, 2/2/12, 8:11 PM | ⎬ FSU ALUMNI ASSN. |
| Unknown (850) 644-1080 | 0 seconds | Thu, 2/2/12, 7:39 PM | ⎭ |
| Unknown (877) 320-7474 | 0 seconds | Thu, 2/2/12, 8:32 AM | ⎫ THOMAS AGENCY, DEBT COLL. |
| Unknown (877) 320-7474 | 0 seconds | Thu, 2/2/12, 8:02 AM | ⎭ |
| Unknown (800) 436-5246 | 0 seconds | Wed, 2/1/12, 10:40 AM ← | GRC, SALLIE MAE. |
| Unknown (877) 320-7474 | 0 seconds | Wed, 2/1/12, 9:04 AM | ⎫ |
| Unknown (877) 320-7474 | 0 seconds | Wed, 2/1/12, 8:31 AM | ⎬ THOMAS AGENCY, DEBT COLL. |
| Unknown (877) 320-7474 | 0 seconds | Wed, 2/1/12, 8:01 AM | ⎬ |
| Unknown (877) 320-7474 | 0 seconds | Wed, 2/1/12, 8:00 AM | ⎭ |
| Unknown (877) 525-7344 | 0 seconds | Tue, 1/31/12, 3:07 PM ← | GRC, SALLIE MAE |
| Unknown (877) 320-7474 | 0 seconds | Mon, 1/30/12, 7:58 PM ← | THOMAS AGENCY, DEBT COLL. |

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /

EXHIBIT NO. 250

CASE NO. _____

ADVERSARY NO. _____

FOR ID. _____ IN EVIDENCE _____

DATE REC'D

| | | | |
|---|---|---|---|
| Unknown (800) 436-5246 | 0 seconds | Mon, 1/30/12, 8:13 AM | GRC, SALLIE MAE |
| Unknown (850) 644-1080 | 0 seconds | Sun, 1/29/12, 5:40 PM | FSU |
| Unknown (972) 793-0439 | 0 seconds | Fri, 1/27/12, 4:49 PM | ABBOTT/NEWMAN - DEBT COLL. |
| Unknown (972) 793-0439 | 0 seconds | Fri, 1/27/12, 4:33 PM | " |
| Unknown (800) 436-5246 | 0 seconds | Fri, 1/27/12, 8:17 AM | |
| Unknown (800) 436-5246 | 0 seconds | Thu, 1/26/12, 5:41 PM | GRC, SALLIE MAE |
| Unknown (800) 436-5246 | 0 seconds | Wed, 1/25/12, 7:45 PM | |
| Unknown (800) 436-5290 | 0 seconds | Wed, 1/25/12, 7:43 PM | GRC, SALLIE MAE |
| Unknown (877) 525-7344 | 0 seconds | Wed, 1/25/12, 2:43 PM | GRC, SALLIE MAE |
| Unknown (800) 436-5290 | 0 seconds | Wed, 1/25/12, 9:00 AM | GRC, SALLIE MAE |
| Unknown (800) 436-5290 | 0 seconds | Tue, 1/24/12, 7:31 PM | " " |
| Unknown (781) 338-7000 | 0 seconds | Mon, 1/23/12, 5:33 PM | |
| Unknown (781) 338-7000 | 0 seconds | Mon, 1/23/12, 5:32 PM | MALDEN MASSACHOCETS ? |
| Unknown (781) 338-7000 | 0 seconds | Mon, 1/23/12, 5:31 PM | |
| Unknown (877) 320-7474 | 0 seconds | Sat, 1/21/12, 8:21 AM | THOMAS AGENCY DEBT COLL. |
| Unknown Unavailable | 0 seconds | Fri, 1/20/12, 1:02 PM | |
| Unknown Unavailable | 0 seconds | Thu, 1/19/12, 5:26 PM | |
| Unknown (972) 793-0439 | 0 seconds | Thu, 1/19/12, 3:31 PM | ABBOTT/NEWMAN, DEBT. COLL |
| Unknown Unavailable | 0 seconds | Thu, 1/19/12, 2:04 PM | |
| Unknown Unavailable | 0 seconds | Wed, 1/18/12, 8:19 PM | |
| Unknown (207) 772-4659 | 0 seconds | Wed, 1/18/12, 4:48 PM | THOMAS AGENCY DEBT COLL. |
| Unknown (800) 436-5246 | 0 seconds | Wed, 1/18/12, 3:44 PM | GRC, SALLIE MAE. |
| Unknown Unavailable | 0 seconds | Tue, 1/17/12, 3:19 PM | |
| Unknown (972) 793-0439 | 0 seconds | Mon, 1/16/12, 1:54 PM | |
| Unknown (972) 793-0439 | 0 seconds | Mon, 1/16/12, 1:39 PM | ABBOTT/NEWMAN ASS. |
| Unknown Unavailable | 0 seconds | Sun, 1/15/12, 3:17 PM | |
| Unknown (850) 329-7030 | 0 seconds | Sat, 1/14/12, 9:12 AM | |
| Unknown (800) 436-5246 | 0 seconds | Fri, 1/13/12, 10:24 AM | GRC, SALLIE MAE. |
| Unknown (877) 320-7474 | 0 seconds | Fri, 1/13/12, 8:37 AM | THOMAS AGENCY, DEBT COLL. |
| Unknown (800) 436-5246 | 0 seconds | Fri, 1/13/12, 8:21 AM | GRC, SALLIE MAE. |
| Unknown (877) 320-7474 | 0 seconds | Fri, 1/13/12, 8:06 AM | THOMAS AGENCY, DEBT COLL. |
| Unknown (800) 436-5246 | 0 seconds | Thu, 1/12/12, 8:26 PM | GRC, SALLIE MAE. |
| Unknown Unavailable | 0 seconds | Thu, 1/12/12, 4:14 PM | |
| Unknown (877) 525-7344 | 0 seconds | Thu, 1/12/12, 2:29 PM | GRC, SALLIE MAE. |
| Unknown Unavailable | 0 seconds | Thu, 1/12/12, 1:04 PM | |
| Unknown (877) 320-7474 | 0 seconds | Thu, 1/12/12, 8:35 AM | |
| Unknown (877) 320-7474 | 0 seconds | Wed, 1/11/12, 8:30 AM | THOMAS AGENCY, DEBT COLL |
| Unknown (877) 320-7474 | 0 seconds | Wed, 1/11/12, 8:00 AM | |
| Unknown (877) 320-7474 | 0 seconds | Fri, 1/6/12, 8:07 AM | |
| Unknown (888) 253-3108 | 0 seconds | Wed, 1/4/12, 11:43 AM | |
| Unknown (888) 253-3108 | 0 seconds | Tue, 1/3/12, 5:27 PM | |
| Unknown (888) 253-3108 | 0 seconds | Tue, 1/3/12, 11:01 AM | ALLIED INTERSTATE |
| Unknown (888) 253-3108 | 0 seconds | Mon, 1/2/12, 12:28 PM | |
| Unknown (888) 253-3108 | 0 seconds | Mon, 1/2/12, 9:53 AM | |
| Unknown (850) 725-5816 | 0 seconds | Sat, 12/31/11, 11:19 AM | FL HWY PTRL. SOLICITATION |
| Unknown (207) 772-4659 | 0 seconds | Fri, 12/30/11, 4:51 PM | THOMAS AGENCY, DEBT. COLL. |
| Unknown (877) 320-7474 | 0 seconds | Fri, 12/30/11, 8:01 AM | " " |
| Unknown (207) 772-4659 | 0 seconds | Thu, 12/29/11, 7:49 PM | " " |
| Unknown (800) 436-5246 | 0 seconds | Thu, 12/29/11, 4:17 PM | " " |
| Unknown (888) 253-3108 | 0 seconds | Thu, 12/29/11, 3:20 PM | ALLIED INTERSTATE, DEBT C |
| Unknown (877) 525-7344 | 0 seconds | Thu, 12/29/11, 11:32 AM | GRC, SALLIE MAE |
| Unknown (888) 253-3108 | 0 seconds | Thu, 12/29/11, 10:55 AM | ALLIED INTERSTATE, DEBT COL |

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _251_
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

XFINITY Connect                                                    Page 3 of 4

|  |  |  |  |
|---|---|---|---|
|  | 0 seconds | Wed, 12/28/11, 5:07 PM |  |
| Unknown (888) 253-3108 | 0 seconds | Wed, 12/28/11, 3:01 PM | ALLIED INTERSTATE, DEBT |
| Unknown Unavailable | 0 seconds | Wed, 12/28/11, 2:16 PM |  |
| Unknown (888) 253-3108 | 0 seconds | Wed, 12/28/11, 11:57 AM | ALLIED INTERSTATE, DEBT. |
| Unknown (877) 525-7344 | 0 seconds | Tue, 12/27/11, 4:45 PM | GRC SALLIE MAE |
| Unknown (850) 725-6816 | 0 seconds | Mon, 12/26/11, 7:31 PM | FHP |
| Unknown (800) 435-5246 | 0 seconds | Fri, 12/23/11, 3:46 PM | GRC, SALLIE MAE |
| Unknown (800) 435-5248 | 0 seconds | Fri, 12/23/11, 8:47 AM |  |
| Unknown Unavailable | 0 seconds | Thu, 12/22/11, 3:18 PM |  |
| Unknown (877) 525-7344 | 0 seconds | Thu, 12/22/11, 3:04 PM | GRC, SALLIE MAE |
| Unknown (888) 253-3108 | 0 seconds | Wed, 12/21/11, 3:01 PM | ALLIED INTERSTATE |
| Unknown (888) 253-3108 | 0 seconds | Tue, 12/20/11, 12:38 PM |  |
| Unknown (800) 435-5248 | 0 seconds | Tue, 12/20/11, 8:03 AM | GRC, SALLIE MAE |
| Unknown (800) 435-5248 | 0 seconds | Mon, 12/19/11, 7:31 PM |  |
| Unknown (207) 772-4659 | 0 seconds | Mon, 12/19/11, 11:57 AM | THOMAS AGENCY, DEBT COLL. |
| Unknown (888) 253-3108 | 0 seconds | Fri, 12/16/11, 2:35 PM | ALLIED INTERSTATE |
| Unknown (800) 435-5248 | 0 seconds | Fri, 12/16/11, 8:53 AM | GRC, SALLIE MAE |
| Unknown (877) 525-7344 | 0 seconds | Thu, 12/15/11, 6:43 PM | GRC, SALLIE MAE |
| Unknown (888) 253-3108 | 0 seconds | Thu, 12/15/11, 4:26 PM | ALLIED INTERSTATE |
| Unknown (877) 525-7344 | 0 seconds | Thu, 12/15/11, 1:46 PM | GRC, SALLIE MAE |
| Unknown (888) 253-3108 | 0 seconds | Thu, 12/15/11, 11:20 AM | ALLIED INTERSTATE |
| Unknown (877) 525-7344 | 0 seconds | Wed, 12/14/11, 11:42 AM | GRC, SALLIE MAE |
| Unknown (800) 435-5248 | 0 seconds | Wed, 12/14/11, 8:17 AM | GRC, SALLIE MAE |
| Unknown (800) 435-5248 | 0 seconds | Tue, 12/13/11, 8:37 PM |  |
| Unknown (888) 253-3108 | 0 seconds | Tue, 12/13/11, 3:48 PM | ALLIED INTERSTATE |
| Unknown (865) 684-2149 | 0 seconds | Tue, 12/13/11, 2:45 PM | RMB, DEBT COLL. |
| Unknown (888) 253-3108 | 0 seconds | Tue, 12/13/11, 12:52 PM | ALLIED INTERSTATE |
| Unknown (865) 684-2149 | 0 seconds | Tue, 12/13/11, 10:45 AM | RMB, DEBT COLL. |
| Unknown (888) 253-3108 | 0 seconds | Tue, 12/13/11, 10:15 AM |  |
| Unknown (888) 253-3108 | 0 seconds | Mon, 12/12/11, 2:37 PM | ALLIED INTERSTATE |
| Unknown (888) 253-3108 | 0 seconds | Mon, 12/12/11, 9:48 AM |  |
| Unknown (888) 253-3108 | 0 seconds | Fri, 12/9/11, 4:33 PM |  |
| Unknown (865) 684-1981 | 0 seconds | Fri, 12/9/11, 4:15 PM | RMB, DEBT COLL |
| Unknown (865) 684-2149 | 0 seconds | Fri, 12/9/11, 12:13 PM | RMB, DEBT COLL. |
| Unknown (888) 253-3108 | 0 seconds | Fri, 12/9/11, 11:27 AM | ALLIED INTERSTATE |
| Unknown (888) 253-3108 | 0 seconds | Fri, 12/9/11, 9:57 AM |  |
| Unknown (800) 435-5248 | 0 seconds | Fri, 12/9/11, 8:01 AM | GRC, SALLIE MAE |
| Unknown (888) 253-3108 | 0 seconds | Thu, 12/8/11, 4:21 PM | ALLIED INTERSTATE |
| Unknown (800) 435-5248 | 0 seconds | Thu, 12/8/11, 1:02 PM | GRC, SALLIE MAE. |
| Unknown (877) 525-7344 | 0 seconds | Thu, 12/8/11, 11:29 AM | GRC, SALLIE MAE |
| Unknown (800) 435-5248 | 0 seconds | Thu, 12/8/11, 8:19 AM | GRC, SALLIE MAE |
| Unknown (480) 649-2753 | 0 seconds | Wed, 12/7/11, 6:14 PM | POLITICAL FREAK |
| Unknown (480) 649-2753 | 0 seconds | Wed, 12/7/11, 5:58 PM | " |
| Unknown (207) 772-4659 | 0 seconds | Wed, 12/7/11, 5:40 PM | THOMAS AGENCY, DEBT COLL. |
| Unknown (877) 525-7344 | 0 seconds | Wed, 12/7/11, 4:13 PM | GRC, SALLIE MAE |
| Unknown (800) 435-5248 | 0 seconds | Wed, 12/7/11, 2:54 PM | GRC, SM |
| Unknown (207) 772-4659 | 0 seconds | Wed, 12/7/11, 12:38 PM | THOMAS AGENCY, DEBT COL |
| Unknown (888) 253-3108 | 0 seconds | Wed, 12/7/11, 11:02 AM |  |
| Unknown (888) 253-3108 | 0 seconds | Wed, 12/7/11, 9:49 AM | ALLIED INTERSTATE |
| Unknown (888) 253-3108 | 0 seconds | Wed, 12/7/11, 9:49 AM |  |
| Unknown (800) 435-5248 | 0 seconds | Wed, 12/7/11, 8:11 AM | GRC, SALLIE MAE |
| Unknown (207) 772-4659 | 0 seconds | Tue, 12/6/11, 4:50 PM | THOMAS AGENCY |

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 256 _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

XFINITY Connect

| | | |
|---|---|---|
| | 0 seconds | Tue, 12/6/11, 3:33 PM |
| Unknown (888) 253-3108 | 0 seconds | Tue, 12/6/11, 3:01 PM ← ALLIED INTERSTATE |
| Unknown (800) 436-5248 | 0 seconds | Tue, 12/6/11, 12:58 PM ← GRC, SALLIE MAE |
| Unknown (888) 253-3108 | 0 seconds | Tue, 12/6/11, 12:51 PM ← ALLIED INTERSTATE |
| Unknown (480) 649-2753 | 0 seconds | Tue, 12/6/11, 12:14 PM ← POLITICAL FREAK |
| Unknown (888) 253-3108 | 0 seconds | Tue, 12/6/11, 10:10 AM |
| Unknown Unavailable | 9 seconds | Mon, 12/5/11, 4:56 PM } ALLIED INTERSTATE |
| Unknown (888) 253-3108 | 0 seconds | Mon, 12/5/11, 4:04 PM |
| Unknown (888) 253-3108 | 0 seconds | Mon, 12/5/11, 1:53 PM |
| Unknown (800) 436-5248 | 0 seconds | Mon, 12/5/11, 11:12 AM ← GRC, SALLIE MAE |
| Unknown Unavailable | 0 seconds | Sun, 12/4/11, 2:51 PM |
| Unknown (480) 649-2753 | 0 seconds | Sat, 12/3/11, 1:28 PM ← POLITICAL FREAK |
| Unknown Unavailable | 9 seconds | Fri, 12/2/11, 3:52 PM |
| Unknown (877) 525-7344 | 0 seconds | Fri, 12/2/11, 3:45 PM ← GRC, SALLIE MAE. |
| Unknown (480) 649-2753 | 0 seconds | Fri, 12/2/11, 11:57 AM ← POLITICAL |
| Unknown (888) 253-3108 | 0 seconds | Fri, 12/2/11, 11:24 AM } ALLIED INTERSTATE |
| Unknown (888) 253-3108 | 0 seconds | Fri, 12/2/11, 9:44 AM |
| Unknown (877) 525-7344 | 0 seconds | Thu, 12/1/11, 8:05 PM } GRC, SALLIE MAE |
| Unknown (877) 525-7344 | 0 seconds | Thu, 12/1/11, 5:32 PM |
| Unknown (865) 684-2149 | 0 seconds | Thu, 12/1/11, 4:46 PM ← RMB, DEBT COLL. |
| Unknown Unavailable | 0 seconds | Thu, 12/1/11, 2:21 PM |
| Unknown (888) 253-3108 | 0 seconds | Thu, 12/1/11, 1:40 PM ← ALLIED INTERSTATE |
| Unknown Unavailable | 0 seconds | Wed, 11/30/11, 6:02 PM |
| Unknown (480) 649-2753 | 0 seconds | Wed, 11/30/11, 11:58 AM ← POLITICAL CALL |
| Unknown (865) 684-1981 | 0 seconds | Tue, 11/29/11, 7:19 PM ← RMB, DEBT COLL. |
| Unknown (207) 772-4669 | 0 seconds | Tue, 11/29/11, 5:41 PM } THOMAS AGENCY, DEBT COLL. |
| Unknown (207) 772-4669 | 0 seconds | Tue, 11/29/11, 5:13 PM |
| Unknown (781) 338-7000 | 0 seconds | Tue, 11/29/11, 5:02 PM ← HALDEN, MESSICK OC. |
| Unknown (865) 684-2149 | 0 seconds | Tue, 11/29/11, 3:18 PM ← RMB, DEBT COLL. |
| Unknown (888) 253-3108 | 0 seconds | Tue, 11/29/11, 10:24 AM ← ALLIED INTERSTATE |

RECEIVED AS |PLAINTIFF| / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 252
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

XFINITY Connect

**XFINITY Connect**

jrja2@comcast.net

# Missed Calls

| From | Duration | Date |
|------|----------|------|
| Tallahassee FL  (850) 270-2784 | 0 seconds | Yesterday, 7:16 PM |
| Tallahassee FL  (850) 270-2784 | 0 seconds | Yesterday, 11:05 AM |
| Pri-vate | 0 seconds | Mon, 2/20/12, 7:25 PM |
| ANIMAL AID & SP  (850) 386-4146 | 0 seconds | Thu, 2/16/12, 9:31 AM |
| 800 Service   (800) 335-7194 | 0 seconds | Thu, 2/9/12, 5:33 PM    ← COMCAST |
| 800 Service   (800) 335-7194 | 0 seconds | Thu, 2/9/12, 5:12 PM        " |
| Cell Phone FL  (850) 702-7129 | 0 seconds | Thu, 1/26/12, 7:08 PM |
| Pri-vate | 0 seconds | Thu, 1/19/12, 4:42 PM |
| 800 Service   (800) 262-4398 | 0 seconds | Tue, 1/17/12, 9:07 AM    ← NJATE MGMT. |
| 800 Service   (800) 262-4398 | 0 seconds | Tue, 1/17/12, 9:03 AM |
| 800 Service   (800) 262-4398 | 0 seconds | Tue, 1/17/12, 8:00 AM |
| Cell Phone FL  (850) 210-2754 | 0 seconds | Tue, 1/10/12, 5:42 PM |
| Cell Phone FL  (850) 210-2754 | 0 seconds | Fri, 1/6/12, 2:43 PM |
| THOROUGHBRED RE  (270) 450-3798 | 0 seconds | Wed, 1/4/12, 6:27 PM |
| ALLIED INTERSTA  (888) 253-3108 | 0 seconds | Wed, 1/4/12, 4:54 PM |
| ALLIED INTERSTA  (888) 253-3108 | 0 seconds | Wed, 1/4/12, 3:25 PM |
| ALLIED INTERSTA  (888) 253-3108 | 0 seconds | Fri, 12/30/11, 7:13 PM |
| Denson Pamela M  (850) 556-7174 | 0 seconds | Wed, 12/28/11, 10:01 AM |
| 800 Service   (800) 262-4398 | 0 seconds | Tue, 12/27/11, 9:07 AM |
| 800 Service   (800) 262-4398 | 0 seconds | Tue, 12/27/11, 9:05 AM |
| 800 Service   (800) 262-4398 | 0 seconds | Tue, 12/27/11, 8:01 AM |
| ALLIED INTERSTA  (888) 253-3108 | 0 seconds | Fri, 12/23/11, 4:17 PM |
| ALLIED INTERSTA  (888) 253-3108 | 0 seconds | Wed, 12/21/11, 12:56 PM |
| ALLIED INTERSTA  (888) 253-3108 | 0 seconds | Mon, 12/19/11, 3:49 PM |
| ALLIED INTERSTA  (888) 253-3108 | 0 seconds | Mon, 12/19/11, 2:17 PM |
| ALLIED INTERSTA  (888) 253-3108 | 0 seconds | Fri, 12/16/11, 12:06 PM |
| ALLIED INTERSTA  (888) 253-3108 | 0 seconds | Fri, 12/16/11, 10:59 AM |
| ALLIED INTERSTA  (888) 253-3108 | 0 seconds | Fri, 12/16/11, 9:49 AM |
| Cell Phone FL  (850) 210-2754 | 0 seconds | Thu, 12/15/11, 5:55 PM |
| ALLIED INTERSTA  (888) 253-3108 | 0 seconds | Thu, 12/15/11, 3:02 PM |
| ALLIED INTERSTA  (888) 253-3108 | 0 seconds | Thu, 12/15/11, 1:11 PM |
| ALLIED INTERSTA  (888) 253-3108 | 0 seconds | Thu, 12/15/11, 10:30 AM |
| 800 Service   (800) 262-4398 | 0 seconds | Wed, 12/14/11, 5:52 PM |
| 800 Service   (800) 262-4398 | 0 seconds | Wed, 12/14/11, 5:50 PM |
| 800 Service   (800) 262-4398 | 0 seconds | Wed, 12/14/11, 5:47 PM |
| ALLIED INTERSTA  (888) 253-3108 | 0 seconds | Wed, 12/14/11, 2:47 PM |
| ALLIED INTERSTA  (888) 253-3108 | 0 seconds | Wed, 12/14/11, 12:53 PM |
| ALLIED INTERSTA  (888) 253-3108 | 0 seconds | Wed, 12/14/11, 11:14 AM |
| ALLIED INTERSTA  (888) 253-3108 | 0 seconds | Wed, 12/14/11, 9:19 AM |
| Cell Phone FL  (850) 702-7129 | 0 seconds | Tue, 12/13/11, 11:12 PM |
| ALLIED INTERSTA  (888) 253-3108 | 0 seconds | Tue, 12/13/11, 8:37 PM |
| ALLIED INTERSTA  (888) 253-3108 | 0 seconds | Tue, 12/13/11, 2:43 PM |
| ALLIED INTERSTA  (888) 253-3108 | 0 seconds | Tue, 12/13/11, 12:22 PM |

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO.
CASE NO.
ADVERSARY NO.
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

| | | |
|---|---|---|
| ALLIED INTERSTA (888) 253-3108 | 0 seconds | Tue, 12/13/11, 10:42 AM |
| ALLIED INTERSTA (888) 253-3108 | 0 seconds | Tue, 12/13/11, 9:19 AM |
| ALLIED INTERSTA (888) 253-3108 | 0 seconds | Mon, 12/12/11, 3:57 PM |
| ALLIED INTERSTA (888) 253-3108 | 0 seconds | Mon, 12/12/11, 1:45 PM |
| ALLIED INTERSTA (888) 253-3108 | 0 seconds | Mon, 12/12/11, 10:57 AM |
| ALLIED INTERSTA (888) 253-3108 | 0 seconds | Mon, 12/12/11, 9:15 AM |
| ALLIED INTERSTA (888) 253-3108 | 0 seconds | Fri, 12/9/11, 8:12 PM |
| ALLIED INTERSTA (888) 253-3108 | 0 seconds | Fri, 12/9/11, 2:09 PM |
| ALLIED INTERSTA (888) 253-3108 | 0 seconds | Thu, 12/8/11, 2:43 PM |
| ALLIED INTERSTA (888) 253-3108 | 0 seconds | Thu, 12/8/11, 10:32 AM |
| ALLIED INTERSTA (888) 253-3108 | 0 seconds | Wed, 12/7/11, 6:24 PM |
| ALLIED INTERSTA (888) 253-3108 | 0 seconds | Wed, 12/7/11, 2:49 PM |
| ALLIED INTERSTA (888) 253-3108 | 0 seconds | Wed, 12/7/11, 1:52 PM |
| ALLIED INTERSTA (888) 253-3108 | 0 seconds | Tue, 12/6/11, 4:22 PM |
| ALLIED INTERSTA (888) 253-3108 | 0 seconds | Tue, 12/6/11, 12:02 PM |
| ALLIED INTERSTA (888) 253-3108 | 0 seconds | Mon, 12/5/11, 12:20 PM |
| ALLIED INTERSTA (888) 253-3108 | 0 seconds | Fri, 12/2/11, 3:46 PM |
| ALLIED INTERSTA (888) 253-3108 | 0 seconds | Thu, 12/1/11, 3:55 PM |
| ALLIED INTERSTA (888) 253-3108 | 0 seconds | Thu, 12/1/11, 11:03 AM |
| ALLIED INTERSTA (888) 253-3108 | 0 seconds | Wed, 11/30/11, 2:10 PM |
| TALLAHASSEE PRI (850) 878-2222 | 0 seconds | Wed, 11/30/11, 1:56 PM |
| ALLIED INTERSTA (888) 253-3108 | 0 seconds | Wed, 11/30/11, 9:45 AM |
| ALLIED INTERSTA (888) 253-3108 | 0 seconds | Tue, 11/29/11, 2:49 PM |
| ALLIED INTERSTA (888) 253-3108 | 0 seconds | Tue, 11/29/11, 11:20 AM |

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. 255
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



25 Orville Drive, Suite 101A
Bohemia, NY 11716-2501
ADDRESS SERVICE REQUESTED

Toll Free: 1-866-402-9232 ◦ Fax #: 631-963-3928

March 30, 2012

MAIL ALL CORRESPONDENCE & PAYMENTS TO:
RAPID RECOVERY SOLUTION, INC.
25 Orville Drive, Suite 101A
Bohemia, NY 11716-2501

0000302510 ^ SL1    757701177
Barbara Rooks
Rooks,barbara
3648 Dartford Ln
Tallahassee FL 32311-7773

Account #:    0000302510
Balance Due:   $37089.42



***Detach Upper Portion and Return with Payment***

Re:    MILAN INVESTORS, LP, vs. Rooks,barbara Account # 0000302510
       **BALANCE DUE: $37089.42**

You are now notified that your Wells Fargo Student Loan account(s) previously being handled by The Sagres Company are now being serviced by Rapid Recovery Solution. At the time of placement, you had an outstanding balance due of $37089.42.

If you had been making payments to the prior agency servicing the above referenced account, you are notified that all future payments need to be received by RRS in order for your account to be properly credited. If you have made any prior payments on this account and you believe these payments have not been properly credited to your account. You are going to have to submit valid proof of payment to RRS for your account to be properly credited.

In order to set up payment arrangements call RRS to speak to a representative at the number referenced below.

All payments are to be made out to **Rapid Recovery Solution, Inc.** and mailed to:

Rapid Recovery Solution, Inc.
25 Orville Drive, Suite 101A
Bohemia, NY 11716-2501

Regards,

1-866-402-9232

**This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that you dispute the validity of this debt or any portion thereof, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

| RECEIVED AS | PLAINTIFF / / DEFENDANT / / JOINT / / |
|---|---|
| EXHIBIT NO. | 256 |
| CASE NO. | |
| ADVERSARY NO. | |
| FOR ID. | IN EVIDENCE |
| DATE REC'D | |

case. Other collection agencies wouldn't dream of offering such a guarantee, and it is just one more way we look out for our clients.

We invite you to browse our site and learn more about our collection services. Whether you require a collections agency for credit collection, medical billing collection, or any kind of commercial collection, our agency is ready to assist you and help you get paid. Contact us when you are ready to begin and receive your free quote now.

**RRS Collection Agency takes all Federal & State laws very seriously**
**RRS Collection Agency follows the FDCPA (Fair Debt Collection Practice Act) & is HIPAA compliant**

COLLECTION COMPANY    COLLECTION AGENCY    COLLECTION AGENCY SERVICES    DEBT COLLECTION AGENCY    CREDIT COLLECTION AGENCY    MEDICAL COLLECTION AGENCY
DEBT COLLECTION COMPANY    NATIONAL COLLECTION AGENCY    COMMERCIAL COLLECTION AGENCY    BAD DEBT COLLECTION    COLLECTION AGENCY INFORMATION    PDA+FEES

Content copyright © 2014 Rapid Recovery Solution, Inc. All Rights Reserved.

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 257
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

## NYS Department of State
### Division of Corporations
### Entity Information

The information contained in this database is current through June 12, 2014.

Selected Entity Name: RAPID RECOVERY SOLUTION, INC
Selected Entity Status Information
Current Entity Name: RAPID RECOVERY SOLUTION, INC
DOS ID #: 3909835
Initial DOS Filing Date: FEBRUARY 02, 2010
County: SUFFOLK
Jurisdiction: DELAWARE
Entity Type: FOREIGN BUSINESS CORPORATION
Current Entity Status: ACTIVE

Selected Entity Address Information
DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543
Chief Executive Officer
 JOHN MONDERINE
25 ORVILLE DRIVE
STE 101A
BOHEMIA, NEW YORK, 11716
Principal Executive Office
RAPID RECOVERY SOLUTION, INC
25 ORVILLE DRIVE
STE 101A
BOHEMIA, NEW YORK, 11716
Registered Agent
NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

| *Stock Information | | | Name History | | |
|---|---|---|---|---|---|
| # of Shares | Type of Stock | $ Value per Share | Filing Date | Name Type | Entity Name |
| No Information Available | | | FEB 02, 2010 | Actual | RAPID RECOVERY SOLUTION, INC |

*Stock information is applicable to domestic business corporations.

A Fictitious name must be used when the Actual name of a foreign entity is unavailable for use in New York business in New York State.

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 258
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

Tuesday, November 24, 2015

# John Monderine, Collection Services Expert and CEO of Rapid Recovery Solution, Comments on U.S. News &amp; World Report's Newly Released List of Affordable Colleges

**Rapid Recovery Solution of the collection services industry advocates bargain-hunting when shopping for colleges.**

BOHEMIA, NY (PRWEB) DECEMBER 15, 2013

Rapid Recovery Solution, Inc. advocates bargain-hunting for high school students and their families when considering colleges.

A December '10 article from U.S. News & World Report titled '10 Colleges Where Graduates Have a Low Average Debt Load', Princeton University boasts the lowest average debt load per student, with $5,095 in 2012, compared the U.S. average of $27,000. Only 24 percent of its graduates borrowed money for tuition or housing expenses. The New Jersey Ivy League also placed first overall among national universities in the publication's quality ranking.

Rounding out the top 5 colleges were Alice Lloyd College (KY), Berea College (KY), Keystone College (PA) and College of the Ozarks (MO), all claiming less than $10,000 in student debt on average. Not among the 1,006 schools examined in the study's population were the United States Air Force Academy, Coast Guard Academy and the Military Academy at West Point, which require no tuition fees in exchange for military service.

John Monderine, CEO of Rapid Recovery Solution, weighs in. "It's remarkable that the number one ranked school in terms of education is also the least expensive school to attend. These findings speak to the excellence of Princeton, but also indicate a substantial pool of donor funds the school undoubtedly enjoys."

Monderine continues. "The number one university in the country is, however, not the only high-value school around. State universities offer subsidized tuition fees and quality educations. Students should also actively pursue scholarships to minimize college expenses. Any individual concerned about student loan debt should consult with the experts of the collection services industry."

Founded in 2006, Rapid Recovery Solution, Inc. is headquartered at the highest point of beautiful Long Island. Rapid Recovery Collection Agency is committed to recovering your funds. We believe that every debtor has the ability to pay if motivated correctly. We DO NOT alienate the debtors, we attempt to align with them and offer a number of ways to resolve not only your debt but also all their debts.





**Past News Releases**

- Collection Agency Rapid Recovery...
- Accounts Receivable Collection...
- Accounts Receivable Collection...

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //

EXHIBIT NO. _____

CASE NO. _____

ADVERSARY NO. _____

FOR ID. _____  IN EVIDENCE _____

DATE REC'D _____

Zoen > thats ok I understand Barbara, but my problem is how can I help you to get those call.
BARBARA_ > Affirmative.
Zoen > since the system on process the last 12 mos
Zoen > :(
BARBARA_ > So Comcast cannot produce phone records older than 12 months?
Zoen > Comcast provides three months of call detail records as a customer convenience through XFINITY Connect, which is
accessible from XFINITY.com. Customers can also access one year's worth of records that would be considered traditional
toll records through the XFINITY Voice Details in the View My Bill section of Comcast.com. Any additional call detail records
maintained by Comcast are company business records requiring legal process such as a subpoena or court order. Third party
and civil requests are also subject to the court order and notification process stipulated by the Cable Act.
BARBARA_ > Ok, thats what I needed to know. Thank you for your time Zoen and have a great Monday. Signing off.

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 260 _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

INHERENTLY WRONG but law does not protect

DIFF. BTW  TRUE CAUSE
                       LEGAL CAUSE

U HAD A CONTRACT
    breach of contract  material fact.

              NO CLAIM
              EXCEPT FOR ½ TUITION

FORGET IT      ↓ 50K  TO START
               ↑ 250K  BY END

THEY WILL GET AWAY WITH IT..... (SNU)
    no way you can be arrested
if head of household - no one can garnish???
    TELL  DEBT COLL.
       DO NOT CALL ME AGAIN.

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 261 _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



**Bryant Miller Olive**

Attorneys at Law
One Southeast Third Avenue
Suite 2200
Miami, FL 33131
Tel 305.374.7349
Fax 305.374.0895

www.bmolaw.com

February 8, 2013

**VIA UPS**
Mr. Rodney Rooks
3648 Dartford Lane
Tallahassee, Florida 32311

  Re:  **Potential Claims Against St. Matthews University**

Dear Mr. Rooks:

  Thank you for contacting me concerning your potential claim against St. Matthews University and perhaps others. As we discussed, I will not be able to represent you, and so I am returning the materials you sent to me so that you may consult with other legal counsel should you choose to do so.

  I wish you much luck in your future endeavors.

    Respectfully yours,

    BRYANT MILLER OLIVE P.A.

    D. Andrew Byrne

Enclosures

Atlanta  ·  Jacksonville  ·  Miami  ·  Orlando  ·  Tallahassee  ·  Tampa  ·  Washington, D.C.

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 262
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

Dear Client:                                                    13-0149095

This questionnaire is a tool to help us serve you better.   Please circle, on a scale of one to ten, how you feel about each question asked.   Please return this questionnaire in the enclosed envelope within the next two weeks.

1.     Upon contacting Legal Services, did your problem receive prompt attention?

1      2      3      4      5      6      7      8      9      (10)
Not at all                                                          Very Prompt

2.     Was the staff at Legal Services courteous and friendly?

1      2      3      4      5      6      7      8      9      (10)
Not at all                                                          Very Much

3.     Did you find the advice or limited action helpful?

(1)    2      3      4      5      6      7      8      9      10
Not at all                                                          Very Good

4.     If you had a legal problem in the future, would you come back to Legal Services for help?

1      2      3      4      5      6      7      8      9      (10)
Never                                                              Yes

5.     How easy was it to apply for our services?

1      2      3      4      5      6      7      8      9      (10)
Not Easy                                                          Very Easy

Thank you for taking the time to fill out this questionnaire.



**Legal Services**
of NORTH FLORIDA
HOPE. JUSTICE. FOR ALL.

2119 DELTA BOULEVARD
TALLAHASSEE, FL 32303-4209



13-0149095
Julian Rodney Rooks Jr.
3648 Dartford Lane
Tallahassee, FL 32311

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

LSC

3231147772

Cayman Islands

Prepared October 2013

### Background

In September 2002, the National Committee on Foreign Medical Education and Accreditation (NCFMEA) first determined that the Cayman Islands' standards and processes to evaluate medical education programs leading to the M.D. (or equivalent) degree are comparable to the standards of accreditation used to evaluate medical education programs in the United States. The NCFMEA most recently affirmed the country's comparability in March 2009. The Accreditation Commission on Colleges of Medicine (ACCM) is the entity responsible for evaluating the quality of medical education in the Cayman Islands.

Additionally, the NCFMEA requested that the Cayman Islands submit a report on its accrediting activities for review by the Committee in October 2013.

This analysis provides a review of the Cayman Islands' report of its accreditation activities and includes the following areas:

Current status of medical schools
Overview of accreditation activities
Laws and regulations
Standards
Processes and procedures
Schedule of upcoming accreditation activities.

### Summary of Findings

Based on its review of the report submitted by the Commission, Department staff concludes that the Cayman Islands has provided the information requested by the NCFMEA. It appears that there have been no major changes in the standards and processes that were last determined to be comparable by the NCFMEA in March 2009. Department staff also concludes that the accreditation activities during the past two years appear to be consistent with the NCFMEA guidelines.

### Staff Analysis

### Current status of medical schools

Country Narrative

1: RESPONSE:
The only medical school which operates in Cayman Islands is St Matthew's University of School of Medicine.

St Matthew's University School of Medicine's six year period of unconditional accreditation ended on 30th June 2013, during which accreditation period a full programme of bi-annual visits to the University Campus and all affiliated clinical training sites was undertaken.

The most recent inspection visit to the campus was an accreditation visit, carried out on 25/26 February 2013. The report is included as Exhibit 1.

Exhibit 1: ACCM Accreditation Report on St Matthew's University 2013

The current accreditation status of St Matthew's University School of Medicine is for a six year period from 1st July 2013 to 30th June 2019.

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____   IN EVIDENCE _____
DATE REC'D _____

**Analyst Remarks to Narrative**

The country states in its narrative that the only operating medical school in the Cayman Islands is St. Matthews University School of Medicine, which recently underwent an accreditation visit on February 25-26, 2013 and was subsequently granted a six-year term of accreditation effective July 1, 2013 - June 30, 2019. The country has attached the medical school's accreditation report.

**Overview of accreditation activities**

**Country Narrative**

2. RESPONSE:
Accreditation activities that have taken place since Spring 2009 are the following in chronological order:



March 30, 2009 : Inspection of N. Virginia Mental Health Ctr, Falls Church, VA
March 31, 2009 : Inspection of Harbor Hospital, Baltimore MD
March 31, 2009 : Inspection of Sheppard Pratt Hospital, Baltimore MD
March 31, 2009 : Inspection of Admin Offices of St Matthew's University, Oviedo FL

April 1, 2009: Inspection of Florida Hospital, Orlando FL

May 22, 2009 : Full meeting of ACCM at Royal College of Surgeons, Dublin, Ireland. Dr Barry Bresnihan appointed ACCM Convenor for St Matthew's on retirement of Dr Ian Temperley

June 1, 2009 : Inspection of Cherry Hospital, Goldsboro, NC*



November 27th 2009: Full meeting of ACCM at Royal Society of Medicine, London, United Kingdom. Owing to illness of Dr Bresnihan, Dr Elaine Kay undertakes Convenorship of St Matthews, with Dr Clive Lee as Assistant Convenor.

May 12th 2010 : Inspection of Ealing Hospital, London, United Kingdom*

May 28th 2010: Full meeting of ACCM at Royal College of Surgeons, Dublin, Ireland.

August 4th 2010 : Inspections of Wykoff Heights Medical Center, Brooklyn, NY
August 5th 2010 : Inspection of St John Episcopal hospital, Far Rockaway NY
August 5th 2010 : Inspection of St Barnabas Hospital, Bronx, NY*

November 12th 2010: Full meeting of ACCM at Royal College of Surgeons, Dublin, Ireland.

November 15/16th 2010: Interim inspection visit to St Matthew's University School of Medicine Campus

May 27th 2011: Full meeting of ACCM at Royal College of Surgeons, Dublin, Ireland

June 6th 2011: Inspection of North Coast Behavioral Hospital, Northfield OH
June 6th 2011: Inspection of Huron Hospital, Cleveland OH*



September 21st , 2011: Inspection of Sheppard Pratt Hospital, Baltimore MD
September 21st, 2011: Inspection of St Agnes Hospital, Baltimore MD
September 23rd, 2011: Inspection of Harbor Hospital, Baltimore MD



November 18th 2011: Full meeting of ACCM at Royal Society of Medicine, London, United Kingdom. Dr Elaine Kay resigns as Convenor St Matthews due to pressure of other work, and Dr Freda Gorman undertakes Convenorship, assisted by Dr Clive Lee.

April 11th 2012: Visit to Interfaith Medical Center, Brooklyn NY

May 25th 2012: Full meeting of ACCM Royal College of Surgeons, Dublin, Ireland.

November 16th 2012: Full meeting of ACCM Royal Society of Medicine, London, United Kingdom.

May 24th 2013: Full meeting of ACCM Royal College of Surgeons, Dublin, Ireland.



* = hospital no longer affiliated to university

Exhibit 2 : SMU Hospital Inspections 2009-2013



RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

# UNIVERSITY OF MEDICINE AND HEALTH SCIENCES, ST. KITTS

NORTH AMERICAN ADMINISTRATIVE OFFICE
460 West 34th Street, 12th Floor, New York, NY 10001
Telephone: 212-868-0855  Facsimile: 212-279-8640
E-mail: NMorse@DrRobertR.com  Website www.umhs-sk.org

June 8, 2010

University of California, San Diego School of Medicine
Department of Pharmacology, Chair
9500 Gilman Drive
La Jolla, CA 92093-0602

Dear Sir or Madam,

I am Dr. Jerry W. Thornton, Vice President for the University of Medicine and Health Sciences, a four year medical school located on the Caribbean island of St. Kitts. We are an accredited international medical school recognized by the WHO and the ECFMG. We teach two years of basic sciences on St. Kitts. Our third and fourth years are completed in affiliated teaching hospitals in the United States. Please visit us at www.umhs-sk.org.

Due to the significant growth of the university, we plan to increase the faculty in the Pharmacology department. We are looking for one or two strong, experienced candidates. I am writing to ask if you know of any faculty who might be planning on a move or who may be considering retirement and would like to enjoy teaching in a state of the art 21st century campus while living on one of the most beautiful islands in the Caribbean. We teach three fifteen week semesters a year and provide the faculty with seven weeks annual vacation. We also support a research program and provide continuing education by travel and expenses to the U.S. Our salaries are very competitive and we offer a range of benefits including health insurance. In addition, all salary up to ninety thousand dollars is exempt from US taxes.

We would like to begin these positions by September 2010 or earlier if possible. I would appreciate your assistance in identifying any faculty that you know to be excellent teachers. If you know of anyone that might be interested in joining us I would appreciate it if you or they could forward their name, address, and phone number to me by email (jthornton@umhs-sk.net) or by phone at 407 221-7530.

Thank you in advance for any assistance you might be able to provide.

Sincerely,
Dr. Jerry Thornton
Jerry W. Thornton, Ph.D.,
Vice President
UMHS



NORTH AMERICAN REGIONAL OFFICES

FLORIDA - 1111 HYPOLUXO ROAD, SUITE 203, LANTANA, FL 33462 TEL: 561-547-1520, FAX: 561-547-1940 NKOMOROWSKI@UMHS-SK.NET
MICHIGAN – 5777 MAPLE ROAD, SUITE 145, W. BLOOMFIELD, MI 48322 TEL: 248-363-8558, FAX: 248-363-1105 CWALKER@UMHS-SK.NET
CALIFORNIA - 2900 GORDON AVE., SUITE 100, SANTA CLARA, CA 95051 TEL: 408-735-1135, FAX: 408-733-2577 ELMATTINGLEY@UMHS-SK.NET

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _266_
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D



# VIDEO EXHIBIT 14

"I'm Dr. Jerry Thornton, I'm the executive Vice president of the University of Medicine and Health Sciences".

(VIDEO EXHIBIT 1    POSITION 00:37)

| RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / / |
|---|
| EXHIBIT NO. 267 |
| CASE NO. |
| ADVERSARY NO. |
| FOR ID. IN EVIDENCE |
| DATE REC'D |

JERRY
THORNTON

WARREN
ROSS



# VIDEO EXHIBIT 15

"It gives me great pleasure to introduce congressman....congresswoman Carolyn McCarthy. I wanna thank the congresswoman for her support in spearheading legislation that resulted in our nursing school obtaining Federal student loans." ◀━━━

**(VIDEO EXHIBIT 1   POSITION 30:32)**



# 2015

**WARREN
ROSS**

**JERRY
THORNTON**

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____  IN EVIDENCE _____
DATE REC'D _____



WARREN ROSS

# VIDEO EXHIBIT 16

"we are presently in the process of seeking ACCM accreditation, that's a group out of Ireland that is recognized by the US Department of Education having standards comparable to the LCME standard Liason Committee Medical Education standards in the United States. That's important to.. to enhance the credibility of the University because we wanna do a few things".

(VIDEO EXHIBIT 1    POSITION 26:50)

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 269
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____



Jerry
Thornton



# VIDEO EXHIBIT 17

"with that in hand, we go for Federal loans and then we go for Florida approval."

(VIDEO EXHIBIT 1    POSITION 27:44)

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 270
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

Payment Address:
   General Revenue Corporation
   PO Box 495999
   Cincinnati OH 45249-5999
Correspondence Address:
   General Revenue Corp
   325 Daniel Zenker Dr
   Horseheads NY 14845-1008



GENERAL
REVENUE
CORPORATION®

(877) 525-7344 ◊ pay online www.generalrevenue.com
STREET ADDRESS: 325 DANIEL ZENKER DR  ◊  HORSEHEADS NY 14845

JAN 07 2014

10963224-47
Julian R Rooks Jr
3548 Dartford Ln
Tallahassee FL 32311-7773

GRC Account #: 10963224
Client: Finance Authority of Maine
Total Current Balance: $60,870.44

A

B

C

## CONSOLIDATION MAY BE THE ANSWER FOR YOUR DEFAULTED EDUCATION LOANS.

Dear Julian R Rooks Jr

D

Welcome to the Consolidation Loan Program offered to you through Direct Consolidation Loans and General Revenue Corporation. We are committed to offering you the best service, so if you have any questions or comments please call one of our Loan Consolidation Specialists at (877) 525-7344. You can also visit www.loanconsolidation.ed.gov for more information about this program.

Enclosed are the forms that must be completed:

E

   o   Promissory Note
   o   Repayment Plan Selection Form (RPS)
   o   Self Certified Letter for income verification*
   o   Alternative Documentation of Income {ADOI)*
   o   Authorization to Release Information

H

* Please note that you are required to provide proof of your income (and your spouse's income if you are married) to Direct Loans in order to process a Direct Loan Consolidation application with an Income Contingent repayment plan. You can accomplish this by sending in a copy of your most recent tax return (form 1040), or if that is not available, filling out and signing the Self Certified Letter for Income Verification. Alternatively, if you (or your spouse) have no taxable income you can simply check the "No Taxable Income" box on the Alternative Documentation of Income form, sign it and return that form to us.

F

It is very important that these forms are signed and completed with no errors as mistakes or additional markings will affect your approval for a consolidation. If you do make a mistake put one line through it and initial the change.

Important things to consider when filling out your application:
   o   The original signed versions of these forms must be returned for processing
   o   Use only blue or blank ink when signing the documents
   o   If you are married your spouse is required to sign the Repayment Plan Selection Form and Self Certified Income Verification letter (or Alternative Documentation of Income form if no taxable income) in order for your consolidation to be completed
   o   Two (2) references that do not live with you or with each other are needed for this application. If you have not already given these to your representative over the phone please add them to the application.

A postage paid envelope has been included in your material to help expedite the return of your application to General Revenue Corporation. Please complete and return these forms to our offices within seven (7) business days from receiving it. This will ensure your application is processed in a timely manner. Please return them to the address below.

General Revenue Corporation
Attn: Consolidation Department
325 Daniel Zenker Dr
Horseheads NY 14845-1008

G

This is an attempt, by a debt collector, to collect a debt and any information obtained will be used for that purpose.

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

# FRONT

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____ 271
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

| | | | | CURRENT | CURRENT | CURRENT |
|---|---|---|---|---|---|---|
| ACCOUNT | CURRENT | CURRENT | COLLECTION | CURRENT | OTHER | INTEREST |
| NUMBER | PRINCIPAL | INTEREST | COST BALANCE | CHARGES | RATE |
| A → 10963224 KEYBANK NATIONAL ASSOCIATION | 11219.18 | 1566.22 | 2843.20 | 0.00 | 2.350% |
| B → 10963225 KEYBANK NATIONAL ASSOCIATION | 3403.96 | 475.22 | 862.64 | 0.00 | 2.350% |
| C → 10963226 KEYBANK NATIONAL ASSOCIATION | 13358.02 | 1864.85 | 3385.23 | 0.00 | 2.350% |
| D → 10963227 KEYBANK NATIONAL ASSOCIATION | 15715.35 | 2193.93 | 3982.64 | 0.00 | 2.350% |

A1  A2  A3  A4
B1  B2  B3  B4
C1  C2  C3  C4
D1  D2  D3  D4

As of the date of this letter, you owe the balance shown on this letter. Because you may be required to pay interest on the outstanding portion of your balance, as well as late charges and other charges that may vary from day to day, the amount required to pay your balance in full on the day you send payment may be greater than the amount stated here. If you pay the amount stated here, an adjustment may be necessary after we receive your payment. In that event, we will notify you of any adjustment in your balance. We encourage you to call General Revenue Corporation prior to making a payment intended to pay your balance in full. Please contact us at the address on this letter, or call the number listed above.

**REVERSE**

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 272
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

211309091



CDFAMS06
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED



FINANCIAL ASSET MANAGEMENT SYSTEMS INC
P.O. Box 1730 ○ St. Charles, MO 63302-1730
877-539-3913

Hours: Mon-Thurs 8am-10pm ○ Friday 8am – 8pm
Select Sat 8am-1pm ○ Sun Closed (ALL TIMES EST)

03/12/14

16ASM    265525525

JULIAN R ROOKS JR
3648 Dartford Ln
Tallahassee FL 32311-7773

**A** ➤ Account Number          0010310902327
**B** ➤ Total Balance:          $139,277.44

Dear JULIAN R ROOKS JR:

**C** ➤ CURRENT GUARANTOR: United Student Aid Funds, Inc.
ACCOUNT NUMBER:      0010310902327        PRINCIPAL BALANCE:      $94,733.17
**D** ➤ INTEREST:            $17,673.37        PENALTY CHARGES:        $.00
FEES & COSTS:        $26,870.90        TOTAL BALANCE:          $139,277.44

**E** ➤ As you are aware, United Student Aid Funds, Inc. has placed your defaulted student loan account with Financial Asset Management Systems, Inc. (FAMS) for collections. After reviewing your account history, we feel that loan consolidation may be an excellent option for you to get your loan out of default. If your loans are eligible and approved, consolidating them with William D. Ford you may once again be eligible for Title IV assistance as well as, deferment and forbearance options. Additionally, because your loans will no longer be in default, you will not be at risk for tax offsets or Administrative Wage Garnishment.

**F** ➤ FAMS is mailing the Consolidation Application for the William D. Ford loan consolidation program to you. Once completed and returned, processing may be delayed due to incomplete or missing information. To help avoid processing delays due to errors, please call our offices and we will assist you in completing these forms.

Following are instructions for completing the application:

1. The application must be completed in its entirety, and returned to FAMS within two business days of receipt ◄ **G**
2. Complete all shaded areas of the application in either BLACK or BLUE ink ONLY
**H** ➤ 3. There may be no mistakes, cross-outs, or whiteout used on these forms
4. Section 2 of the page entitled "Repayment Plan Selection"; you may only check one box. (Checking multiple boxes will cause the application to be rejected.)
**I** ➤ 5. Date the application the day that you mail it as your signature has an expiration date
6. The application must have original signatures on it (copies will not be accepted)
7. Mail ALL forms included in this packet to the address below:

    Financial Asset Management Systems, Inc.
    PO Box 1730
    St. Charles, MO 63302-1730

Your prompt response is needed to avoid any other collection activity on your account. If you have any questions or you would like to know what other options are available to you, please contact our office.

Sincerely yours,

M. Dobratz, Director of Operations
877-539-3913

**Calls to and from FAMS may be monitored and/or recorded for quality assurance.**
This communication is from a debt collector. This is an attempt to collect a debt.
Any information obtained will be used for that purpose.

513CDFAMS0616ASM

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. _____ 272 _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____



USA FUNDS, INC.
C/O SALLIE MAE POST CLAIM ASSISTANCE MC E2142
P.O. BOX 9460
WILKES-BARRE, PA 18773-9460
loansolutions.usafunds.org



JULIAN R ROOKS JR
3648 DARTFORD LN
TALLAHASSEE, FL 32311-7773

June 15, 2014
Account No: 9243322085

Dear Borrower:



On behalf of your student loan guarantor, USA Funds, we write to advise that we have requested that the federal government suspend our previous request to intercept federal payments to you, including federal tax refunds, to pay amounts you owe on defaulted student loan(s).

There may be some delay before this request for suspension of offset takes effect, because the U.S. Department of Education must notify the U.S. Department of Treasury, which must then complete a number of steps to implement this request. If you expect to receive a federal income tax refund, or are expecting federal monies, it could take at least four weeks before this suspension will be processed. Therefore, you may choose to wait at least four weeks before filing your tax return. Should you have questions about the offset of your tax refund or any federal monies that may be due to you, please contact the Internal Revenue Service at (800) 829-1040. This notice does not indicate or guarantee that any federal monies or tax offsets previously intercepted from you will be refunded, nor does it indicate that you are no longer responsible for a debt.

It is important to note that the request for interception of your federal tax refund, and any other federal monies you may be eligible to receive, will automatically be reinstated without any further notice to you if the circumstances that resulted in this suspension of offset change. For example, if you fail to make timely payments, your debt is determined to be non-dischargeable through bankruptcy, or a determination is made as to the collectability of your debt(s).

This notice applies only to the guarantor listed within this letter. If you received offset notification from any other guarantor or the Department of Education regarding any other student loan, you must contact the agency responsible for that action.

Federal law requires us to advise you that this is an attempt to collect a debt and that any information obtained will be used for this purpose.

If you have any questions about this notification, please call (800) 331-2314, and select the appropriate option to hear the IRS status pertaining to your loan. In addition, you may also visit the Web site loansolutions.usafunds.org for detailed loan information.



USDTOWKY/DINAUF

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 2-4
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

**A**

FINANCE AUTHORITY OF MAINE
C/O SALLIE MAE POST CLAIM ASSISTANCE MC E2142
P.O. BOX 9460
WILKES-BARRE, PA 18773-9460

JULIAN R ROOKS JR                    June 14, 2014
3648 DARTFORD LN                     Account No: 9243322085
TALLAHASSEE, FL 32311-7773

**C**                                **B**

Dear Borrower:

**D** On behalf of your student loan guarantor, Finance Authority of Maine, please be
advised that we have requested the U.S. Department of Education to notify the U.S.
Department of Treasury to suspend our previous request to offset any federal monies
you would be eligible to receive, including federal tax refunds, to pay the
defaulted student loan debt(s) you owe.

There may be some delay before this request for suspension of offset takes effect,
because the U.S. Department of Treasury must complete a number of steps to
implement this request. If you expect to receive a federal income tax refund, or
are expecting federal monies, it could take at least four weeks before this
suspension will be processed. Therefore, we advise you to wait at least four weeks
before filing your return. Should you have questions about your tax offset, or any
federal monies that may be due to you, please contact the Internal Revenue Service **E**
**F** at 1-800-829-1040. This notice does not indicate or guarantee that any federal
monies or tax offsets previously intercepted from you will be refunded, nor does it
indicate that you are no longer responsible for a debt.

It is important to note, the request for interception of your federal tax refund,
and any other federal monies you may be eligible to receive, will automatically be
reinstated without any further notice to you if the circumstances that resulted in **G**
this suspension of offset change. For example, if you fail to make timely payments,
your debt is determined to be non-dischargeable through bankruptcy, and/or a
determination is made as to the collectability of your debt(s).

This notice applies to the guarantor listed within this letter only. If you
received offset notification from any other guaranty agency or the Department of
Education regarding any other student loan/grant debt, you must contact the agency
responsible for that action.

Federal law requires us to inform you that this is an attempt to collect a debt and
any information obtained will be used for this purpose.

**H** If you have any questions about the situation that resulted in this notification,
please call 1-800-331-2314, and select the appropriate option to hear the IRS status
pertaining to your loan(s).

MEDTOWKY/DINAME

| RECEIVED AS | PLAINTIFF | / / DEFENDANT / / JOINT / / |
|---|---|---|
| EXHIBIT NO. | | |
| CASE NO. | | |
| ADVERSARY NO. | | |
| FOR ID. | IN EVIDENCE | |
| DATE REC'D | | |



RECEIVED AS PLAINTIFF // DEFENDANT // JOINT //
EXHIBIT NO. 276
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____



▼ SALLIE MAE | | $0 | | 10/17/2008 | | $0 | | 118 |

| Account Details | Payment Status | Creditor Contact | | | How to Dispute |

| Credit Reporting Agency | TransUnion. | EQUIFAX | Experian |
|---|---|---|---|
| Credit Report Period | 02/18/1999 | 10/01/2008 | 10/31/2008 |
| Account Number | 9243322085100**** | 924332208510091**** | 9243322085100091999**** |
| Condition | Closed | Derogatory | Derogatory |
| Responsibility | Individual | Individual | Individual |
| Current Balance | $0 | $0 | $0 |
| High Balance | $2,166 | $2,166 | $2,166 |
| Limit | $0 | $0 | $0 |
| Monthly Payment | $0 | $0 | $0 |
| Last Payment | | 11/01/2007 | |
| Status | OK | OK | 6 |
| Loan Term | 118 months | 0 months | 118 months |
| Loan Type | Educational | | Educational |
| Opened | 02/18/1999 | 02/01/1999 | 02/01/1999 |
| Reported | 10/17/2008 | 11/01/2007 | 10/01/2008 |
| Remarks | Debt being pd through insurance | Defaulted loan - claim filed against guarantor\|Balance paid or being paid by insurance company | Debt being paid through insurance.\|Claim filed with government for insured portion of balance of loan. |

**A** **B** **C** **D** **E** **F**

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 277
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

☑ INQUIRIES | | | How to Dispute |

These inquiries are made by companies with whom you have applied for a loan or credit in the past two years.
These inquiries can impact your credit rating.

A request for your credit history is called an inquiry. Inquiries remain on your credit report for two years.
There are two types of inquiries – Hard inquiries may impact your credit score. Soft inquiries do not.

| Creditor Name | Date of Inquiry | Reporting Bureau |
|---|---|---|
| FINANCIAL ASSET MGMT S | 10/14/2013 | EXPERIAN |
| GENERAL REVENUE COMPAN | 03/08/2013 | EXPERIAN |

**A** **B**

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 278
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

| Credit Reporting Agency | TransUnion. | EQUIFAX | Experian |
|---|---|---|---|
| ▼ SALLIE MAE | $0 | 10/17/2008 | $0 | 118 |

**Account Details** | **Payment Status** | **Creditor Contact**          **How to Dispute**

| Credit Reporting Agency | TransUnion. | EQUIFAX | Experian |
|---|---|---|---|
| **A** → Credit Report Period | 02/18/1999 | 10/01/2008 | 10/31/2008 |
| Account Number | 9243322085001**** | 9243322085100101**** | 9243322085100101999**** |
| Condition | Closed | Derogatory | Derogatory |
| Responsibility | Individual | Individual | Individual |
| **B** → Current Balance | $0 | $0 | $0 |
| High Balance | $7,139 | $7,139 | $7,139 |
| Limit | $0 | $0 | $0 |
| Monthly Payment | $0 | $0 | $0 |
| Last Payment | | 11/01/2007 | |
| Status | OK | OK | 6 |
| Loan Term | 118 months | 0 months | 118 months |
| **C** → Loan Type | Educational | | Educational |
| Opened | 02/18/1999 | 02/01/1999 | 02/01/1999 |
| Reported | 10/17/2008 | 11/01/2007 | 10/01/2008 |
| Remarks | Debt being pd through insurance | Defaulted loan - claim filed against guarantor|Balance paid or being paid by insurance company | Debt being paid through insurance.|Claim filed with government for insured portion of balance of loan. |

D        E        F

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 279 _____
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____



**Installment Accounts**

| Account Name | Balance | Balance Date | Monthly Payment | Term |
|---|---|---|---|---|
| ▼ SALLIE MAE | $0 | 10/17/2008 | $0 | 118 |

[Account Details] [Payment Status] [Creditor Contact]     [How to Dispute]

| Credit Reporting Agency | TransUnion. | EQUIFAX | Experian |
|---|---|---|---|
| Credit Report Period | 05/27/1999 | 10/01/2008 | 10/31/2008 |
| **A** → Account Number | 9243322085100**** | 9243322085100071**** | 9243322085100071999**** |
| Condition | Closed | Derogatory | Derogatory |
| Responsibility | Individual | Individual | Individual |
| **B** → Current Balance | $0 | $0 | $0 |
| High Balance | $10,000 | $10,000 | $10,000 |
| Limit | $0 | $0 | $0 |
| Monthly Payment | $0 | $0 | $0 |
| Last Payment | | 11/01/2007 | |
| Status | OK | OK | 6 |
| Loan Term | 118 months | 0 months | 118 months |
| Loan Type | Educational | | Educational |
| **C** → Opened | 05/27/1999 | 05/01/1999 | 05/01/1999 |
| Reported | 10/17/2008 | 11/01/2007 | 10/01/2008 |
| Remarks | Debt being pd through insurance | Defaulted loan - claim filed against guarantor|Balance paid or being paid by insurance company | Debt being paid through insurance.|Claim filed with government for insured portion of balance of loan. |

| ► SALLIE MAE | $0 | 10/17/2008 | $0 | 118 |

**D**     **E**     **F**

RECEIVED AS [PLAINTIFF] // DEFENDANT // JOINT //
EXHIBIT NO. _280_
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

| Account Name | Balance | Balance Date | Monthly Payment | Term |
|---|---|---|---|---|
| ▶ SALLIE MAE | $0 | 10/17/2008 | $0 | 118 |
| ▼ SALLIE MAE | $0 | 10/17/2008 | $0 | 118 |

**Account Details**   **Payment Status**   **Creditor Contact**                        **How to Dispute**

| Credit Reporting Agency | TransUnion. | EQUIFAX | Experian |
|---|---|---|---|
| Credit Report Period | 05/27/1999 | 10/01/2008 | 10/31/2008 |
| **A** ▶ Account Number | 9243322085100**** | 9243322085100081**** | 9243322085100081999**** |
| Condition | Closed | Derogatory | Derogatory |
| Responsibility | Individual | Individual | Individual |
| Current Balance | $0 | $0 | $0 |
| **B** ▶ High Balance | $8,500 | $8,500 | $8,500 |
| Limit | $0 | $0 | $0 |
| Monthly Payment | $0 | $0 | $0 |
| Last Payment | | 11/01/2007 | |
| Status | OK | OK | 6 |
| Loan Term | 118 months | 0 months | 118 months |
| Loan Type | Educational | | Educational |
| **C** ▶ Opened | 05/27/1999 | 05/01/1999 | 05/01/1999 |
| Reported | 10/17/2008 | 11/01/2007 | 10/01/2008 |
| Remarks | Debt being pd through insurance | Defaulted loan - claim filed against guarantor\|Balance paid or being paid by insurance company | Debt being paid through insurance.\|Claim filed with government for insured portion of balance of loan. |

D   E   F

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT  / /
EXHIBIT NO._____ 281
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____



## NAVIENT

P.O. Box 9720
Wilkes-Barre, PA 18773-9720



BARBARA ROOKS
3648 DARTFORD LN
TALLAHASSEE, FL 323117773

Dec 05, 2014

Dear BARBARA ROOKS,

In our effort to maintain the security and privacy of your personal information, we provide confirmation when certain changes are made to your account.

Our records show that on December 05, 2014, you reported a change in your mailing address.

If you did not make this change, please contact us immediately so that a customer service agent may assist you further. A change not made by you could indicate attempted identity theft or other suspicious activity.

Sincerely,

Navient Customer Service

5G07

| RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / / |
|---|
| EXHIBIT NO. _____ 252 |
| CASE NO. _____ |
| ADVERSARY NO. _____ |
| FOR ID. _____ IN EVIDENCE _____ |
| DATE REC'D |

# Roger C. Courtney

Global Health and Education | Law and Policy, LLC

Washington D.C. Metro Area | Law Practice

| | |
|---|---|
| Current | Global Health & Education | Law + Policy, LLC, iGiveBack.org, Roger C. Courtney, Esq. |
| Previous | Global Education Resources, Ltd., St. Martinus University Faculty of Medicine, St. Matthew's University School of Medicine |
| Education | George Mason University School of Law |

**229**
connections

## Join LinkedIn and access Roger C.'s full profile. It's free!

As a LinkedIn member, you'll join 300 million other professionals who are sharing connections, ideas, and opportunities.

* See who you know in common
* Get introduced
* Contact **Roger C.** directly

View Roger C.'s Full Profile

## Experience

### Managing Partner

Global Health & Education | Law + Policy, LLC

January 2012 – Present (2 years 10 months) | Washington D.C. Metro Area

Note: Renamed firm from Global Education Resources, Ltd. (14 years, 7 months). Collaborate with lenders and health professions schools, including Caribbean and other international medical, veterinary, and nursing schools, to develop private student loans. Provide significant pro bono immigration services in the areas of visas (e.g., B-2), Conrad 30, J-1 Visa waivers, medical licensing, and asylum, especially for foreign medical students, and applications for U.S. permanent residency status.

I have successfully assisted clients overcome terminations of health insurance coverage as well as denials of coverage by health insurers that occurred under the guise that certain technologies were "experimental" and/or "investigational," even though there is/was clear scientific evidence to the contrary.

| | |
|---|---|
| RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / / | |
| EXHIBIT NO. | 283 |
| CASE NO. | |
| ADVERSARY NO. | |
| FOR ID. | IN EVIDENCE |
| DATE REC'D | |

 Offer legislative counseling and government relations representation before Congress and Federal agencies, including ED and DHHS. Provide credit counseling and representation of schools and borrowers relative to delinquency, default, deferment, forbearance, and personalized loan repayment agreements. Provided guidance and support leading to increases in Federal and private graduate student loan limits (including special unsubsidized Stafford loan limit increase for certain health professions disciplines).

## President and Founder

iGiveBack.org
2010 – Present (5 years) | Washington D.C. Metro Area

As an outgrowth of my significant pro bono legal visa work with international medical students and all students with immigration, deferment, and forbearance issues, I established this organization to seek donations to continue to support and expand this effort. In addition, I envision this entity as a catalyst to encourage recipients of giving to "pay it forward" in honor of the gifts of time and money that others have provided to them. A key goal is to encourage people and corporations to help fund the education of future physicians and other health professionals to go into underserved areas in the U.S. and globally and to have the recipients keep in close contact with "give backers" through blogs, Facebook®, Twitter®, and other social media. I am seeking to coordinate my efforts with other groups, such as www.serve.gov, the Gates Foundation, Billions+Change, and the Global Health Corps, in order to enhance the global supply of primary care health professionals, including full early access to mental health services.

### Attorney at Law

Roger C. Courtney, Esq.
July 1976 – Present (39 years 4 months) | Virginia and District of Columbia

I continue to maintain a law practice through all positions and breaks between positions, representing individuals, associations, and other entities. In order to enhance my ability to assist my clients in Estate Planning, I have become a Pre-Arrangement Specialist at King David Memorial Gardens and National Memorial Park in Falls Church, Virginia. In addition, this position allows me to offer the Transportation and Relocation Protection Plan, which is a lifetime policy that returns a beneficiary to his/her home city in the event of death more than 75 miles from his/her normal residence.

| RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / / |
|---|
| EXHIBIT NO. _____ |
| CASE NO. _____ |
| ADVERSARY NO. _____ |
| FOR ID. _____ IN EVIDENCE _____ |
| DATE REC'D |

**A** 

### President & CEO

Global Education Resources, Ltd.

January 1998 – December 2011 (14 years)

I provide guidance to international medical schools and their students in the areas of development and <u>acquisition of federal and private student loan programs</u>, immigration-related visa assistance for foreign medical students seeking clinical rotations in U.S. healthcare facilities, and various other issues related to medical education. I co-founded St. Martinus University Faculty of Medicine in 2001 and have served in various positions, including Vice President and General Counsel.

**B**

**C**

I co-developed the first international medical and veterinary medical student loan progam in 1993 for St. George's University, Ross University, and the American University of the Caribbean. I brought the U.S. <u>Key Bank</u> MedAchiever loan to St. Matthew's University as the first international medical school to have it. <u>Sallie Mae</u> approved St. Martinus University Faculty of Medicine in Curaçao in the Dutch Caribbean as its first Caribbean medical school to receive its then-new private international medical school loan. I also was able to bring the Nelnet private academic loan to St. Martinus for U.S. citizens, U.S. Permanent Residents, and international medical students (with a U.S. cosigner). It was the only Caribbean medical school approved for the Nelnet loan. Obtained the EduCap Loan to Learn program for St. Martinus as the first Caribbean medical school approved.

To better reflect both the health care and education foci of my law and policy practice, I changed the name of my firm to Global Health & <u>Education | Law + Policy</u>, LLC and formally incorporated my non-profit, iGiveBack.org. Please see my other work experience at other entities elsewhere on this site.

**D**

### Vice President and General Counsel (and other positions)

St. Martinus University Faculty of Medicine

June 2001 – October 2010 (9 years 5 months)    City of Fairfax, VA and Curaçao, Dutch Caribbean

**E**

. Co-founded this international medical school in 2001. I continue to work with the new principals of the medical school to get it on my sound footing, as well as graduates who need assistance in visa and state licensure issues. Sought and obtained private financial aid programs [Nelnet, Sallie Mae, EduCap] and coordinated the delivery of student assistance to U.S. and international medical students at the University. <u>Developed and executed promissory notes for student loans provided by SMU. Negotiated medical malpractice contract between insurer and SMU.</u> Represented international medical students for B-2 visas for U.S.-based clinical training positions, including successful appeals for denials by USCIS, which consistently misinterpret regulations and precedents. Assisted in developing the sole <u>affiliation between a U.S. or international medical school (i.e., SMU) and ECRI.</u> [See above] <u>Provide legislative and regulatory affairs guidance and liaison with loan,</u> accreditation/recognition (e.g., ECFMG), and clinical medicine entities. Developed model contracts for and secured affiliations and guaranteed admission programs with George Mason University, Medgar Evers College of CCNY, and NAFEO, the organization representing historically black colleges and universities. Provided counseling to students and their families regarding credit issues, loan repayment, immigration, and related concerns. <u>Work(ed) with State Department, U.S. Embassies, and international entities for medical students and principals in Botswana, Cameroon, Nigeria, India, and other countries.</u>

**G**

**F**

**H** 

| RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / / |
|---|
| EXHIBIT NO. _285_ |
| CASE NO. _____ |
| ADVERSARY NO. _____ |
| FOR ID. _____ IN EVIDENCE _____ |
| DATE REC'D _____ |

16

### Special Counsel
St. Matthew's University School of Medicine
May 1998 – May 2001 (3 years 1 month) | Belize (now in Cayman Islands) and
Washington, DC Metro Area



Developed successful strategy for obtaining first private loan programs for SMU (e.g., first Caribbean medical school approved for Key Bank MedAchiever® loan, previously reserved only for U.S. medical students). Performed primary role in establishing the administration of financial aid and marketing. Provided State and Federal government relations representation relative to accreditation, licensing, clinical rotations, and related issues. Provided significant financial aid credit counseling, deferment, and forbearance assistance to students, their families, and the University. Secured Florida approval for SMU to send medical students to Florida hospitals. Served as logistician and ombudsman for crises, such as hurricane relief (twice in three years), temporary campus relocation to Florida, and housing assistance. See also current position.

### Special Counsel
Education Funding Services, Inc. and International Education Finance Corporation
July 1992 – August 1996 (4 years 2 months) | Herndon, VA

Developed and marketed packages of comprehensive Federally and privately guaranteed student loan programs for domestic and international undergraduate and graduate/professional students, with innovative default reduction, debt management, consolidation, and repayment features, under names DOCOP [osteopathic medicine], VCOP [veterinary], OPCOP [optometry], and comparable programs for physical and occupational therapy. Identified and acquired new markets for the first known private health professions loans in the international sector, co-creating first private loan products for medical and veterinary schools and students in the Caribbean, Canada, France, Great Britain, Ireland, Israel, Australia, and many other countries, under names IHELP, ISLP, and CanHELP. Provided default, delinquency, deferment, forbearance, loan repayment agreements, and legal assistance to individuals and institutions. Collaborated with lender in developing first HEAL consolidation program. Worked with U.S. Attorneys, DOJ, DHHS (HRSA and OIG) to resolve student default and repayment issues.

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /
EXHIBIT NO. ___286___
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

### Director of Government Relations / Special Counsel

American Association of Colleges of Osteopathic Medicine
September 1988 – June 1992 (3 years 10 months) | Bethesda, MD

23  Served as in-house counsel and principal Congressional, Executive Branch, and regulatory
liaison on medical education, loans, loan repayment, scholarships, including Higher
Education Act, HEAL, National Health Service Corps, Indian Health Service, Medicare
hospital/physician payment, prevention/ wellness, minority/disadvantaged programs,
24  managed care, and health care technology. Responsible for innovative and successful
legislative, regulatory, and funding initiatives in student loan reform, payment/reimbursement,
graduate medical education, rural and geriatric medicine, and Federal and private sector
25  physician placement programs. Developed effective Congressional and regulatory strategies
to lower Federal student loan interest rates. Provided legislative strategies for programs for
rural and urban underserved areas, as well as Native American and AIDS populations. Led in
securing start-up grants for new colleges of osteopathic medicine and formulated legislative
26  and regulatory comments expanding opportunities in Federal programs. Secured Federal
advisory committee appointments for osteopathic physicians.

### Special Legal Consultant

Kominers Fort & Schlefer
June 1985 – August 1988 (3 years 3 months) | Washington, DC

Represented clients in responsible and cost-effective uses of creative health care
technologies and health care delivery. Secured first round Medicare heart transplant center
designation for Temple University Hospital, which had high success rates, despite significant
co-morbidities in its catchment area. Represented innovative medical device client before
27  HCFA regarding Medicare eligibility, reimbursement, and coverage for a novel and patented
transcutaneous transducer garment. Represented a physician who invented and patented a
28  tamper-proof temperature strip and urine collector for Federal agency and private drug testing
purposes. Co-author and analyst of very successful first two editions of the privately published
29  Medicare Reimbursement Manual for Clinical Laboratories, necessitated by across-the board
Congressional budget cuts for clinical laboratory services.

### DHHS Federal Advisory Committee Member

DHHS National Advisory Committee on Health Care Technology and Assessment
1986 – 1988 (2 years) | Washington D.C. Metro Area

Enhanced DHHS attention to cost-effectiveness, evidence-based, and comparative
30  effectiveness health care analyses and improved coverage decision-making in health care
technology assessment and payment as the sole attorney member of the Committee. I
continually challenged resistant pharmaceutical and medical device manufacturer Committee
31  members on such issues. Much of what I advocated 12 years ago, was integrated into the
Patient Protection and Affordable Care Act and other initiatives and policies of DHHS.

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 287
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

### Research Analyst

Prospective Payment Assessment Commission
1984 – 1985 (1 year) | Washington D.C. Metro Area

32 Staff member in the initial establishment of ProPAC. Authored first comprehensive
compendium of public and private research, policy analysis, and data development activities
33 regarding PPS and DRGs. Created abstract system that was made part of the first two Annual
Reports to the Congress and the DHHS Secretary. [Time-limited special appointment]


### Health Policy Analyst / Consultant

Pracon, Inc.
February 1984 – October 1984 (9 months) | City of Fairfax, VA

34 Produced legal, regulatory, and market analyses and strategies regarding the impact of patent
term expiration and patent extension on two large dollar and prescription unit volume products.
My research resulted in the development of short- and long-term business, marketing, and
public policy / legislative strategies for potential application by the pharmaceutical. My efforts
involved primary and secondary research, survey design, market environment and competition
35 dynamics, and research and analysis of regulatory, legislative, financial, economic, public
policy, and private sector issues. It also involved researching bioavailability and bioequivalence
comparisons between/among brand name and generic pharmaceuticals. This work took
36 place during continuing Congressional consideration of patent term expiration and extension
related to pharmaceuticals and medical devices.


### 37 Special Expert

National Heart, Lung, and Bood Institute, National Institutes of Health
1983 – 1984 (1 year) / Bethsda, MD



Responsible for updating and refining NHLBI's Medical Applications Program, designed to
speed the identification and application of technological and clinical advances gained through
38 NIH research over the history of NHLBI. This documented the positive Federal research and
funding impacts on clinical practice and health status/outcome. Created computer-retrievable
technology identification/tracking system, as a rudimentary predecessor to Google and other
search engines. [Time-limited special appointment]

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO. _____ 285
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____

**39** **Director of Government Relations / In-House Counsel**  

American College of Cardiology

1981 – 1983 (2 years) | Washington D.C. Metro Area



Organized and headed College's first Department of Government Relations and served as first in-house attorney. Served as Counsel to ACC/American Heart Association Cardiovascular Drugs Committee. Served as ACC Counsel to Medical Devices and Government Relations Committees. Principal organizer of three successful annual funding and authorization coalitions that led to NHLBI percentage point increase in NIH funding from third from last to third. Developed successful strategies for new drug applications, cardiac rehabilitation, SSA disability, cardiac catheterization, electrophysiology, medical device reporting, pacemakers, procedure and device coverage/payment, practice guidelines, and prevention. Developed key contact system between cardiologists and both the Congress and the Executive Branch.

**44** **Assistant Director of Government Relations**  

American Psychiatric Association

February 1979 – September 1981 (2 years 8 months) | Washington D.C. Metro Area

**45** Secured enhanced Congressional and statutory Federal support for targeted, cost-effective NIMH mental health research, training, and services. Worked with staff of First Lady Rosalyn Carter and Congress to begin to achieve parity between mental health and physical health **46** insurance coverage. Enhanced Federal/State rights/protections for confidentiality, privacy, anti-discrimination, rehabilitation, and handicapped/disabilities. Monitored state legislation for **47** parity coverage of mental health services. Continue to maintain close attention to all mental health issues in health insurance and health care delivery.

**Director of Government Relations / In-House Counsel**  

**48** American Association of Colleges of Osteopathic Medicine

1975 – 1978 (3 years) | Bethesda, MD

See position above (1988-1992)

**49** **Congressional Rural Health Legal Intern**

U.S. House of Representatives, Committee on Agriculture and Congressional Rural Caucus

January 1975 – June 1975 (6 months) | Washington D.C. Metro Area

**50** During law school, advised then-Rep. Charlie Rose (D-NC) on rural health issues, and made recommendations for legislative proposals to enhance funding for primary care medical scholarships and loan repayment for health professionals in medically underserved areas.

| RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / / | |
| --- | --- |
| EXHIBIT NO. | 289 |
| CASE NO. | |
| ADVERSARY NO. | |
| FOR ID. | IN EVIDENCE |
| DATE REC'D | |

## 51 **Associate Director of Government Relations**

American Optometric Association

March 1972 – December 1974 (2 years 10 months) · Washington D.C. Metro Area



52 Perceived need for, advocated, and secured new category of Federal funding for eye care professionals to meet needs of underserved Indian and Public Health Service patients; 53 represented profession before Congress, NIH, DOD, CHAMPUS [now Tri-Care], and VA re health insurance coverage, low vision, rehabilitation, and vision research issues. Achieved 54 Federal recognition of vision care for increased insurance reimbursement. Authored seminal 55 position paper that led to higher initial classification (i.e., GS-12) of optometrists in Federal civil service (e.g., DOD and VA) comparable to similarly trained health professionals. Achieved legislative goal of creating VA Director of Optometric Serves, as well as creation of permanent optometric membership slot on the VA Special Medical Advisory Committee.

### **Rental Representative**

Hertz

1965 – 1966 (1 year) · Sarasota, Florida

Part-time rental representative while in high school. Youngest hire of busy office. On-site management, preparation, and delivery of rental cars. Entrusted with opening and closing.

RECEIVED AS PLAINTIFF / DEFENDANT // JOINT //
EXHIBIT NO. 290
CASE NO.
ADVERSARY NO.
FOR ID. _____ IN EVIDENCE _____
DATE REC'D

# Dr. Renae Sersland is Ambergris Caye's Newest Doctor



Our beautiful island of Ambergris Caye, Belize, now counts with a new general practitioner, Dr. Renae Sersland who will aid in medical services provided to residents and visitors. Dr. Sersland is originally from North Dakota, USA, and has been living on the island for over 16 years now. She graduated from medical school in 1998 and moved to San Pedro where she worked on medical education at St. Matthew's University



"I never did my residency in the US after I graduated from medical school and I began working on getting my exams and license to become a doctor here in Belize in 2009," stated Dr. Renae Sersland. After a year and a half of internship at the Karl Heusner Memorial Hospital in Belize City, Dr. Sersland finally completed all her exams and is now a registered and licensed doctor in Belize.

"I believe it is imperative that San Pedro has good primary care and it is very difficult to have doctors here on the island because the cost of living is very high and since this is my home I would like to serve the community of San Pedro and hopefully can offer my services at the Poly Clinic in the near future," stated Dr. Sersland, who has submitted her application for a position at the Dr. Otto Rodriguez Poly Clionic II to the Ministry of Health.

Dr. Renae Sersland started working on May 12, 2014, from Dr. Lerida Rodriguez's office on Coconut Drive, from 12:00 p.m. to 5:00 p.m. For Appointments you can call 226-2197. (Emergency calls starting July – 629-5179).

RECEIVED AS [PLAINTIFF] / / DEFENDANT / / JOINT / /

EXHIBIT NO._____ 291

CASE NO. _____

ADVERSARY NO. _____

FOR ID. _____ IN EVIDENCE _____

DATE REC'D _____



RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____ 292
CASE NO. _____
ADVERSARY NO. _____
FOR ID. _____ IN EVIDENCE _____
DATE REC'D _____



Healthcare >

## Physicians and Surgeons

| Summary | What They Do | Work Environment | How to Become One | Pay | Job Outlook |

## Summary

| Quick Facts: Physicians and Surgeons | |
|---|---|
| 2012 Median Pay 🍥 | This wage is equal to or greater than $187,200 per year or $90.00 per hour. |
| Entry-Level Education 🍥 | Doctoral or professional degree |
| Work Experience in a Related Occupation 🍥 | None |
| On-the-job Training 🍥 | Internship/residency |
| Number of Jobs, 2012 🍥 | 691,400 |
| Job Outlook, 2012-22 🍥 | 18% (Faster than average) |
| Employment Change, 2012-22 🍥 | 123,300 |

**What Physicians and Surgeons Do**

RECEIVED AS PLAINTIFF / / DEFENDANT / / JOINT / /
EXHIBIT NO._____ 29.5
CASE NO._____
ADVERSARY NO._____
FOR ID._____ IN EVIDENCE_____
DATE REC'D_____