FORM ntsen (Rev. 07/15)

## UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Tallahassee Division

---

In Re:  Julian Rodney Rooks, Jr. | Bankruptcy Case No.:  16–40025

---

Julian Rodney Rooks Jr. et al.
Plaintiff(s)

vs

Equinox Capital, Licensed by the United States Small Business Administration et al.
Defendant(s)

Adversary Case No.:  16–04003–KKS

---

### *SUBMISSION ERROR NOTIFICATION*

TO:  Julian Rodney Rooks, Jr.

You are hereby notified that the Adversary Cover Sheet received in this office on January 22, 2016 *will not be processed until the following error(s) are corrected*:

- ☐ Improper forms used for filing: Must use most recently revised version of the official form(s).
- ☑ Document not signed: Per Fed. R. Bankr. P. 1008 and 9011, all documents must contain the signature of the filing attorney or the *pro se* debtor(s).
- ☐ Illegible document: Document cannot be read and must be refiled in its entirety.
- ☐ Incomplete document: Document appears to be missing pages and must be refiled in its entirety.
- ☐ Attachments missing: Document references attachments which were not included. Document must be refiled in its entirety as an amended document.
- ☐ Improper objection to claim of U.S. government agency: Negative notice may not be used for objections to claims of federal government agencies per Local Rule 3007–1. Court will schedule hearing by separate notice.
- ☐ Improper or inadequate service to U.S. government agency: Service not effected pursuant to Federal Rules of Bankruptcy Procedure 7004(b)(4).
- ☐ Improper Negative Notice: Negative Notice legend omitted or does not comply with requirements of Local Rule 2002–2 B (3).
- ☐ Document does not contain Certificate of Service: Certificate of Service required by Section II B.5. of the Administrative Procedures.
- ☐ Certificate of Service does not include list of parties served and/or mailing matrix.
- ☐ Document was filed contrary to the Local Rules and the Permissive Use of Negative Notice list.
- ☐ Pleadings must be double spaced pursuant to N.D. Fla. LBR 1001–1 D and N.D. Fla. Loc. R. 5.1(B)(3).
- ☐ Statement of Need Required for Emergency/Expedited documents pursuant to N.D. Fla. LBR 9073–1 B. (3).
- ☐ Other

You must take immediate action to resolve the error(s) noted above. No further action will be taken on this document until it is refiled correctly.

Dated: January 25, 2016

FOR THE COURT

/s/ Traci E. Abrams
Traci E. Abrams, Clerk of Court
U.S. Bankruptcy Court
Northern District of Florida
110 East Park Avenue, Suite 100
Tallahassee, Florida 32301

Service: by the Court to all parties in interest