UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

---

IN RE:

Julian Rodney Rooks, Jr.                                   BANKRUPTCY CASE NO.: 16-40025-KKS

---

Julian Rodney Rooks, Jr.
Barbara Rooks

Plaintiff(s)

v.                                                          ADVERSARY CASE NO.: 16-04003

Advocate Health Care, an Illinois Corporation
Allied Interstate LLC
Darlene Kathryn Burke, St, Matthews University, a Florida Certified Public Accountant
Equinox Capital Partners LLC
Equinox Capital, Licensed by the United States Small Business Administration
Equinox, et al
Finance Authority of Maine
Financial Asset Management Systems Inc.
Frank O. Appantaku M.D., an Illinois Physician and SMU Clinical Preceptor,
GC Services Limited Partnership
Galen Paul Swartzendruber, M.D., a Florida Physician
Gary McCutchen, Ed. D. St Matthews University Chancellor
Global Education Resources, LTD., a Virginia Corporation
Global Health and Education I Law and Policy, LLC, a Virginia Corporation
Global Health and Education Inc., a Virginia Corporation
Gloria Miranda Avila, St Matthews University Registrar
Janice M. Cresos, St. Matthews University Registrar
Jeffrey Sersland M.D., President and CEO, St Matthews University
Jennifer Applequist, St. Matthews University Registrar
Jerry Thornton PH D, St Matthews University, Vice President
Key Bank
Key Education Resources General Revenue Corporation
Kurt Felder, a Sallie Mae Investigator
Michael Harris, M.D., a Florida Physician
Nancy Adamson, St. Matthews University Registrar
National Enterprise Systems
Oxford Law, LLC
Pioneer Credit Recovery, Inc.
Prairie Capital
Primary Financial Services
Progressive Financial Services

Rapid Recovery
R3 Education Inc., a Florida Corporation
R3 Education, a Massachusetts Corporation, Steven Rodger, CEO
Renae Sersland M.D., St Matthews University, Vice President of University Services
Roger Crawford Courtney Esq., Special Council to St Matthews University, Member of the Bar of the Commonwealth of Virginia and of other states
Sallie Mae Bank
Sallie Mae, Inc. a Florida Corporation
Sallie Mae, dba Navient Solutions Inc., a Florida Corporation
St Joseph's College of Maine
St Matthew's University (Cayman) Ltd., a Florida Corporation
St Matthew's University School of Medicine LLC, a Florida Corporation
St Matthews University Ltd., a Florida Corporation
St Matthews University School of Medicine et al.,
St Matthews University et al.,
St. Matthews University, Inc., a Florida Corporation
Student Finance Corporation United States doing business as U.S. Department of Education
Sunrise Credit Services, Inc.
The State of Florida, Department of Education, Commissioner Pay Stewart
The State of Florida, Department of State, Secretary of State Ken Detzner
USA Funds Inc.
USA Group Loan Services
United States doing Business as Finance Authority of Maine
United States doing business as USA Funds
United States doing business as Account Control Technology, Inc.
United States doing business as Deutsch Bank ELT SLM Trusts
United States doing business as JP Morgan Chase, NA
United States doing business as Navient
United States doing business as Sallie Mae
United States doing business as Wells Fargo ELT SLFA-WA, Inc.
United Student Aid Funds, Inc.
And other John/Jane Doe's

    Defendant(s)

_____

**SUMMONS IN AN ADVERSARY PROCEEDING**

    YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the bankruptcy court within 30 days after the date of the issuance of this summons, except and in accordance with Rule 7016 of the Federal Rules of Bankruptcy Procedure incorporating that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

    Address of Clerk:    U.S. Bankruptcy Court
    110 East Park Avenue, Suite 100
    Tallahassee, FL 32301

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's attorney:

>  Julian Rodney Rooks, Jr.
> 3648 Dartford Lane
> Tallahassee, FL.  32311

 If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.



Date:  _January 25, 2016_

Traci E. Abrams, Clerk
U.S. Bankruptcy Court

By: _/s/ Lisa K. Davis_
    Deputy Clerk

Electronic issuance of this summons is authorized under F.R.B.P. 7004(a)(2). Authenticity may be verified by accessing the on-line case file using PACER at www.flnb.uscourts.gov or by visiting the Clerk's Office

**CERTIFICATE OF SERVICE**

I, _____, certify that I am, and at all times during the service
         (name)
of process, was not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons together with a copy of the complaint was made on _____ by:
                                          (date)

_____ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:


_____ Personal Service: By leaving the process with the defendant or with an officer or agent of the defendant at:


_____ Residence Service: By leaving the process with the following adult at:


_____ Publication: The defendant was served as follows: [Describe briefly]


_____ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]


Under penalty of perjury, I declare that the foregoing is true and correct.

_____        _____
Date                                  Signature

Print:  Name: _____

        Business Address: _____

        _____

        City: _____  ST _____ Zip _____