FORM ntsen (Rev. 07/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re:  Julian Rodney Rooks, Jr.                     Bankruptcy Case No.:  16–40025–KKS

    Julian Rodney Rooks Jr. et al.                Adversary Case No.:  16–04003–KKS
    Plaintiff(s)

vs

    Equinox Capital, Licensed by the United States
    Small Business Administration et al.
    Defendant(s)

*SUBMISSION ERROR NOTIFICATION*

TO:   Julian Rodney Rooks, Jr.

You are hereby notified that the Motions doc. # 4, 5, 7 & received in this office on January 22, 2016 *will not be processed until the following error(s) are corrected*:

- ☐ Improper forms used for filing: Must use most recently revised version of the official form(s).
- ☐ Document not signed: Per Fed. R. Bankr. P. 1008 and 9011, all documents must contain the signature of the filing attorney or the *pro se* debtor(s).
- ☐ Illegible document: Document cannot be read and must be refiled in its entirety.
- ☐ Incomplete document: Document appears to be missing pages and must be refiled in its entirety.
- ☐ Attachments missing: Document references attachments which were not included. Document must be refiled in its entirety as an amended document.
- ☐ Improper objection to claim of U.S. government agency: Negative notice may not be used for objections to claims of federal government agencies per Local Rule 3007–1. Court will schedule hearing by separate notice.
- ☐ Improper or inadequate service to U.S. government agency: Service not effected pursuant to Federal Rules of Bankruptcy Procedure 7004(b)(4).
- ☐ Improper Negative Notice: Negative Notice legend omitted or does not comply with requirements of Local Rule 2002–2 B (3).
- ☐ Document does not contain Certificate of Service: Certificate of Service required by Section II B.5. of the Administrative Procedures.
- ☐ Certificate of Service does not include list of parties served and/or mailing matrix.
- ☐ Document was filed contrary to the Local Rules and the Permissive Use of Negative Notice list.
- ☐ Pleadings must be double spaced pursuant to N.D. Fla. LBR 1001–1 D and N.D. Fla. Loc. R. 5.1(B)(3).
- ☐ Statement of Need Required for Emergency/Expedited documents pursuant to N.D. Fla. LBR 9073–1 B. (3).
- ☑ These motions are filed in the wrong case. Should be filed in appropriate administrative cases. Motion to Reopen Barbara Rook's Closed Chapter 7 Proceeding, Motion to Waive Case Reopen Fee, Motion to Waive Chapter 7 Filing Fee and Motion for Determination and Waiver of Debtor's Duty to Comply with the Credit Counseling Requirement of 11 USC Section(h)(1)

You must take immediate action to resolve the error(s) noted above. No further action will be taken on this document until it is refiled correctly.

Dated: January 26, 2016                                    FOR THE COURT

                                                                              /s/ Traci E. Abrams
                                                                              Traci E. Abrams, Clerk of Court
                                                                              U.S. Bankruptcy Court
                                                                              Northern District of Florida
                                                                              110 East Park Avenue, Suite 100
                                                                              Tallahassee, Florida 32301

Service: by the Court to all parties in interest