```
                          United States Bankruptcy Court
                            Northern District of Florida
Rooks, Jr.,
         Plaintiff                                          Adv. Proc. No. 16-04003-KKS

Equinox Capital, Licensed by the United,
         Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 1129-4          User: ldavis              Page 1 of 1              Date Rcvd: Jan 26, 2016
                              Form ID: ntsen            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2016.
pla            +Julian Rodney Rooks, Jr.,   3648 Dartford Lane,   Tallahassee, FL 32311-7773

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust             +E-mail/Text: ustpregion21.TL.ecf@usdoj.gov Jan 27 2016 01:19:15     United States Trustee,
                 110 E. Park Avenue,   Suite 128,   Tallahassee, FL 32301-7728
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2016 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0

FORM ntsen (Rev. 07/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Julian Rodney Rooks, Jr.                                   Bankruptcy Case No.: 16–40025–KKS

    Julian Rodney Rooks Jr. et al.                              Adversary Case No.: 16–04003–KKS
    Plaintiff(s)

vs

    Equinox Capital, Licensed by the United States
    Small Business Administration et al.
    Defendant(s)

*SUBMISSION ERROR NOTIFICATION*

TO:   Julian Rodney Rooks, Jr.

You are hereby notified that the Motions doc. # 4, 5, 7 & received in this office on January 22, 2016 *will not be processed until the following error(s) are corrected*:

☐ Improper forms used for filing: Must use most recently revised version of the official form(s).

☐ Document not signed: Per Fed. R. Bankr. P. 1008 and 9011, all documents must contain the signature of the filing attorney or the *pro se* debtor(s).

☐ Illegible document: Document cannot be read and must be refiled in its entirety.

☐ Incomplete document: Document appears to be missing pages and must be refiled in its entirety.

☐ Attachments missing: Document references attachments which were not included. Document must be refiled in its entirety as an amended document.

☐ Improper objection to claim of U.S. government agency: Negative notice may not be used for objections to claims of federal government agencies per Local Rule 3007–1. Court will schedule hearing by separate notice.

☐ Improper or inadequate service to U.S. government agency: Service not effected pursuant to Federal Rules of Bankruptcy Procedure 7004(b)(4).

☐ Improper Negative Notice: Negative Notice legend omitted or does not comply with requirements of Local Rule 2002–2 B (3).

☐ Document does not contain Certificate of Service: Certificate of Service required by Section II B.5. of the Administrative Procedures.

☐ Certificate of Service does not include list of parties served and/or mailing matrix.

☐ Document was filed contrary to the Local Rules and the Permissive Use of Negative Notice list.

☐ Pleadings must be double spaced pursuant to N.D. Fla. LBR 1001–1 D and N.D. Fla. Loc. R. 5.1(B)(3).

☐ Statement of Need Required for Emergency/Expedited documents pursuant to N.D. Fla. LBR 9073–1 B. (3).

☑ These motions are filed in the wrong case. Should be filed in appropriate administrative cases. Motion to Reopen Barbara Rook's Closed Chapter 7 Proceeding, Motion to Waive Case Reopen Fee, Motion to Waive Chapter 7 Filing Fee and Motion for Determination and Waiver of Debtor's Duty to Comply with the Credit Counseling Requirement of 11 USC Section(h)(1)

You must take immediate action to resolve the error(s) noted above. No further action will be taken on this document until it is refiled correctly.

Dated: January 26, 2016                                              FOR THE COURT

                                                                               /s/ Traci E. Abrams
                                                                               Traci E. Abrams, Clerk of Court
                                                                               U.S. Bankruptcy Court
                                                                               Northern District of Florida
                                                                               110 East Park Avenue, Suite 100
                                                                               Tallahassee, Florida 32301

Service: by the Court to all parties in interest