UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

Julian Rodney Rooks, Jr.                                          BANKRUPTCY CASE NO.: 16-40025-KKS

Julian Rodney Rooks, Jr.
Barbara Rooks

Plaintiff(s)

v.                                                                ADVERSARY CASE NO.: 16-04003

Advocate Health Care, an Illinois Corporation
Allied Interstate LLC Darlene Kathryn Burke, St. Matthew's University, a Florida Certified Public Accountant
Equinox Capital Partners LLC
Equinox Capital, Licensed by the United States Small Business Administration
Equinox, et al
Finance Authority of Maine
Financial Asset Management Systems Inc.
Frank O. Appantaku M.D., an Illinois Physician and SMU Clinical Preceptor,
GC Services Limited Partnership
Galen Paul Swartzendruber, M.D., a Florida Physician
Gary McCutchen, Ed. D. St. Matthew's University Chancellor
Global Education Resources, LTD., a Virginia Corporation
Global Health and Education I Law and Policy, LLC, a Virginia Corporation
Global Health and Education Inc., a Virginia Corporation
Gloria Miranda Avila, St. Matthew's University Registrar
Janice M. Cresos, St. Matthew's University Registrar
Jeffery Sersland M.D., President and CEO, St. Matthew's University
Jennifer Applequist, St. Matthew's University Registrar
Jerry Thornton PH D, St. Matthew's University, Vice President
Key Bank
Key Education Resources General Revenue Corporation
Kurt Felder, a Sallie Mae Investigator
Michael Harris, M.D., a Florida Physician
Nancy Adamson, St. Matthew's University Registrar
National Enterprise Systems
Oxford Law, LLC

Pioneer Credit Recovery, Inc.
Prairie Capital
Primary Financial Services
Progressive Financial Services
Rapid Recovery Solution, Inc.
R3 EducationInc., a Florida Corporation
R3 Education, a Massachusetts Corporation, Steven Rodger, CEO
Renae Sersland M.D., St. Matthew's University, Vice President of University Services
Rodger Crawford Courtney Esq., Special Council to St. Matthew's University, Member of the Bar of the Commonwealth of Virginia and of other states
Sallie Mae Bank
Sallie Mae, Inc. a Florida Corporation
Sallie Mae, dba Navient Solutions Inc., a Florida Corporation
St. Joseph's College of Maine
St. Matthew's University (Cayman) Ltd., a Florida Corporation
St. Matthew's University School of Medicine LLC, a Florida Corporation
St. Matthew's University Ltd., a Florida Corporation
St. Matthew's University School of Medicine et al.,
St. Matthew's University, Inc., a Florida Corporation
Student Finance Corporation United States doing business as U.S. Department of Education
Sunrise Credit Services, Inc.
The State of Florida, Department of Education, Commissioner Pat Stewart
The State of Florida, Department of State, Secretary of State Ken Detzner
USA Funds Inc.
USA Group Loan Services
United States doing business as Finance Authority of Maine
United States doing business as USA Funds
United States doing business as Account Control Technology, Inc.
United States doing business as Deutsch Bank ELT SLM Trusts
United States doing business as JP Morgan Chase, NA
United States doing business as Navient
United States doing business as Sallie Mae
United States doing business as Wells Fargo ELT SLFA-WA, Inc.
United Student Aid Funds, Inc.
And other John/Jane Doe's

Defendant(s)

MOTION TO ENLARGE TIME REQUIREMENT FOR SERVICE UPON DEFENDANTS

As required under the Federal Rules of Bankruptcy Procedure Rule 9006(b)(1), Plaintiffs respectfully request the Court to authorize the enlargement of time for service of summons upon the defendants.

Respectfully submitted,
Dated: 02/01/2016

Plaintiff(s),

Julian Rodney Rooks, Jr.

Barbara Rooks
3648 Dartford Lane
Tallahassee, Florida 32311
(850) 329-7019