FORM ntsensvc (01/15)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Florida
### Tallahassee Division

In Re:  Julian Rodney Rooks, Jr.                                      Bankruptcy Case No.:  16–40025–KKS

    Julian Rodney Rooks Jr. et al.                          Adversary Case No.:  16–04003–KKS
    Plaintiff(s)

vs

    Equinox Capital, Licensed by the United States
    Small Business Administration et al.
    Defendant(s)

### *SUBMISSION ERROR NOTIFICATION*

TO:  Julian Rodney Rooks, Jr.

You are hereby notified that the Motion to Extend Time received in this office on February 2, 2015 *will not be processed until the following error(s) are corrected*:

- ☐ Document does not include proper Certificate of Service as required by Section II B.5. of the Administrative Procedures, applicable to all filers whether or not they are registered users of the electronic filing system.
- ☐ Improper or inadequate service to U.S. Government Agency; service not effected pursuant to Fed. R. Bankr. P. 7004(b)(4).
- ☐ Certificate of Service does not include a list of parties served and/or mailing matrix.

You must take immediate action to resolve the error(s) noted above. No further action will be taken on this document until it is refiled correctly.

Dated: February 2, 2016                                      FOR THE COURT

                                                                  /s/ Traci E. Abrams
                                                                  Traci E. Abrams, Clerk of Court
                                                                  U.S. Bankruptcy Court
                                                                  Northern District of Florida
                                                                  110 East Park Avenue, Suite 100
                                                                  Tallahassee, Florida 32301

Service: by the Court to all parties in interest