```
                         United States Bankruptcy Court
                           Northern District of Florida
Rooks, Jr.,
        Plaintiff                                           Adv. Proc. No. 16-04003-KKS

Equinox Capital, Licensed by the United,
        Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 1129-4        User: ldavis              Page 1 of 1              Date Rcvd: Feb 02, 2016
                            Form ID: ntsensvc         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2016.
```
pla            +Julian Rodney Rooks, Jr.,    3648 Dartford Lane,    Tallahassee, FL 32311-7773
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion21.TL.ecf@usdoj.gov Feb 03 2016 01:15:39      United States Trustee,
                110 E. Park Avenue,    Suite 128,    Tallahassee, FL 32301-7728
                                                                                             TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2016 at the address(es) listed below:
```
NONE.                                                                                        TOTAL: 0
```

FORM ntsensvc (01/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

| | |
|---|---|
| In Re: Julian Rodney Rooks, Jr. | Bankruptcy Case No.: 16–40025–KKS |
| Julian Rodney Rooks Jr. et al. Plaintiff(s) vs Equinox Capital, Licensed by the United States Small Business Administration et al. Defendant(s) | Adversary Case No.: 16–04003–KKS |

*SUBMISSION ERROR NOTIFICATION*

TO:   Julian Rodney Rooks, Jr.

You are hereby notified that the Motion to Extend Time received in this office on February 2, 2015 *will not be processed until the following error(s) are corrected*:

☐ Document does not include proper Certificate of Service as required by Section II B.5. of the Administrative Procedures, applicable to all filers whether or not they are registered users of the electronic filing system.

☐ Improper or inadequate service to U.S. Government Agency; service not effected pursuant to Fed. R. Bankr. P. 7004(b)(4).

☐ Certificate of Service does not include a list of parties served and/or mailing matrix.

You must take immediate action to resolve the error(s) noted above. No further action will be taken on this document until it is refiled correctly.

Dated: February 2, 2016

FOR THE COURT

/s/ Traci E. Abrams
Traci E. Abrams, Clerk of Court
U.S. Bankruptcy Court
Northern District of Florida
110 East Park Avenue, Suite 100
Tallahassee, Florida 32301

Service: by the Court to all parties in interest