**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

In re:

JULIAN RODNEY ROOKS, JR.,　　　　　　　CASE NO.:  16-40025-KKS
　　　　　　　　　　　　　　　　　　　　CHAPTER:  7
　　Debtor.
_____/

JULIAN RODNEY ROOKS, JR., &
BARBARA ROOKS,

　　Plaintiffs,

v.　　　　　　　　　　　　　　　　　　ADV. PROC. NO.:  16-04003-KKS

EQUINOX CAPITAL, LICENSED BY
THE UNITED STATES SMALL BUSINESS
ADMINISTRATION, et al.,

　　Defendants.
_____/

**ORDER DENYING MOTION TO REOPEN PLAINTIFF BARBARA ROOKS'S [sic] CLOSED CHAPTER 7 PROCEEDING [sic] (DOC. 4)**

　　THIS CASE is before the Court on the Motion to Reopen Plaintiff Barbara Rooks's [sic] Closed Chapter 7 Proceeding [sic] (the "Motion," Doc. 4).  In the Motion, named Plaintiff, Barbara Rooks—who is not a debtor in the administrative case associated with this adversary proceeding (Case No. 16-40025-KKS)—requests that the Court reopen her prior Chapter 7 bankruptcy case (Case No. 08-40810-KKS).  The Motion is not proper.  A party may not request to reopen a prior bankruptcy case

in an adversary proceeding.  In order to reopen a bankruptcy case, a party must file a motion in that case and pay a reopening fee as required by 11 U.S.C. § 350(b), 28 U.S.C. § 1930 and the Bankruptcy Court Miscellaneous Fee Schedule,[1] and Fed. R. Bankr. P. 5010.  For that reason, it is

ORDERED: the Motion to Reopen Plaintiff Barbara Rooks's [sic] Closed Chapter 7 Proceeding [sic] (Doc. 4) is DENIED.

This Order does not constitute a ruling that Barbara Rooks has standing to appear as a party Plaintiff in this Adversary Proceeding.

DONE and ORDERED in Tallahassee, Florida on ___February 17, 2016___.

KAREN K. SPECIE
United States Bankruptcy Judge

cc:  All interested parties

Barbara Rooks
3648 Dartford Lane
Tallahassee, Florida 32311

Julian Rodney Rooks, Jr.
3648 Dartford Lane
Tallahassee, Florida 32311

---

[1] *See* http://www.uscourts.gov/services-forms/fees/bankruptcy-court-miscellaneous-fee-schedule.