UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTHERN FLORIDA

Case number:

**DENIED**
February 17, 2016
Date

Karen K. Specie
U.S. Bankruptcy Judge

Barbara Rooks (Mother, cosigner)
    Debtor,

Barbara Rooks
    Plaintiff, *pro se*

vs.

Equinox Capital, licensed by the United
States Small Business Administration,
Equinox Capital Partners LLC,
Equinox, *et al*,
Prairie Capital,
R3 Education Inc., a Florida Corporation,
R3 Education, a Massachusetts
Corporation, Steven Rodger, CEO,
St. Matthews University, Inc., a Florida
Corporation, St. Matthew's University
(Cayman) Ltd., Corp., a Florida Corporation
St. Matthew's University
School of Medicine LLC, a Florida
Corporation, St. Matthews University
Ltd., a Florida Corporation,
St. Matthews University School of
Medicine *et al.*, St. Matthews University *et al.*,
Jerry Thornton Ph D, St. Matthews
University, Vice President,

Adversary Proceeding number:

JURY TRIAL DEMANDED

FILED
2016 JAN 22 P 2:22
CLERK
BANKRUPTCY COURT
NORTHERN DISTRICT FL

Renae Sersland M.D., St. Matthews
University, Vice President of University
Services, Jeffrey Sersland M.D., President
and CEO, St. Matthews University,
Roger Crawford Courtney Esq., Special
Council to St. Matthews University,
Member of the Bar of the
Commonwealth of Virginia and of
other states,
Global Education Resources, LTD., a
Virginia Corporation,
Global Health and Education I Law and
Policy, LLC, a Virginia Corporation,
Global Health and Education Inc., a
Virginia Corporation,
Frank O. Appantaku M.D., an Illinois
Physician and SMU Clinical Preceptor,
Advocate Health Care, an Illinois
Corporation,
Michael Harris M.D., a Florida
Physician,
Galen Paul Swartzendruber, M.D., a
Florida Physician,
Gary McCutchen, Ed. D. St. Matthews
University Chancellor,
Gloria Miranda Avila, St. Matthews
University Registrar,
Nancy Adamson, St. Matthews
University Registrar,
Darlene Kathryn Burke, St. Matthews
University, a Florida Certified Public
Accountant
Jennifer Applequist, St. Matthews
University Registrar,
Janice M. Cresos?, St. Matthews
University Registrar,
The State of Florida, Department
of State, Secretary of
State Ken Detzner
The State of Florida, Department
of Education, Comissioner Pam
Stewart,
Student Finance Corporation
United States doing business as
U.S. Department of Education,
United States doing business as
Sallie Mae,

United States doing business as
Navient,
United States doing business as
Wells Fargo ELT SLFA-WA, Inc.,
United States doing business as
Finance Authority of Maine,
United States doing business as
Deutsch Bank ELT SLM Trusts,
United States doing business as
USA Funds,
United States doing business as
JP Morgan Chase, NA,
United States doing business as
Account Control Technology, Inc.
Sallie Mae, Inc., a Florida Corporation,
Sallie Mae Bank
Sallie Mae, dba Navient Solutions Inc.
Kurt Felder, a Sallie Mae Investigator
Key Bank
Key Education Resources
General Revenue Corporation,
Finance Authority of Maine,
St Joseph's College of Maine,
National Enterprise Systems,
United Student Aid Funds, Inc.,
USA Funds Inc.,
USA Group Loan Services,
Allied Interstate LLC,
GC Services Limited Partnership,
Windham Professionals,
Pioneer Credit Recovery, Inc.,
Progressive Financial Services,
Primary Financial Services,
Sunrise Credit Services, Inc.,
Financial Asset Management Systems Inc.,
Rapid Recovery,
Oxford Law, LLC
and other John/Jane Doe's,

      Defendants,

### MOTION TO WAIVE CASE REOPEN FEE

  Plaintiff respectfully request the Court to waive the "Motion to Reopen" fee.

3 of 4

Respectfully submitted,

DATED: 1-22-2016

PLAINTIFF

*Barbara Rooks*
Barbara Rooks

3648 Dartford Lane
Tallahassee, Florida 32311
(850) 329-7019