**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

In re:

JULIAN RODNEY ROOKS, JR.,                    CASE NO.:  16-40025-KKS
                                              CHAPTER:  7

   Debtor.
_____/

JULIAN RODNEY ROOKS, JR., &
BARBARA ROOKS,

   Plaintiffs,

v.                                            ADV. PROC. NO.:  16-04003-KKS

EQUINOX CAPITAL, LICENSED BY
THE UNITED STATES SMALL BUSINESS
ADMINISTRATION, et al.,

   Defendants.
_____/

### ORDER DENYING MOTION TO WAIVE ALL BANKRUPTCY COURT FEES (DOC. 8)

THIS CASE is before the Court on the motion filed by self-represented Plaintiff, Julian Rodney Rooks, Jr., entitled: *Motion to Waive All Bankruptcy Court Fees* (the "Motion," Doc. 8). In the Motion, Mr. Rooks, who purported to file the Motion on behalf of himself and the co-plaintiff, requests a waiver of all filing fees "for the duration of the case pending developments in the case(s)." The Motion is due to be denied because:

1. The Court is not willing to grant such broad and prospective relief.

2. This adversary proceeding is not the proper forum in which to request a waiver of fees that may be due in the administrative case.

3. Mr. Rooks did not serve a copy of the Motion on any creditor, defendant or party in interest.

4. The Motion does not state a sufficient basis for waiver of the filing fee for this adversary proceeding.

5. Even assuming that Barbara Rooks has standing to be a Plaintiff in this adversary proceeding, Mr. Rooks is not a lawyer so cannot file pleadings on behalf of a third party,

For these reasons, it is

ORDERED: the Motion to Waive All Bankruptcy Court Fees (Doc. 8) is DENIED.

DONE and ORDERED in Tallahassee, Florida this __February 17, 2016__.

KAREN K. SPECIE
United States Bankruptcy Judge

cc: All interested parties

Julian Rodney Rooks
3648 Dartford Lane
Tallahassee, FL 32311