```
                              United States Bankruptcy Court
                                Northern District of Florida
Rooks, Jr.,
          Plaintiff                                                  Adv. Proc. No. 16-04003-KKS

Equinox Capital, Licensed by the United,
          Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 1129-4          User: ldavis             Page 1 of 1              Date Rcvd: Feb 17, 2016
                              Form ID: pdf002          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2016.
pla          +Julian Rodney Rooks, Jr.,   3648 Dartford Lane,   Tallahassee, FL 32311-7773

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: ustpregion21.TL.ecf@usdoj.gov Feb 18 2016 01:36:15     United States Trustee,
               110 E. Park Avenue,   Suite 128,   Tallahassee, FL 32301-7728
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2016 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

In re:

JULIAN RODNEY ROOKS, JR.,            CASE NO.: 16-40025-KKS
                                                                    CHAPTER: 7

    Debtor.
_____/

JULIAN RODNEY ROOKS, JR., &
BARBARA ROOKS,

    Plaintiffs,

v.                                                     ADV. PROC. NO.: 16-04003-KKS

EQUINOX CAPITAL, LICENSED BY
THE UNITED STATES SMALL BUSINESS
ADMINISTRATION, et al.,

    Defendants.
_____/

**ORDER DENYING MOTION TO REOPEN PLAINTIFF BARBARA ROOKS'S [sic] CLOSED CHAPTER 7 PROCEEDING [sic] (DOC. 4)**

THIS CASE is before the Court on the Motion to Reopen Plaintiff Barbara Rooks's [sic] Closed Chapter 7 Proceeding [sic] (the "Motion," Doc. 4). In the Motion, named Plaintiff, Barbara Rooks—who is not a debtor in the administrative case associated with this adversary proceeding (Case No. 16-40025-KKS)—requests that the Court reopen her prior Chapter 7 bankruptcy case (Case No. 08-40810-KKS). The Motion is not proper. A party may not request to reopen a prior bankruptcy case

in an adversary proceeding. In order to reopen a bankruptcy case, a party must file a motion in that case and pay a reopening fee as required by 11 U.S.C. § 350(b), 28 U.S.C. § 1930 and the Bankruptcy Court Miscellaneous Fee Schedule,[1] and Fed. R. Bankr. P. 5010. For that reason, it is

ORDERED: the Motion to Reopen Plaintiff Barbara Rooks's [sic] Closed Chapter 7 Proceeding [sic] (Doc. 4) is DENIED.

This Order does not constitute a ruling that Barbara Rooks has standing to appear as a party Plaintiff in this Adversary Proceeding.

DONE and ORDERED in Tallahassee, Florida on     February 17, 2016    .

KAREN K. SPECIE
United States Bankruptcy Judge

cc: All interested parties

Barbara Rooks
3648 Dartford Lane
Tallahassee, Florida 32311

Julian Rodney Rooks, Jr.
3648 Dartford Lane
Tallahassee, Florida 32311

---

[1] *See* http://www.uscourts.gov/services-forms/fees/bankruptcy-court-miscellaneous-fee-schedule.

2