```
                         United States Bankruptcy Court
                           Northern District of Florida
Rooks, Jr.,
         Plaintiff                                            Adv. Proc. No. 16-04003-KKS

Equinox Capital, Licensed by the United,
         Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 1129-4          User: ldavis              Page 1 of 1            Date Rcvd: Feb 17, 2016
                              Form ID: pdf002           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2016.
```
pla            +Julian Rodney Rooks, Jr.,   3648 Dartford Lane,   Tallahassee, FL 32311-7773
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion21.TL.ecf@usdoj.gov Feb 18 2016 01:36:15    United States Trustee,
                110 E. Park Avenue,   Suite 128,   Tallahassee, FL 32301-7728
                                                                                             TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

___

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2016                          Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2016 at the address(es) listed below:
```
NONE.                                                                                        TOTAL: 0
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

In re:

JULIAN RODNEY ROOKS, JR.,　　　　　CASE NO.: 16-40025-KKS
　　　　　　　　　　　　　　　　　　CHAPTER: 7

　　Debtor.
_____/

JULIAN RODNEY ROOKS, JR., &
BARBARA ROOKS,

　　Plaintiffs,

v.　　　　　　　　　　　　　　　　ADV. PROC. NO.: 16-04003-KKS

EQUINOX CAPITAL, LICENSED BY
THE UNITED STATES SMALL BUSINESS
ADMINISTRATION, et al.,

　　Defendants.
_____/

## ORDER DENYING MOTION TO WAIVE ALL BANKRUPTCY COURT FEES (DOC. 8)

THIS CASE is before the Court on the motion filed by self-represented Plaintiff, Julian Rodney Rooks, Jr., entitled: *Motion to Waive All Bankruptcy Court Fees* (the "Motion," Doc. 8). In the Motion, Mr. Rooks, who purported to file the Motion on behalf of himself and the co-plaintiff, requests a waiver of all filing fees "for the duration of the case pending developments in the case(s)." The Motion is due to be denied because:

1. The Court is not willing to grant such broad and prospective relief.

2. This adversary proceeding is not the proper forum in which to request a waiver of fees that may be due in the administrative case.

3. Mr. Rooks did not serve a copy of the Motion on any creditor, defendant or party in interest.

4. The Motion does not state a sufficient basis for waiver of the filing fee for this adversary proceeding.

5. Even assuming that Barbara Rooks has standing to be a Plaintiff in this adversary proceeding, Mr. Rooks is not a lawyer so cannot file pleadings on behalf of a third party,

For these reasons, it is

ORDERED: the Motion to Waive All Bankruptcy Court Fees (Doc. 8) is DENIED.

DONE and ORDERED in Tallahassee, Florida this  February 17, 2016                .

KAREN K. SPECIE
United States Bankruptcy Judge

cc: All interested parties

Julian Rodney Rooks
3648 Dartford Lane
Tallahassee, FL 32311