**CERTIFICATE OF SERVICE**

I, _____Cathy Rooks_____, certify that I am, and at all times during the service
        (name)
of process, was not less than 18 years of age and not a party to the matter concerning which service
of process was made. I further certify that the service of this summons together with a copy of the
complaint was made on ____02/18/2016_____ by:
                             (date)

____X____ State Law: The defendant was served pursuant to the laws of the State of __Florida__ as
follows: [Describe briefly]

            Title VI                      Chapter 48            View Entire Chapter
CIVIL PRACTICE AND PROCEDURE  PROCESS AND SERVICE OF PROCESS
48.121    Service on the state.—When the state has consented to be sued, process against the
state shall be served on the state attorney or an assistant state attorney for the judicial circuit
within which the action is brought and by sending two copies of the process by registered or certified
mail to the Attorney General. The state may serve motions or pleadings within 40 days after service

____X____ Mail service: Registered mail, United States mail.


Office of the Attorney General
c/o Pam Bondi, Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050


Office of the Attorney General
c/o Pam Bondi, Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

                                                                                     2016 FEB 22 P 12:01  FILED


Under penalty of perjury, I declare that the foregoing is true and correct.

_____02/18/2016_____                          _____Cathy Rooks_____
Date                                                          Signature

## CERTIFICATE OF SERVICE

I, __Cathy Rooks__, certify that I am, and at all times during the service
    (name)
of process, was not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons together with a copy of the complaint was made on __02/18/2016__ by:
                                (date)

__X__ Mail service: Registered mail, United States mail.

**Key Bank**
c/o Beth E. Mooney, Chair and CEO
127 Public Square
Cleveland, Ohio 44114

**Key Education Resources**
c/o Beth E. Mooney, Chair and CEO
127 Public Square
Cleveland, Ohio 44114

**Sallie Mae Bank**
c/o John F Remondi, CEO
123 Justison Street
Wilmington, DE 19801

I, __Cathy Rooks__, certify that I am, and at all times during the service
    (name)
of process, was not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons together with a copy of the complaint was made on __02/19/2016__ by:
                                (date)

__X__ Mail service: Registered mail, United States mail.

United States Department of Education
c/o Arne Duncan, Secretary
400 Maryland Avenue, SW
LBJ Bldg., Room 7W301
Mail stop 0100
Washington, DC 20202

United States Attorney, Northern District of Florida
Tallahassee Headquarters
c/o Civil Process Clerk
111 North Adams Street
4th Floor U.S. Courthouse
Tallahassee, FL 32301

United States Department of Justice
c/o Unites States Attorney General/Secretary
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Under penalty of perjury, I declare that the foregoing is true and correct.

__02/19/2016__                                               _Cathy Rooks_
Date                                                        Signature

## CERTIFICATE OF SERVICE

I, _____Cathy Rooks_____, certify that I am, and at all times during the service
(name)
of process, was not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons together with a copy of the complaint was made on _____02/18/2016_____ by:
(date)

__X__ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Primary Financial Services, LLC.
c/o Timothy P Smith, President
3141 N. 3rd Avenue
Suite C-1
Phoenix, AZ 85013

Progressive Financial Services, Inc.
c/o Wesley F Hull, CEO
1919 W. Fairmont Dr.
Building 8
Tempe, AZ 85282

R3 Education
c/o Steven C Rodger, President
27 Jackson Road
Suite 301
Devens, MA 01434

Rapid Recovery Solution, Inc.
c/o John Monderine, CEO
25 Orville Drive
Suite 101-A
Bohemia, NY 11716

St. Matthew's University Inc.
c/o Renae Sersland M.D., Vice President of University Services
12124 High Tech Ave
Suite 350
Orlando, FL 32817

Rodger Crawford Courtney, Esq.,
Special Council, St. Matthew's University
440 Belmont Bay Drive
Woodbridge, VA 22191-5451

Sallie Mae Inc.
c/o John F Remondi, CEO
2001 Edmund Halley Dr.
Reston, VA 20191-3436

Sallie Mae Inc.,
doing business as Navient Solutions, Inc.
c/o John F Remondi, CEO
123 Justison Street
Wilmington, DE 19801

St. Joseph's College of Maine
c/o Yvonne Berry, CFO
278 Whites Bridge Road
Standish, ME 04084

St. Matthews University, Inc.
c/o Terry J Moya, CFO
12124 High Tech Ave
Suite 350
Orlando, Fl 32817

Sunrise Credit Services, Inc.
c/o Diane Doane, CEO/Sec/Treasurer/Dir
260 Airport Plaza
Farmingdale, NY 11735

United States Department of Education
c/o Arne Duncan, Secretary
400 Maryland Avenue, SW
LBJ Bldg., Room 7W301
Mail stop 0100
Washington, DC 20202

United States Department of Justice
c/o Unites States Attorney General/Secretary
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

USA Funds Inc.
c/o William Hansen, President, CEO
9998 Crosspoint Boulevard
Suite 400
Indianapolis IN 46256

USA Group Loan Services
c/o William Hansen, President, CEO
9998 Crosspoint Boulevard
Suite 400
Indianapolis IN 46256

United Student Aid Funds Inc.
c/o William Hansen, President, CEO
9998 Crosspoint Boulevard
Suite 400
Indianapolis IN 46256

Under penalty of perjury, I declare that the foregoing is true and correct.

_____02/18/2016_____                    _____Cathy Rooks_____
Date                                                          Signature

## CERTIFICATE OF SERVICE

I, _____Cathy Rooks_____, certify that I am, and at all times during the service
   (name)
of process, was not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons together with a copy of the complaint was made on _____02/18/2016_____ by:
                                                              (date)

__X__ Mail service:  Regular, first class United States mail, postage fully pre-paid, addressed to:

Advocate Health and Hospitals Corporation
c/o Gail D Hasbrouck, Agent
3075 Highland Parkway
600
Downers Grove, IL 60515

Allied Interstate LLC
c/o Dan Montenaro, MGR
335 Madison Avenue
27th Floor
New York, NY 10017

St. Matthew's University Inc.
c/o Darlene Kathryn Burke, Agent
12124 High Tech Ave
Suite 350
Orlando, FL 32817

Equinox Capital
c/o Steven Rodger, Founder, Managing Partner
41 West Putnam Avenue
Greenwich, Connecticut 06830

Financial Asset Management Systems Inc.
c/o Timothy J. Burson, Agent
200 Ashford Center North
Suite 500
Atlanta, GA 30338

Finance Authority of Maine
c/o Bruce Wagner, CEO
5 Community Drive
Augusta, ME 04332

Frank O. Apantaku M.D., SMU Clinical Preceptor
2222 West Division Street,
Chicago, Il 60622

GC Services Limited Partnership
c/o Linda Spellicy, Treasurer
6330 Gulfton
Houston, TX 77081

General Revenue Corporation
c/o Brian Hill, President
4660 Duke Drive
Mason, OH 45040

St. Matthew's University Inc.
c/o Galen Paul Swartzendruber, M.D., Director
12124 High Tech Ave
Suite 350
Orlando, FL 32817

St. Matthew's University Inc.
c/o Gary McCutcheon, Chancellor
12124 High Tech Ave
Suite 350
Orlando, FL 32817

St. Matthew's University Inc.
c/o Gloria Miranda Avila, Registrar
12124 High Tech Ave
Suite 350
Orlando, FL 32817

Global Education Resources, LTD.
c/o Rodger Crawford Courtney, Esq., President, CEO
6108 Winnepeg Drive
Burke, VA 22015

Global Health and Education I Law and Policy, LLC.
c/o Rodger Crawford Courtney, Esq., Registered Agent
6108 Winnepeg Drive
Burke, VA 22015

Global Health and Education Inc.
c/o Rodger Crawford Courtney, Esq.,
6108 Winnepeg Drive
Burke, VA 22015

St. Matthew's University Inc.
c/o Janice M. Cresos, Registrar
12124 High Tech Ave
Suite 350
Orlando, FL 32817

St. Matthew's University Inc.
c/o Jeffrey Sersland M.D., President and CEO
12124 High Tech Ave
Suite 350
Orlando, FL 32817

St. Matthew's University Inc.
c/o Jennifer Applequist, Registrar
12124 High Tech Ave
Suite 350
Orlando, FL 32817

St. Matthew's University Inc.
c/o Jerry Thornton, Vice President
12124 High Tech Ave
Suite 350
Orlando, FL 32817

Sallie Mae
c/o Kurt Felder, Recovery Investigator
2001 Edmund Halley Dr.
Reston, VA 20191-3436

St. Matthew's University Inc.
c/o Michael Harris M.D., President
12124 High Tech Ave
Suite 350
Orlando, FL 32817

St. Matthew's University Inc.
c/o Nancy Adamson, Registrar
12124 High Tech Ave
Suite 350
Orlando, FL 32817

National Enterprise Systems
c/o Ernest R Pollak, Agent
29125 Solon Road
Solon, OH 44139

Oxford Law, LLC
c/o Robert Kline, Manager
110 Northbrook Drive
Suite 250
Trevose, PA 19053

Pioneer Credit Recovery, Inc.
c/o Jeffery W. Mersmann, President
2001 Edmund Halley Drive
Reston, VA 20191

Prairie Capital, L.P.
C/o Brian Daniels, Founding Partner
191 North Wacker Drive
Suite 800
Chicago, Il 60606

Under penalty of perjury, I declare that the foregoing is true and correct.

_____02/18/2016_____                                    _____Cathy Rooks_____
Date                                                      Signature