# AFFIDAVIT OF SERVICE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN District of FLORIDA

Case Number: 16-04003

PLAINTIFFS:
**JULIAN RODNEY ROOKS, JR.; BARBARA ROOKS**
vs.
DEFENDANTS:
**ADVOCATE HEALTH CARE, AN ILLINOIS CORPORATION, ALLIED INTERSTATE, LLC; ET AL.**

For: JULIAN ROOKS, JR.

Received by NOLAN PROCESS SERVERS, LLC on the 9th day of February, 2016 at 11:40 am to be served on **EDWARD KENT CHANDLER, 281 WEST LAUREL AVENUE, LAKE FOREST, IL 60045**. I, _Eugene Sherman_, being duly sworn, depose and say that on the _17_ day of _February_, 20_16_ at _8:00_ p.m., executed service by delivering a true copy of the **SUMMONS IN AN ADVERSARY PROCEEDING; JURY TRIAL DEMANDED; ADVERSARY COMPLAINT** in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By delivering a true copy of the above writs to _____ as _____. Person receiving documents is at least 15 years of age and has been informed of the general nature of the documents.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or ( ) No   If yes, what branch? _____

Marital Status: ( ) Married or ( ) Single   Name of Spouse _____

**COMMENTS:** _____

Age _60_  Sex (M)/F  Race _White_  Height _6'0_  Weight _180_  Hair _Gray_  Glasses Y/(N)

FILED 2016 FEB 25 A 10:28 CLERK BANKRUPTCY COURT NORTHERN DISTRICT FL

## AFFIDAVIT OF SERVICE for 16-04003

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.252(2).

Subscribed and Sworn to before me on the _18_ day of _Febry_, _2016_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

OFFICIAL SEAL
SARI BURTON
Notary Public - State of Illinois
My Commission Expires Jan 22, 2019

_____
PROCESS SERVER # _117001609_
Appointed in accordance with State Statutes

**NOLAN PROCESS SERVERS, LLC**
7498 Anglewood Lane
Tallahassee, FL 32309
(850) 562-6058

Our Job Serial Number: 2016000900