# AFFIDAVIT OF SERVICE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN District of FLORIDA

Case Number: 16-04003

PLAINTIFFS:
**JULIAN RODNEY ROOKS, JR.; BARBARA ROOKS**

vs.

DEFENDANTS:
**ADVOCATE HEALTH CARE, AN ILLINOIS CORPORATION, ALLIED
INTERSTATE, LLC; ET AL.**

For:
JULIAN ROOKS, JR.
3648 DARTFORD LANE
TALLAHASSEE, FL 32311

Received by Nolan Process Service, LLC on the 9th day of February, 2016 at 11:39 am to be served on **R3 EDUCATION INC., A FLORIDA CORPORATION C/O TERRY J. MOYA, CFO/REGISTERED AGENT, 12124 HIGH TECH AVE, SUITE 350, ORLANDO, FL 32817**.

I, JAMES PAUL TREBOWSKI, being duly sworn, depose and say that on the **15th day of February, 2016** at **11:40 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN AN ADVERSARY PROCEEDING ; COMPLAINT JURY TRIAL DEMANDED** with the date and hour of service endorsed thereon by me, to: **JOHN MARVIN as CHANCELLOR for R3 EDUCATION INC., A FLORIDA CORPORATION**, at the address of: **12124 HIGH TECH AVE, SUITE 350, ORLANDO, FL 32817**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: White, Height: 6'3", Weight: 210, Hair: Salt & Pepper, Glasses: Y

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the Judicial Circuit in which it was served. Under penalties of perjury, I declare that I have read the forgoing affidavit and that the facts stated in it are true.  No Notary required Pursuant to F.S. 92.525 (2)

Subscribed and sworn to before me on this the 15th day of February, 2016  by the affiant who is personally known to me.

_____
Notary public

**JAMES PAUL TREBOWSKI**
CPS # 0228

**Nolan Process Service, LLC**
**7498 Anglewood Lane**
**Tallahassee, FL 32309**
**(850) 562-6058**

Our Job Serial Number: MCN-2016000898
Ref: 898

LAURE STEELE
MY COMMISSION #FF046041
EXPIRES September 15, 2017
FloridaNotaryService.com
(407) 398-0153

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0y

MCN2016000898