UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | | |
|---|---|---|
| In re: | § § | CASE NO. 16-40025-KKS |
| JULIAN RODNEY ROOKS, JR., | § § | |
| Debtor. | § § | (Chapter 7) |
| JULIAN RODNEY ROOKS, JR., & BARBARA ROOKS, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | ADV. PRO. NO. 16-04003-KKS |
| EQUINOX CAPITAL, LICENSED BY THE UNITED STATES SMALL BUSINESS ADMINISTRATION, *et al.*, | § § § § | |
| Defendants. | § § | |

**ORDER GRANTING MOTION OF DEFENDANTS EQUINOX CAPITAL SBIC, L.P., R3 EDUCATION, INC., ST. MATTHEW'S UNIVERSITY, INC. AND ST. MATTHEW'S UNIVERSITY (CAYMAN), LTD. TO ABATE AND ADJOURN RESPONSE DEADLINES [Dkt. No. 35]**

Came on for consideration Defendants' Motion to Abate and Adjourn Response Deadlines [Dkt. No. 35] (the "Motion") filed by Equinox Capital SBIC, L.P., R3 Education, Inc., a Delaware corporation, St. Matthew's University, Inc., a Delaware corporation, St. Matthew's University (Cayman), Ltd. d/b/a St. Matthew's School of Medicine, a Cayman Islands corporation (collectively, the "Movants"). The Court, having considered the Motion and the arguments contained therein, finds that the Motion is well-taken and is GRANTED.

It is ORDERED that the deadlines for each Defendant to respond to the motions and pleadings identified in Paragraph 5 of the Motion, and any hereafter filed motions or pleadings,

1

are abated and temporarily adjourned until the date or dates that the Court specifies in its scheduling order.

DONE and ORDERED in Tallahassee, Florida on __March 8, 2016__.

KAREN K. SPECIE
United States Bankruptcy Judge

Attorney Brian Pantaleo is directed to serve a copy of this order on interested parties and file a certificate of service within 3 business days of entry of the order.

Prepared By:

Brian Pantaleo
LOCKE LORD LLP
525 Okeechobee Blvd., Ste. 1600
West Palm Beach, FL  33401
561-820-0222 Direct Phone
1-888-325-1680 Direct Fax
brian.pantaleo@lockelord.com

Service List

Barbara Rooks
3648 Dartford Lane
Tallahassee, FL 32311

Julian Rodney Rooks, Jr.
3648 Dartford Lane
Tallahassee, FL 32311

Mary W. Colon
P.O. Box 14596
Tallahassee, FL 32317

United States Trustee's Office
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301