AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida,
Tallahassee Division

| | |
|---|---|
| Julian Rodney Rooks, Jr., Barbara Rooks ) | |
| ) | |
| *Plaintiff* ) | Civil Action No. 16-04003 |
| v. ) | |
| ) | |
| Financial Assest Management Systems Inc. ) | |
| *Defendant* ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: Julian Rodney Rooks, Jr., Barbara Rooks
   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

As Registered Agent for Service of Process for Financial Asset Management Systems, Inc. ("FAMS"), I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

FAMS, Inc. agrees to save the expense of serving a summons and complaint in this case.

FAMS, Inc. reserves all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but waives any objections to the absence of a summons or of service.

Financial Asset Management Systems, Inc. must file and serve an answer or a motion under Rule 12 within 60 days from 03/02/2016, the date when this request was sent (or 90 days if it was sent outside the United States). If FAMS, Inc. fails to do so, a default judgment will be entered against Financial Asset Management Systems, Inc.

Date: March 2, 2016

_____
*Signature of the Registered Agent for Service of Process*

FINANCIAL ASSET MANAGEMENT SYSTEMS, INC.
*Printed name of party waiving service of summons*

By: TIMOTHY J. BURSON *(Registered Agent for Service of Process)*
   *Printed Name*

200 Ashford Center North, Suite 500, Atlanta, Ga 30338
*Address*
TJB@BOVISKYLE.COM
*E-mail address*
770-391-9100 x3908
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# BOVIS ♞ KYLE

## BOVIS, KYLE, BURCH & MEDLIN

ATTORNEYS AT LAW
200 ASHFORD CENTER NORTH
SUITE 500
ATLANTA, GEORGIA 30338-2668

TIMOTHY J. BURSON
TJB@BOVISKYLE.COM

TEL 770.391.9100
FAX 770.668.0878

March 4, 2016

Julian Rodney Rooks, Jr.
3648 Dartford Lane
Tallahassee, Florida 32311

Re: Bankruptcy Case: 16-40025-KKS
Adversary Case No.: 16-04003
Julian Rodney Rooks, Jr. et al. VS.
Financial Asset Management Systems, Inc. et al.

Dear Mr. Rooks:

As registered agent for service of process for Financial Asset Management Systems, Inc. ("FAMS"), enclosed please find a Waiver of Service of Summons regarding the above referenced matter.

Please feel free to contact me if you have any questions. With regards, we remain

Yours very truly,

BOVIS, KYLE, BURCH & MEDLIN, LLC

Timothy J. Burson

TJB/jlb
Enclosure

cc: Tim Farmer (Financial Asset Management Systems, Inc.)
Traci E. Abrams, Clerk (U.S. Bankruptcy Court)

2016 MAR -9 A 8:00
CLERK
BANKRUPTCY COURT
NORTHERN DISTRICT FL.
RECEIVED