United States Bankruptcy Court
Northern District of Florida

Rooks, Jr.,
    Plaintiff

Equinox Capital, Licensed by the United,
    Defendant

Adv. Proc. No. 16-04003-KKS

## CERTIFICATE OF NOTICE

District/off: 1129-4    User: ldavis    Page 1 of 1    Date Rcvd: Mar 08, 2016
                     Form ID: pdf002    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion21.TL.ecf@usdoj.gov Mar 09 2016 03:35:42     United States Trustee,
        110 E. Park Avenue,   Suite 128,   Tallahassee, FL 32301-7728
                                                                                                                     TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2016                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2016 at the address(es) listed below:
        Brian   Pantaleo   on behalf of Defendant    Equinox, et al brian.pantaleo@lockelord.com
        Brian   Pantaleo   on behalf of Defendant    Equinox Capital Partners LLC
         brian.pantaleo@lockelord.com
        Brian   Pantaleo   on behalf of Defendant    St Matthews University School of Medicine et al.,
         brian.pantaleo@lockelord.com
        Brian   Pantaleo   on behalf of Defendant    R3 Education, a Massachusetts Corporation, Steven
         Rodger, CEO brian.pantaleo@lockelord.com
        Brian   Pantaleo   on behalf of Defendant    St. Matthews University, Inc., a Florida Corporation
         brian.pantaleo@lockelord.com
        Brian   Pantaleo   on behalf of Defendant    St Matthew's University School of Medicine LLC, a
         Florida Corporation brian.pantaleo@lockelord.com
        Brian   Pantaleo   on behalf of Defendant    R3 Education Inc., a Florida Corporation
         brian.pantaleo@lockelord.com
        Brian   Pantaleo   on behalf of Defendant    St Matthews University et al.,
         brian.pantaleo@lockelord.com
        Brian   Pantaleo   on behalf of Defendant    Equinox Capital, Licensed by the United States Small
         Business Administration brian.pantaleo@lockelord.com
        Brian   Pantaleo   on behalf of Defendant    St Matthew's University (Cayman) Ltd., a Florida
         Corporation brian.pantaleo@lockelord.com
        Brian   Pantaleo   on behalf of Defendant    St Matthews University Ltd., a Florida Corporation
         brian.pantaleo@lockelord.com
                                                                                                                               TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| JULIAN RODNEY ROOKS, JR., | § § | CASE NO. 16-40025-KKS |
| Debtor. | § § § | (Chapter 7) |
| JULIAN RODNEY ROOKS, JR., & BARBARA ROOKS, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | ADV. PRO. NO. 16-04003-KKS |
| EQUINOX CAPITAL, LICENSED BY THE UNITED STATES SMALL BUSINESS ADMINISTRATION, *et al.*, | § § § § § | |
| Defendants. | § | |

**ORDER GRANTING MOTION OF DEFENDANTS EQUINOX CAPITAL SBIC, L.P., R3 EDUCATION, INC., ST. MATTHEW'S UNIVERSITY, INC. AND ST. MATTHEW'S UNIVERSITY (CAYMAN), LTD. TO ABATE AND ADJOURN RESPONSE DEADLINES [Dkt. No. 35]**

Came on for consideration Defendants' Motion to Abate and Adjourn Response Deadlines [Dkt. No. 35] (the "Motion") filed by Equinox Capital SBIC, L.P., R3 Education, Inc., a Delaware corporation, St. Matthew's University, Inc., a Delaware corporation, St. Matthew's University (Cayman), Ltd. d/b/a St. Matthew's School of Medicine, a Cayman Islands corporation (collectively, the "Movants"). The Court, having considered the Motion and the arguments contained therein, finds that the Motion is well-taken and is GRANTED.

It is ORDERED that the deadlines for each Defendant to respond to the motions and pleadings identified in Paragraph 5 of the Motion, and any hereafter filed motions or pleadings,

1

are abated and temporarily adjourned until the date or dates that the Court specifies in its scheduling order.

DONE and ORDERED in Tallahassee, Florida on ____March 8, 2016____.

_____
KAREN K. SPECIE
United States Bankruptcy Judge

Attorney Brian Pantaleo is directed to serve a copy of this order on interested parties and file a certificate of service within 3 business days of entry of the order.

Prepared By:

Brian Pantaleo
LOCKE LORD LLP
525 Okeechobee Blvd., Ste. 1600
West Palm Beach, FL  33401
561-820-0222 Direct Phone
1-888-325-1680 Direct Fax
brian.pantaleo@lockelord.com

Service List

Barbara Rooks
3648 Dartford Lane
Tallahassee, FL 32311

Julian Rodney Rooks, Jr.
3648 Dartford Lane
Tallahassee, FL 32311

Mary W. Colon
P.O. Box 14596
Tallahassee, FL 32317

United States Trustee's Office
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301

2