UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


IN RE:                                                                    CASE NO. 16-40025-KKS

Julian Rodney Rooks, Jr.

_____/

Julia Rodney Rooks, Jr.
Barbara Rooks                                                    Adv. Proc. No. 16-04003


      Plaintiff,

v.

Advocate Health Care, an Illinois Corporation
Allied Interstate LLC
Darlene Kathryn Burke, St, Matthews University, a Florida Certified Public Accountant
Equinox Capital Partners LLC
Equinox, et al
Finance Authority of Maine
Financial Asset Management Systems Inc.
Frank O. Appantaku M.D., an Illinois Physician and SMU Clinical Preceptor,
GC Services Limited Partnership
Galen Paul Swartzendruber, M.D., a Florida Physician
Gary McCutchen, Ed. D. St Matthews University Chancellor
Global Education Resources, LTD., a Virginia Corporation
Global Health and Education I Law and Policy, LLC, a Virginia Corporation
Global Health and Education Inc., a Virginia Corporation
Gloria Miranda Avila, St. Matthews University Registrar
Janice M. Cresos, St. Matthews University Registrar
Jeffrey Sersland M.D., Presidenty and CEO, St. Matthews University
Jennifer Applequist, St. Matthews University, Vice President
Key Bank
Key Education Resources General Revenue Corporation
Kurt Felder, a Sallie Mae Investigator
Michael Harris, M.D., a Florida Physician
Nancy Adamson, St. Matthews University Registrar
National Enterprise Systems
Oxford Law, LLC
Pioneer Credit Recovery, Inc.
Prairie Capital

Case 16-04003-KKS    Doc 39    Filed 03/16/16    Page 2 of 4

Primary Financial Services
Progressive Financial Services
Rapid Recovery
R3 Education Inc., a Florida Corporation
R3 Education, a Massachusetts Corporation, Steven Rodger, CEO
Renae Sersland M.D., St. Matthews University, Vice President of University Services
Roger Crawford Courtney Esq., Special Council to St. Matthews University, Member of the bar of Commonwealth of Virginia and other states
Sallie Mae Bank
Sallie Mae, Inc. a Florida Corporation
Sallie Mae, d/b/a Navient Solution's Inc., a Florida Corporation
St. Joseph's College of Main
St. Matthews University (Cayman) Ltd., a Florida Corporation
St. Matthew's University School of Medicine LLC, a Florida Corporation
St. Matthews et al.,
St. Matthews University, Inc., a Florida Corporation
Student Finance Corporation United States doing business as U.S. Department of Education
Sunrise Credit Services, Inc.
The State of Florida, Department of Education, Commissioner Pay Stewart
The State of Florida, Department of State, Secretary of State Ken Detzner
USA Funds Inc.
USA Group Loan Services
United states doing Business as Finance Authority of Maine
United states doing Business as USA Funds
United states doing Business as Account Control Technology, Inc.
United states doing Business as Deustsch Bank ELT SLM Trusts
United states doing Business as JP Morgan Chase, NA
United states doing Business as Navient
United states doing Business as Sallie Mae
United states doing Business as Wells Grago ELT SLFA-WA, Inc.
United Student Aid Funds, Inc.
And other John/Jane Doe's

    Defendants.
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney appears as counsel to KEYBANK NATIONAL ASSOCIATION AND KEY EDUCATION RESOURCES,, ("Defendants"), party-in-interest, and pursuant to, *inter alia*, F.R.B.P. Rules 2002 and 9007 and § 1109(b) of the Bankruptcy Code, and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned.

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy

Rules set forth above, but also includes, without limitation, any and all other orders and notices of application, motion, petition, pleadings, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted by or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditors or parties-in-interest in this case, including the Defendants with respect to: (a) the Debtor; (b) property of the estate, or proceeds thereof, in which the Debtor may claim in interest; or (c) property or proceeds thereof in the possession, custody or control of others that the Debtor may seek to sue; or (2) require or seeks to require any act, delivery of any property, payment, or other conduct by the Defendants..

**PLEASE TAKE NOTICE** that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive any (1) right to have final orders in noncore matters entered only after de novo review by a District Judge; (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the Defendants is or may be to entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Northern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

> **BROAD AND CASSEL**
> Counsel for Defendants,
> KeyBank National Association and Key Education Resources
>
> 390 North Orange Avenue, Suite 1400
> Orlando, FL  32801
> Telephone:    (407) 839-4200
> Facsimile:    (407) 425-8377
>
>
> By:      */s/ Nicolette C. Vilmos*
>           Nicolette C. Vilmos, P.L.
>           Florida Bar No. 0469051
>           nvilmos@broadandcassel.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all parties receiving CM/ECF service this 16th day of March, 2016.

By: */s/ Nicolette C. Vilmos*
Nicolette C. Vilmos, P.L.
Florida Bar No. 0469051
nvilmos@broadandcassel.com