United States Bankruptcy Court
Northern District of Florida

Rooks, Jr.,
           Plaintiff

Equinox Capital, Licensed by the United,
           Defendant                                    Adv. Proc. No. 16-04003-KKS

## CERTIFICATE OF NOTICE

District/off: 1129-4        User: lderoche        Page 1 of 1        Date Rcvd: Mar 18, 2016
                           Form ID: nhgnrlp       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2016.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion21.TL.ecf@usdoj.gov Mar 19 2016 01:13:47    United States Trustee,
           110 E. Park Avenue,  Suite 128,  Tallahassee, FL 32301-7728
                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2016                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2016 at the address(es) listed below:
           Brian  Pantaleo   on behalf of Defendant   St Matthew's University (Cayman) Ltd., a Florida
           Corporation brian.pantaleo@lockelord.com
           Brian  Pantaleo   on behalf of Defendant   St Matthews University Ltd., a Florida Corporation
           brian.pantaleo@lockelord.com
           Brian  Pantaleo   on behalf of Defendant   Equinox, et al brian.pantaleo@lockelord.com
           Brian  Pantaleo   on behalf of Defendant   Equinox Capital Partners LLC
           brian.pantaleo@lockelord.com
           Brian  Pantaleo   on behalf of Defendant   St Matthews University School of Medicine et al.,
           brian.pantaleo@lockelord.com
           Brian  Pantaleo   on behalf of Defendant   R3 Education, a Massachusetts Corporation, Steven
           Rodger, CEO brian.pantaleo@lockelord.com
           Brian  Pantaleo   on behalf of Defendant   St. Matthews University, Inc., a Florida Corporation
           brian.pantaleo@lockelord.com
           Brian  Pantaleo   on behalf of Defendant   St Matthew's University School of Medicine LLC, a
           Florida Corporation brian.pantaleo@lockelord.com
           Brian  Pantaleo   on behalf of Defendant   R3 Education Inc., a Florida Corporation
           brian.pantaleo@lockelord.com
           Brian  Pantaleo   on behalf of Defendant   St Matthews University et al.,
           brian.pantaleo@lockelord.com
           Brian  Pantaleo   on behalf of Defendant   Equinox Capital, Licensed by the United States Small
           Business Administration brian.pantaleo@lockelord.com
           Nicolette Corso Vilmos   on behalf of Defendant   Key Education Resources General Revenue
           Corporation nvilmos@broadandcassel.com, dkalman@broadandcassel.com;slarosa@broadandcassel.com
           Nicolette Corso Vilmos   on behalf of Defendant   Key Bank nvilmos@broadandcassel.com,
           dkalman@broadandcassel.com;slarosa@broadandcassel.com
           Ruel William Smith   on behalf of Defendant   GC Services Limited Partnership
           rsmith@hinshawlaw.com

                                                                              TOTAL: 14

FORM nhgnrlp (Rev. 06/15)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Florida
### Tallahassee Division

---

In Re:  Julian Rodney Rooks, Jr.                                    Bankruptcy Case No.:  16–40025–KKS

---

      Julian Rodney Rooks Jr. et al.                      Adversary Case No.:   16–04003–KKS
      Plaintiff(s)

vs

      Equinox Capital, Licensed by the United States
      Small Business Administration et al.
      Defendant(s)

---

### Notice of Non–Evidentiary Hearing via Telephone Conference

PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on May 10, 2016, at 10:00 AM, Eastern Time, at via CourtCall. Parties may appear at the following alternate location:   Tallahassee – U.S. Bankruptcy Courthouse, 110 E. Park Ave., Tallahassee, FL.

    ***40*** – Motion to Dismiss Adversary Proceeding filed by Defendant GC Services Limited Partnership (Smith, Ruel)

Dated: March 18, 2016                              FOR THE COURT
                                          Traci E. Abrams, Clerk of Court
                                          110 E. Park Ave., Ste. 100
                                          Tallahassee, FL 32301

**TIME ALLOTTED:**30 minutes

**TELEPHONIC APPEARANCES:** It is the responsibility of each person who wishes to appear by CourtCall to do so by calling (866) 582–6878 not later than 3:00 p.m. one day prior to the hearing to schedule their appearance. In an emergency, you may contact chambers at (850) 521–5031. Failure to timely arrange a CourtCall appearance is NOT an emergency. For further instructions see our website at http://www.flnb.uscourts.gov./sites/default/files/court_resources/telephonic_appearance_procedures.pdf.

**SERVICE:** Ruel Smith shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.