UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

    JULIAN RODNEY ROOKS, JR.        Case No.: 16-40025-KKS
                                                           Chapter 7
        Debtor.

_____

JULIAN RODNEY ROOKS, JR.
and BARBARA ROOKS,

    Plaintiffs,

v.                                                           Adv. Proc. No. 16-04003

EQUINOX CAPITAL, Licensed by the United
States Small Business Administration, *et. al.*,

    Defendants.

_____

**NOTICE OF APPEARANCE**
**FOR DEFENDANT, SUNRISE CREDIT SERVICES, INC.**

Douglas A. Bates of the law firm of Clark Partington, hereby gives notice of his appearance as counsel for Defendant, SUNRISE CREDIT SERVICES, INC., and requests that the parties hereto provide the undersigned with copies of any and all motions, orders, reports, pleadings, notices and any other matters pertaining to the above-referenced proceeding.

*{Remainder of the page intentionally left blank}*

1

DATED this  21st  day of March, 2016.

/s/ Douglas A. Bates
**DOUGLAS A. BATES**
dbates@clarkparington.com
Florida Bar No. 0791431
Clark Partington
P.O. Box 13010 (32591-3010)
125 West Romana Street, Suite 800
Pensacola, FL 32502
(850) 434-9200 phone
(850) 432-7340 fax
*Counsel for Defendant,*
*Sunrise Credit Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via email through CM/ECF to the following:

Brian Pantaleo, Esq., at brian.pantaleo@lockelord.com
Ruel William Smith, Esq., at rsmith@hinshawlaw.com
Nicolette Corso Vilmos, Esq. at nvilmos@broadandcassel.com

and by regular U.S. Mail to the following:

Julian Rodney Rooks, Jr.
Barbara Rooks
3648 Dartford Lane
Tallahassee, FL 32311

on this  21st  day of March, 2016.

/s/ Douglas A. Bates
**DOUGLAS A. BATES**

2