UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

Julian Rodney Rooks, Jr.

    Debtor.
_____/

Julian Rodney Rooks, Jr. and
Barbara Rooks,

    Plaintiffs,

v.

Equinox Capital, Licensed by the United States
Small Business Administration, *et al.*,

    Defendants.
_____/

Case No. 16-40025-KKS

Chapter 7

Adv. Proc. No. 16-04003

## DECLARATION OF PETER CAMPISI IN SUPPORT OF THE MOTION OF SUNRISE CREDIT SERVICES, INC. TO DISMISS COMPLAINT

THE UNDERSIGNED, Peter Campisi, Vice President of Collections for Sunrise Credit Services, Inc. ("Sunrise"), having been duly sworn, states as follows:

1. My name is Peter Campisi. I am over eighteen (18) years of age and am competent to testify to the contents of this Declaration based upon my own personal knowledge of the facts and circumstances set forth herein.

2. At all times relevant to the representations made in this Declaration, I was employed by Sunrise, where I currently serve as the vice president of collections.

3. I am personally familiar with Sunrise's record keeping practices. Sunrise's records are made and kept by a reliable system in the ordinary course of regularly-conducted business activity at or near the time of the activity that gives rise to such reports by persons with



knowledge of the information being recorded. Based on that review, I make this testimony herein.

4. I have personally reviewed Sunrise's records regarding any accounts associated with the debtor, Julian Rodney Rooks, Jr. ("Debtor"), as well as Barbara Rooks ("Barbara Rooks") as guarantor.

5. An account ("Account") for collection as to _Julian Rooks_ was placed with Sunrise on _9/19/2007_.

6. Sunrise has not attempted to collect on that Account since _June_, 2011.

7. Sunrise has not caused or had any other contact with the Debtor or Barbara Rooks.

8. Sunrise took no other action with respect to the Debtor or Barbara Rooks.

I, Peter Campisi, declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

_____
Peter Campisi

Date: March _17_, 2016

STATE OF NEW YORK

COUNTY OF _Suffolk_

On this _17th_ day of _March_, 20_16_, before me personally came Peter Campisi, to me known or proved to me on the basis of satisfactory evidence to be the person described in and who executed the foregoing instrument and he acknowledged to me that he executed the same.

_____
Notary Public

_Benjamin Carroccio_
Printed Name

BENJAMIN CARROCCIO
Notary Public, State of New York
No. 02CA6015916
Qualified in Suffolk County
Commission Expires November 9, 20_18_

My Commission Expires:

_11/9/18_