FORM nhgnrlp (Rev. 06/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

---

In Re:  Julian Rodney Rooks, Jr.   Bankruptcy Case No.:  16–40025–KKS

---

Julian Rodney Rooks Jr. et al.   Adversary Case No.:  16–04003–KKS
Plaintiff(s)

vs

Equinox Capital, Licensed by the United States
Small Business Administration et al.
Defendant(s)

---

**Notice of Non–Evidentiary Hearing via Telephone Conference**

   PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on May 10, 2016, at 10:00 AM, Eastern Time, at via CourtCall. Parties may appear at the following alternate location:  Tallahassee – U.S. Bankruptcy Courthouse, 110 E. Park Ave., Tallahassee, FL.

   *45* – Motion to Dismiss Adversary Proceeding filed by Defendant Sunrise Credit Services, Inc. (Attachments: # 1 Exhibit A – Campisi Declaration) (Bates, Douglas)

Dated: March 23, 2016                FOR THE COURT
                                     Traci E. Abrams, Clerk of Court
                                     110 E. Park Ave., Ste. 100
                                     Tallahassee, FL 32301

**TELEPHONIC APPEARANCES:** It is the responsibility of each person who wishes to appear by CourtCall to do so by calling (866) 582–6878 not later than 3:00 p.m. one day prior to the hearing to schedule their appearance. In an emergency, you may contact chambers at (850) 521–5031. Failure to timely arrange a CourtCall appearance is NOT an emergency. For further instructions see our website at http://www.flnb.uscourts.gov./sites/default/files/court_resources/telephonic_appearance_procedures.pdf.

**SERVICE:** Douglas Bates shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.