UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

JULIAN RODNEY ROOKS, JR.  Case No.: 16-40025-KKS
  Chapter 7
Debtor.

---

JULIAN RODNEY ROOKS, JR.
and BARBARA ROOKS,

Plaintiffs,

v.  Adv. Proc. No. 16-04003

EQUINOX CAPITAL, Licensed by the United
States Small Business Administration, et. al.,

Defendants.

---

## CERTIFICATE OF SERVICE

Defendant, SUNRISE CREDIT SERVICES, INC., through its undersigned attorney, certifies that a true and accurate copy of the Notice of Non-Evidentiary Hearing via Telephone Conference (Doc. 46) along with a copy of this Certificate has been furnished via CM/ECF to the following:

Brian Pantaleo, Esq., at brian.pantaleo@lockelord.com
Ruel William Smith, Esq., at rsmith@hinshawlaw.com
Nicolette Corso Vilmos, Esq. at nvilmos@broadandcassel.com

and by regular U.S. Mail to the following:

Julian Rodney Rooks, Jr.
Barbara Rooks
3648 Dartford Lane
Tallahassee, FL 32311

on this  22nd  day of March, 2016.

    /s/ Douglas A. Bates
**DOUGLAS A. BATES**
dbates@clarkparington.com
Florida Bar No. 0791431
Clark Partington
P.O. Box 13010 (32591-3010)
125 West Romana Street, Suite 800
Pensacola, FL  32502
(850) 434-9200 phone
(850) 432-7340 fax
*Counsel for Defendant,*
*Sunrise Credit Services, Inc.*

FORM nhgnrlp (Rev. 06/15)

# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Tallahassee Division

In Re: Julian Rodney Rooks, Jr.                     Bankruptcy Case No.: 16-40025-KKS

Julian Rodney Rooks Jr. et al.                      Adversary Case No.: 16-04003-KKS
Plaintiff(s)

vs

Equinox Capital, Licensed by the United States
Small Business Administration et al.
Defendant(s)

## Notice of Non-Evidentiary Hearing via Telephone Conference

   PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on May 10, 2016, at 10:00 AM, Eastern Time, at via CourtCall. Parties may appear at the following alternate location:  Tallahassee – U.S. Bankruptcy Courthouse, 110 E. Park Ave., Tallahassee, FL.

   *45* – Motion to Dismiss Adversary Proceeding filed by Defendant Sunrise Credit Services, Inc. (Attachments: # 1 Exhibit A – Campisi Declaration) (Bates, Douglas)

Dated: March 23, 2016                               FOR THE COURT
                                                    Traci E. Abrams, Clerk of Court
                                                    110 E. Park Ave., Ste. 100
                                                    Tallahassee, FL 32301

**TELEPHONIC APPEARANCES:** It is the responsibility of each person who wishes to appear by CourtCall to do so by calling (866) 582-6878 not later than 3:00 p.m. one day prior to the hearing to schedule their appearance. In an emergency, you may contact chambers at (850) 521-5031. Failure to timely arrange a CourtCall appearance is NOT an emergency. For further instructions see our website at
http://www.flnb.uscourts.gov./sites/default/files/court_resources/telephonic_appearance_procedures.pdf.

**SERVICE:** Douglas Bates shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.