United States Bankruptcy Court
Northern District of Florida

Rooks, Jr.,
        Plaintiff                                                         Adv. Proc. No. 16-04003-KKS

Equinox Capital, Licensed by the United,
        Defendant

# CERTIFICATE OF NOTICE

District/off: 1129-4        User: jnah            Page 1 of 1           Date Rcvd: Mar 23, 2016
                            Form ID: nhgnrlp      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion21.TL.ecf@usdoj.gov Mar 24 2016 01:25:59      United States Trustee,
                 110 E. Park Avenue,  Suite 128,  Tallahassee, FL 32301-7728
                                                                                                TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2016 at the address(es) listed below:
          Brian   Pantaleo   on behalf of Defendant   Equinox Capital, Licensed by the United States Small
            Business Administration brian.pantaleo@lockelord.com
          Brian   Pantaleo   on behalf of Defendant   St Matthew's University (Cayman) Ltd., a Florida
            Corporation brian.pantaleo@lockelord.com
          Brian   Pantaleo   on behalf of Defendant   St Matthews University Ltd., a Florida Corporation
            brian.pantaleo@lockelord.com
          Brian   Pantaleo   on behalf of Defendant   Equinox, et al brian.pantaleo@lockelord.com
          Brian   Pantaleo   on behalf of Defendant   Equinox Capital Partners LLC
            brian.pantaleo@lockelord.com
          Brian   Pantaleo   on behalf of Defendant   St Matthews University School of Medicine et al.,
            brian.pantaleo@lockelord.com
          Brian   Pantaleo   on behalf of Defendant   R3 Education, a Massachusetts Corporation, Steven
            Rodger, CEO brian.pantaleo@lockelord.com
          Brian   Pantaleo   on behalf of Defendant   St. Matthews University, Inc., a Florida Corporation
            brian.pantaleo@lockelord.com
          Brian   Pantaleo   on behalf of Defendant   St Matthew's University School of Medicine LLC, a
            Florida Corporation brian.pantaleo@lockelord.com
          Brian   Pantaleo   on behalf of Defendant   R3 Education Inc., a Florida Corporation
            brian.pantaleo@lockelord.com
          Brian   Pantaleo   on behalf of Defendant   St Matthews University et al.,
            brian.pantaleo@lockelord.com
          Douglas A. Bates    on behalf of Defendant   Sunrise Credit Services, Inc. dbates@cphlaw.com,
            ldunlap@cphlaw.com;sgaherty@cphlaw.com;jfulford@cphlaw.com
          Nicolette Corso Vilmos    on behalf of Defendant   Key Education Resources General Revenue
            Corporation nvilmos@broadandcassel.com, dkalman@broadandcassel.com;slarosa@broadandcassel.com
          Nicolette Corso Vilmos    on behalf of Defendant   Key Bank nvilmos@broadandcassel.com,
            dkalman@broadandcassel.com;slarosa@broadandcassel.com
          Ruel William Smith    on behalf of Defendant   GC Services Limited Partnership
            rsmith@hinshawlaw.com
                                                                                                TOTAL: 15

FORM nhgnrlp (Rev. 06/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Julian Rodney Rooks, Jr.      Bankruptcy Case No.: 16–40025–KKS

Julian Rodney Rooks Jr. et al.       Adversary Case No.: 16–04003–KKS
Plaintiff(s)

vs

Equinox Capital, Licensed by the United States
Small Business Administration et al.
Defendant(s)

**Notice of Non–Evidentiary Hearing via Telephone Conference**

   PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on May 10, 2016, at 10:00 AM, Eastern Time, at via CourtCall. Parties may appear at the following alternate location:   Tallahassee – U.S. Bankruptcy Courthouse, 110 E. Park Ave., Tallahassee, FL.

   *45* – Motion to Dismiss Adversary Proceeding filed by Defendant Sunrise Credit Services, Inc. (Attachments: # 1 Exhibit A – Campisi Declaration) (Bates, Douglas)

Dated: March 23, 2016                FOR THE COURT
                                     Traci E. Abrams, Clerk of Court
                                     110 E. Park Ave., Ste. 100
                                     Tallahassee, FL 32301

**TELEPHONIC APPEARANCES:** It is the responsibility of each person who wishes to appear by CourtCall to do so by calling (866) 582–6878 <u>not later than 3:00 p.m. one day prior to the hearing</u> to schedule their appearance. In an emergency, you may contact chambers at (850) 521–5031. Failure to timely arrange a CourtCall appearance is NOT an emergency. For further instructions see our website at
http://www.flnb.uscourts.gov./sites/default/files/court_resources/telephonic_appearance_procedures.pdf.

**SERVICE:** Douglas Bates shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.