UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

JULIAN RODNEY ROOKS, JR,

Debtor.
_____/

Case No.. 16-40025-KKS

Chapter 7

JULIAN RODNEY ROOKS, JR., &
BARBARA ROOKS,

Plaintiffs,

vs.

EQUINOX CAPITAL, LICENSED BY
THE UNITED STATES SMALL
BUSINESS ADMINISTRATION, et al,

Defendants.
_____/

Adv. Pro. No. 16-04003-KKS

## CERTIFICATE OF SERVICE

Defendant, GC SERVICES LIMITED PARTNERSHIP, through its undersigned attorney, certifies that a true and accurate copy of the Notice of Non-Evidentiary Hearing via Telephone Conference (Doc. 42) along with a copy of this Certificate has been furnished via CM/ECF to the following:

Brian Pantaleo, Esq. at brian.pantaleo@lockelord.com
Nicolette Corso Vilmos, Esq. at nvilmos@broadandcassel.com
Douglas A. Bates, Esq. at dbates@clarkparington.com

and by regular U. S. Mail to the following:

Julian Rodney Rooks, Jr.
Barbara Rooks
3648 Dartford Lane
Tallahassee, FL 32311

on this 28th day of March, 2016

2

s/ Ruel W. Smith
Ruel W. Smith
Florida Bar No. 36548
rsmith@hinshawlaw.com
HINSHAW & CULBERTSON LLP
100 South Ashley Drive, Suite 500
Tampa, FL 33602
Telephone: 813-276-1662
Facsimile: 813-276-1956
Attorneys for the GC Services, Inc.

131338818v1 0983945

FORM nhgnrlp (Rev. 06/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

| | |
|---|---|
| In Re:  Julian Rodney Rooks, Jr. | Bankruptcy Case No.:  16-40025-KKS |
| Julian Rodney Rooks Jr. et al.<br>Plaintiff(s)<br>vs<br>Equinox Capital, Licensed by the United States<br>Small Business Administration et al.<br>Defendant(s) | Adversary Case No.:  16-04003-KKS |

### Notice of Non-Evidentiary Hearing via Telephone Conference

PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on May 10, 2016, at 10:00 AM, Eastern Time, at via CourtCall. Parties may appear at the following alternate location: Tallahassee – U.S. Bankruptcy Courthouse, 110 E. Park Ave., Tallahassee, FL.

    *40* – Motion to Dismiss Adversary Proceeding filed by Defendant GC Services Limited Partnership (Smith, Ruel)

Dated: March 18, 2016

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**TIME ALLOTTED:** 30 minutes

**TELEPHONIC APPEARANCES:** It is the responsibility of each person who wishes to appear by CourtCall to do so by calling (866) 582-6878 <u>not later than 3:00 p.m. one day prior to the hearing</u> to schedule their appearance. In an emergency, you may contact chambers at (850) 521-5031. Failure to timely arrange a CourtCall appearance is NOT an emergency. For further instructions see our website at
http://www.flnb.uscourts.gov./sites/default/files/court_resources/telephonic_appearance_procedures.pdf.

**SERVICE:** Ruel Smith shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.