UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 16-40025-KKS |
| JULIAN RODNEY ROOKS, JR., | § | |
| | § | (Chapter 7) |
| Debtor, | § | |
| | § | |
| JULIAN RODNEY ROOKS, JR., & | § | |
| BARBARA ROOKS, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | ADV. PRO. NO. 16-04003-KKS |
| | § | |
| | § | |
| Advocate Health Care, an Illinois | § | |
| Corporation | § | |
| Allied Interstate LLC | § | |
| Darlene Kathryn Burke, St. Matthew's | § | |
| University, a Florida Certified Public | § | |
| Accountant | § | |
| Equinox Capital Partners LLC | § | |
| Equinox Capital, Licensed by the United | § | |
| States Small Business Administration | § | |
| Equinox, et al | § | |
| Finance Authority of Maine | § | |
| Financial Asset Management Systems Inc. | § | |
| Frank O. Appantaku M.D., an Illinois | § | |
| Physician and SMU Clinical Preceptor, | § | |
| GC Services Limited Partnership | § | |
| Galen Paul Swartzendruber, M.D., a Florida | § | |
| Physician | § | |

FILED
2016 MAR 30 P 1:01
CLERK BANKRUPTCY COURT
NORTHERN DISTRICT FL

| | |
|---|---|
| Gary McCutchen, Ed. D. St. Matthew's University Chancellor | § § |
| Global Education Resources, LTD., a Virginia Corporation | § § |
| Global Health and Education I Law and Policy, LLC, a Virginia Corporation | § § |
| Global Health and Education Inc., a Virginia Corporation | § § |
| Gloria Miranda Avila, St. Matthew's University Registrar | § § |
| Janice M. Cresos, St. Matthew's University Registrar | § § |
| Jeffery Sersland M.D., President and CEO, St. Matthew's University | § § |
| Jennifer Applequist, St. Matthew's University Registrar | § § |
| Jerry Thornton PH D, St. Matthew's University, Vice President | § § |
| Key Bank | § |
| Key Education Resources General Revenue Corporation | § § |
| Kurt Felder, a Sallie Mae Investigator | § |
| Michael Harris, M.D., a Florida Physician | § |
| Nancy Adamson, St. Matthew's University Registrar | § § |
| National Enterprise Systems | § |
| Oxford Law, LLC | § |
| Pioneer Credit Recovery, Inc. | § |
| Prairie Capital | § |
| Primary Financial Services | § |
| Progressive Financial Services | § |
| Rapid Recovery Solution, Inc. | § |
| R3 EducationInc., a Florida Corporation | § |
| R3 Education, a Massachusetts Corporation, Steven Rodger, CEO | § § |
| Renae Sersland M.D., St. Matthew's University, Vice President of University Services | § § § |
| Rodger Crawford Courtney Esq., Special Council to St. Matthew's University, Member of the Bar of the Commonwealth of Virginia and of other states | § § § § |
| Sallie Mae Bank | § |
| Sallie Mac, Inc. a Florida Corporation | § |
| Sallie Mae, dba Navient Solutions Inc., a Florida Corporation | § § |
| St. Joseph's College of Maine | § |

| | |
|---|---|
| St. Matthew's University (Cayman) Ltd., a Florida Corporation | § § |
| St. Matthew's University School of Medicine LLC, a Florida Corporation | § § |
| St. Matthew's University Ltd., a Florida Corporation | § § |
| St. Matthew's University School of Medicine et al., | § § |
| St. Matthew's University, Inc., a Florida Corporation | § § |
| Student Finance Corporation United States doing business as U.S. Department of Education | § § § |
| Sunrise Credit Services, Inc. | § |
| The State of Florida, Department of Education, Commissioner Pat Stewart | § § |
| The State of Florida, Department of State, Secretary of State Ken Detzner | § § |
| USA Funds Inc. | § |
| USA Group Loan Services | § |
| United States doing business as Finance Authority of Maine | § § |
| United States doing business as USA Funds | § § |
| United States doing business as Account Control Technology, Inc. | § § |
| United States doing business as Deutsch Bank ELT SLM Trusts | § § |
| United States doing business as JP Morgan Chase, NA | § § |
| United States doing business as Navient | § |
| United States doing business as Sallie Mae | § |
| United States doing business as Wells Fargo ELT SLFA-WA, Inc. | § § |
| United Student Aid Funds, Inc. | § |
| And other John/Jane Doe's | § |

Defendants.

## REQUEST FOR ALIAS SUMMONS

Plaintiff's respectfully request the Clerk of the Court to issue an Alias Summons to be served on the Defendants.

Respectfully submitted,

Dated: March 29, 2016

Plaintiffs

*/s/ Julian Rodney Rooks, Jr.*
Julian Rodney Rooks, Jr.,

*/s/ Barbara Rooks*
Barbara Rooks,
3648 Dartford Lane
Tallahassee, Florida, 32311
(850) 329-7019