**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

In re:

| | |
|---|---|
| JULIAN RODNEY ROOKS, JR., | CASE NO.: 16-40025-KKS |
| | CHAPTER: 7 |
| Debtor. | |
| _____/ | |

JULIAN RODNEY ROOKS, JR., &
BARBARA ROOKS,

   Plaintiffs,

v.                                                              ADV. PROC. NO.: 16-04003-KKS

EQUINOX CAPITAL, LICENSED BY
THE UNITED STATES SMALL BUSINESS
ADMINISTRATION, et al.,

   Defendants.
_____/

## ORDER DISMISSING ADVERSARY PROCEEDING AND DENYING ALL PENDING MOTIONS AS MOOT

THIS CASE is before the Court *sua sponte*. The Plaintiff filed a Chapter 7 Petition on January 22, 2016 (Case No.: 16-40025-KKS, ECF 1). The Plaintiff's Chapter 7 case has been dismissed (Case No.: 16-40025-KKS, ECF 40).

For this reason, it is

ORDERED:

1. As a result of the dismissal of the Plaintiff's Chapter 7 case (Case No.: 16-40025-KKS), this adversary proceeding is DISMISSED.

2. All pending motions in this adversary proceeding are DENIED AS MOOT.

3. Hearings currently scheduled in this adversary proceeding, if any, are CANCELED.

DONE and ORDERED on  March 30, 2016                                .

KAREN K. SPECIE
United States Bankruptcy Judge

cc:  All interested parties

Julian Rodney Rooks, Jr.
3648 Dartford Lane
Tallahassee, Florida 32311