United States Bankruptcy Court
Northern District of Florida

Rooks, Jr.,
    Plaintiff

Adv. Proc. No. 16-04003-KKS

Equinox Capital, Licensed by the United,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 1129-4     User: cromine     Page 1 of 2     Date Rcvd: Mar 30, 2016
                         Form ID: pdf002     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2016.
```
pla            +Julian Rodney Rooks, Jr.,    3648 Dartford Lane,    Tallahassee, FL 32311-7773
2067388        +Nicolette Vilmos,    390 North Orange Avenue,    Suite 1400,    Orlando, FL 32801-1687
2068981        +Sunrise Credit Services, Inc.,    c/o Douglas A. Bates, Esq.,    Post Office Box 13010,
                 Pensacola, FL 32591-3010
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust             +E-mail/Text: ustpregion21.TL.ecf@usdoj.gov Mar 31 2016 01:18:56      United States Trustee,
                 110 E. Park Avenue,    Suite 128,    Tallahassee, FL 32301-7728
                                                                                             TOTAL: 1
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft             Advocate Health Care, an Illinois Corporation
dft             Allied Interstate LLC
pla             Barbara Rooks
dft             Darlene Kathryn Burke, St, Matthews University, a
dft             Equinox Capital Partners LLC
dft             Equinox Capital, Licensed by the United States Sma
dft             Equinox, et al
dft             Finance Authority of Maine
dft             Financial Asset Management Systems Inc.
dft             Frank O. Appantaku M.D., an Illinois Physician and
dft             GC Services Limited Partnership
dft             Galen Paul Swartzendruber, M.D., a Florida Physici
dft             Gary McCutchen, Ed. D. St Matthews University Chan
dft             Global Education Resources, LTD., a Virginia Corpo
dft             Global Health and Education I Law and Policy, LLC,
dft             Global Health and Education Inc., a Virginia Corpo
dft             Gloria Miranda Avila, St Matthews University Regis
dft             Janice M. Cresos?, St. Matthews University Registr
dft             Jeffrey Sersland M.D., President and CEO, St Matth
dft             Jennifer Applequist, St. Matthews University Regis
dft             Jerry Thornton PH D, St Matthews University, Vice
dft             John / Jane Doe's
dft             Key Bank
dft             Key Education Resources General Revenue Corporatio
dft             Kurt Felder, a Sallie Mae Investigator
dft             Michael Harris, M.D., a Florida Physician
dft             Nancy Adamson, St. Matthews University Registrar
dft             National Enterprise Systems
dft             Oxford Law
dft             Pioneer Credit Recovery, Inc.
dft             Prairie Capital
dft             Primary Financial Services
dft             Progressive Financial Services
dft             R3 Education Inc., a Florida Corporation
dft             R3 Education, a Massachusetts Corporation, Steven
dft             Rapid Recovery
dft             Renae Sersland M.D., St Matthews University, Vice
dft             Roger Crawford Courtney Esq., Special Council to S
dft             Sallie Mae Bank
dft             Sallie Mae, Inc. a Florida Corporation
dft             Sallie Mae, dba Navient Solutions Inc., a Florida
dft             St Joseph's College of Maine
dft             St Matthew's University (Cayman) Ltd., a Florida C
dft             St Matthew's University School of Medicine LLC, a
dft             St Matthews University Ltd., a Florida Corporation
dft             St Matthews University School of Medicine et al.,
dft             St Matthews University et al.,
dft             St. Matthews University, Inc., a Florida Corporati
dft             Student Finance Corporation United States doing bu
dft             Sunrise Credit Services, Inc.
dft             The State of Florida, Department of Education, Com
dft             The State of Florida, Department of State, Secreta
dft             USA Funds Inc.
dft             USA Group Loan Services
dft             United States doing Business as Finance Authority
dft             United States doing buisness as USA Funds
dft             United States doing business as Account Control Te
dft             United States doing business as Deutsch Bank ELT S
dft             United States doing business as JP Morgan Chase, N
dft             United States doing business as Navient
dft             United States doing business as Sallie Mae
```

```
District/off: 1129-4          User: cromine              Page 2 of 2                   Date Rcvd: Mar 30, 2016
                              Form ID: pdf002            Total Noticed: 4

              ***** BYPASSED RECIPIENTS (continued) *****
dft             United States doing business as Wells Fargo ELT SL
dft             United Student Aid Funds, Inc.
dft             Windham Professionals
                                                                                          TOTALS: 64, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2016                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2016 at the address(es) listed below:
          Brian   Pantaleo    on behalf of Defendant    St Matthew's University School of Medicine LLC, a
           Florida Corporation brian.pantaleo@lockelord.com
          Brian   Pantaleo    on behalf of Defendant    St Matthews University et al.,
           brian.pantaleo@lockelord.com
          Brian   Pantaleo    on behalf of Defendant    St Matthew's University (Cayman) Ltd., a Florida
           Corporation brian.pantaleo@lockelord.com
          Brian   Pantaleo    on behalf of Defendant    Equinox, et al brian.pantaleo@lockelord.com
          Brian   Pantaleo    on behalf of Defendant    Equinox Capital Partners LLC
           brian.pantaleo@lockelord.com
          Brian   Pantaleo    on behalf of Defendant    St Matthews University School of Medicine et al.,
           brian.pantaleo@lockelord.com
          Brian   Pantaleo    on behalf of Defendant    R3 Education, a Massachusetts Corporation, Steven
           Rodger, CEO brian.pantaleo@lockelord.com
          Brian   Pantaleo    on behalf of Defendant    R3 Education Inc., a Florida Corporation
           brian.pantaleo@lockelord.com
          Brian   Pantaleo    on behalf of Defendant    St. Matthews University, Inc., a Florida Corporation
           brian.pantaleo@lockelord.com
          Brian   Pantaleo    on behalf of Defendant    Equinox Capital, Licensed by the United States Small
           Business Administration brian.pantaleo@lockelord.com
          Brian   Pantaleo    on behalf of Defendant    St Matthews University Ltd., a Florida Corporation
           brian.pantaleo@lockelord.com
          Douglas A. Bates    on behalf of Defendant    Sunrise Credit Services, Inc. dbates@cphlaw.com,
           ldunlap@cphlaw.com;sgaherty@cphlaw.com;jfulford@cphlaw.com
          Mary W. Colon    trustee@marycolon.com, fl33@ecfcbis.com
          Nicolette Corso Vilmos    on behalf of Defendant    Key Bank nvilmos@broadandcassel.com,
           dkalman@broadandcassel.com;slarosa@broadandcassel.com
          Nicolette Corso Vilmos    on behalf of Defendant    Key Education Resources General Revenue
           Corporation nvilmos@broadandcassel.com, dkalman@broadandcassel.com;slarosa@broadandcassel.com
          Ruel William Smith    on behalf of Defendant    GC Services Limited Partnership
           rsmith@hinshawlaw.com,  zhickman@hinshawlaw.com;vtorres@hinshawlaw.com
          United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
                                                                                             TOTAL: 17
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

In re:

JULIAN RODNEY ROOKS, JR.,                    CASE NO.:  16-40025-KKS
                                             CHAPTER:  7
  Debtor.
_____/

JULIAN RODNEY ROOKS, JR., &
BARBARA ROOKS,

  Plaintiffs,

v.                                           ADV. PROC. NO.:  16-04003-KKS

EQUINOX CAPITAL, LICENSED BY
THE UNITED STATES SMALL BUSINESS
ADMINISTRATION, et al.,

  Defendants.
_____/

## ORDER DISMISSING ADVERSARY PROCEEDING AND DENYING ALL PENDING MOTIONS AS MOOT

THIS CASE is before the Court *sua sponte*.  The Plaintiff filed a Chapter 7 Petition on January 22, 2016 (Case No.: 16-40025-KKS, ECF 1).  The Plaintiff's Chapter 7 case has been dismissed (Case No.: 16-40025-KKS, ECF 40).

For this reason, it is

ORDERED:

1. As a result of the dismissal of the Plaintiff's Chapter 7 case (Case No.: 16-40025-KKS), this adversary proceeding is DISMISSED.

2. All pending motions in this adversary proceeding are DENIED AS MOOT.

3. Hearings currently scheduled in this adversary proceeding, if any, are CANCELED.

DONE and ORDERED on  March 30, 2016                          .

KAREN K. SPECIE
United States Bankruptcy Judge

cc: All interested parties

Julian Rodney Rooks, Jr.
3648 Dartford Lane
Tallahassee, Florida 32311